IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNIDOSUS, et al.,

    *Plaintiffs,*

v.                                                                                  CASE No. 1:26-cv-22257

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,

    *Defendants.*

                                           /

## **NOTICE OF APPEARANCE**

    Bilal Ahmed Faruqui gives notice of his appearance on behalf of Cord Byrd, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Date: April 2, 2026                    Respectfully submitted,

                                        */s/ Bilal Ahmed Faruqui*
                                        BILAL AHMED FARUQUI (FBN 15212)
                                        *Deputy General Counsel*
                                        bilal.faruqui@dos.fl.gov
                                        jenna.mclanahan@dos.fl.gov
                                        FLORIDA DEPARTMENT OF STATE
                                        R.A. Gray Building, Suite 100
                                        500 South Bronough Street
                                        Tallahassee, Florida 32399-0250
                                        Phone: (850) 245-6519

                                        *Counsel for Florida Secretary of State*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, a true copy of the foregoing was filed electronically with the Clerk of Court by using CM-ECF, which shall serve a copy to all counsel of record.

/s/ *Bilal Ahmed Faruqui*
Bilal Ahmed Faruqui