IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNIDOSUS, et al.,

    *Plaintiffs,*

v.                                          CASE No. 1:26-cv-22257

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,

    *Defendants.*

_____/

## NOTICE OF APPEARANCE

Ashley E. Davis gives notice of her appearance on behalf of Cord Byrd, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Date: April 2, 2026

Respectfully submitted,
/s/ *Ashley E. Davis*
ASHLEY E. DAVIS (FBN 48032)
*General Counsel*
ashley.davis@dos.fl.gov
jenna.mclanahan@dos.fl.gov
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-02
Phone: (850) 245-6536
Fax: (850) 245-6125

*Counsel for Florida Secretary of State*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, a true copy of the foregoing was filed electronically with the Clerk of Court by using CM-ECF, which shall serve a copy to all counsel of record.

/s/ *Ashley E. Davis*
Ashley E. Davis