AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| UnidosUS, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:26-cv-22257 |
| | ) | |
| Cord Byrd, in his official capacity as Florida Secretary of State, et al., | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Cord Byrd
Florida Secretary of State
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Caroline McNamara
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Apr 1, 2026

Angela E. Noble
Clerk of Court

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-22257

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Secretary of State Cord Byrd___

was received by me on *(date)* ___04/01/2026___ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ___Bilal Faruqui, Deputy General Counsel___ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

___Secretary of State Cord Byrd___ on *(date)* ___04/01/2026___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ ___0.00___ for travel and $ ___0.00___ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___04/01/2026___

_____
*Server's Signature*

Michelle Morton, Staff Attorney
_____
*Printed name and title*

ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| UnidosUS, et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Cord Byrd, in his official capacity as Florida Secretary of State, et al., | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:26-cv-22257

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joe Scott
Broward County Supervisor of Elections
4650 NW 21st Avenue
Fort Lauderdale, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Caroline McNamara
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Apr 1, 2026

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-22257

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Broward County Supervisor of Elections Joe Scott

was received by me on *(date)*      04/01/2026      .

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*      Patricia Santiago, Director of Administration      , who is
designated by law to accept service of process on behalf of *(name of organization)*
the Broward County Supervisor of Elections      on *(date)*      04/02/2026      ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $      14.29      for travel and $      85.94      for services, for a total of $      100.23      .

I declare under penalty of perjury that this information is true.

Date:      04/03/2026

*Nastassia Janvier*
*Server's signature*

Nastassia Janvier, LDF Marshall-Motley Fellow
*Printed name and title*

ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| UnidosUS, et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No.  1:26-cv-22257 |
| Cord Byrd, in his official capacity as Florida Secretary of State, et al., | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Alina Garcia
Miami-Dade County Supervisor of Elections
2700 NW 87th Avenue
Miami, FL 33172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Caroline McNamara
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Apr 1, 2026

*s/ K. Rivers*

Angela E. Noble
Clerk of Court

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-22257

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Miami-Dade County Supervisor of Elections Alina Garcia

was received by me on *(date)*    04/01/2026    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Jeanette Rodriguez, Senior Executive Secretary    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the Miami-Dade County Supervisor of Elections    on *(date)*    04/01/2026    ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $    9.72    for travel and $    0.00    for services, for a total of $    9.72    .

I declare under penalty of perjury that this information is true.

Date:    04/01/2026

*Maya Albold*
*Server's signature*

Maya Albold, Paralegal
*Printed name and title*

ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
*Server's address*

Additional information regarding attempted service, etc: