**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-22257-JB

UNIDOSUS, *et al.*,

　　　*Plaintiffs*,

v.

CORD BYRD, *etc.*, *et al.*,

　　　*Defendants*.

_____/

**CERTIFICATION OF NINA MCKAY**

　　**Nina McKay**, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the New York State, Bar Number: 6293419; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

　　　　　　　　　　　　　　　　　/s/ Nina McKay
　　　　　　　　　　　　　　　　**Nina McKay**