**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-22257-JB

UNIDOSUS, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc.*, *et al.*,

    *Defendants*.

_____/

## CERTIFICATION OF HANI MIRZA

**Hani Mirza**, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the State of Texas, Bar Number: 24083512; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                      */s/ Hani Mirza*
                                      **Hani Mirza**