**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-22257-JB

UNIDOSUS, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc.*, *et al.*,

    *Defendants*.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Sonali Seth** of the law firm of **Advancement Project, 1220 L Street NW, Suite 850, Washington, DC 20005, (202) 728-9557**, for purposes of appearance as co-counsel on behalf of **all Plaintiffs** (UnidosUS; League of Women Voters of Florida, Inc.; League of Women Voters of Florida Education Fund, Inc.; Florida Rising Together; Florida Rising, Inc.; Hispanic Federation; Florida Immigrant Coalition; FLIC Votes, Inc.; Common Cause; and Common Cause Education Fund), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit **Sonali Seth** to receive electronic filings in this case, and in support thereof states as follows:

1.    **Sonali Seth** is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the highest court of the State of California.

2.    Movant, **Nicholas L.V. Warren**, Esquire, of the law firm of **ACLU Foundation of Florida, 4343 West Flagler Street, Suite 400, Miami, FL 33134, (786) 363-1769**, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF

Administrative Procedures.

3.      In accordance with the local rules of this Court, **Sonali Seth** has made payment of this Court's $250 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.      **Sonali Seth**, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to **Sonali Seth** at email address: **sseth@advancementproject.org**.

WHEREFORE, **Nicholas L.V. Warren**, moves this Court to enter an Order for **Sonali Seth** to appear before this Court on behalf of all Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to **Sonali Seth**.

Date: April 6, 2026

Respectfully submitted,

 */s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org

*Counsel for Plaintiffs*