**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-22257-JB

UNIDOSUS, *et al.*,

     *Plaintiffs*,

v.

CORD BYRD, *etc.*, *et al.*,

     *Defendants*.

_____/

## CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 24.1(b)

In accordance with Local Rule 24.1(b), I certify that on April 6, 2026, I served a copy of

the Complaint on the Florida Attorney General by email to oag.civil.eserve@myfloridalegal.com,

in compliance with Fla. Stat. § 86.091.

Respectfully submitted April 6, 2026,

 */s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, Florida 33134
(786) 363-1769
nwarren@aclufl.org

*Counsel for Plaintiffs*

1