**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-22257-JB/Torres**

UNIDOSUS, et al.,

    *Plaintiffs*,

v.

BYRD, in his official capacity as Florida
Secretary of State, et al.,

    *Defendants*.

_____/

## NOTICE OF APPEARANCE

Mohammad O. Jazil gives notice of his appearance on behalf of Cord Byrd, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon him.

Dated: April 7, 2026

Respectfully submitted,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com

*Counsel for Florida Secretary of State*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 7, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

<u>/s/ Mohammad O. Jazil</u>
Mohammad O. Jazil