**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-22257-JB

UNIDOSUS, *et al.*,

     *Plaintiffs,*

v.

CORD BYRD, *etc.*, *et al.*,

     *Defendants.*

_____/

## NOTICE OF PENDING, REFILED, RELATED, OR SIMILAR ACTIONS

In accordance with Local Rule 3.8, Plaintiffs give notice of another similar action pending in the U.S. District Court for the Northern District of Florida, filed after this case on April 1, 2026:

*Florida State Conference of Branches and Youth Units of the NAACP v. Byrd*, No. 4:26-cv-147-MW-MAF.

Respectfully submitted April 7, 2026,

|  |  |
|---|---|
| | /s/ Nicholas L.V. Warren |
| Sophia Lin Lakin* | Caroline McNamara (FBN 1038312) |
| Jonathan Topaz* | Nicholas L.V. Warren (FBN 1019018) |
| William Hughes* | Daniel B. Tilley (FBN 102882) |
| Nina Nayiri McKay* | **ACLU Foundation of Florida** |
| **American Civil Liberties** | 4343 West Flagler Street, Suite 400 |
| **Union Foundation** | Miami, Florida 33134 |
| 125 Broad Street, 18th Floor | (786) 363-2738 |
| New York, NY 10004 | cmcnamara@aclufl.org |
| (212) 549-2500 | nwarren@aclufl.org |
| slakin@aclu.org | dtilley@aclufl.org |
| jtopaz@aclu.org | |
| whughes@aclu.org | John Powers* |
| nmckay@aclu.org | Hani Mirza* |
| | Sonali Seth* |
| Sarah Brannon* | Nikole Miller (FBN 1031826) |
| **American Civil Liberties** | Peter Ketcham-Colwill* |
| **Union Foundation** | **Advancement Project** |
| 915 15th Street NW | 1220 L Street NW, Suite 850 |
| Washington, D.C. 20005 | Washington, DC 20005 |
| (740) 632-0671 | (202) 728-9557 |
| sbrannon@aclu.org | jpowers@advancementproject.org |

1

John A. Freedman*
Rachel L. Forman (FBN 105347)
Jeremy Karpatkin*
Nicholas Casmier Anway*
Connor J. Morgan*
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5000
john.freedman@arnoldporter.com
rachel.forman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
nicholas.casmier.anway@arnoldporter.com
connor.morgan@arnoldporter.com

Jeffrey A. Miller*
**Arnold & Porter Kaye Scholer LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
(650) 319-4500
jeffrey.miller@arnoldporter.com

hmirza@advancementproject.org
sseth@advancementproject.org
nmiller@advancementproject.org
pketchamcolwill@advancementproject.org

Cesar Z. Ruiz*
Delmarie Alicea (FBN 1024650)
Jose Perez*
**Latino Justice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
dalicea@latinojustice.org
jperez@latinojustice.org

Eric Padilla (FBN 1044216)
**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street
New York, NY 10019
(212) 836-8000
eric.padilla@arnoldporter.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*