# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| **UNIDOSUS** et al., | |
| *Plaintiffs*, | |
| v. | Case No. 1:26-cv-22257 |
| **CORD BYRD**, in his official capacity as Florida Secretary of State, et al., | |
| *Defendants*. | |

## NOTICE OF APPEARANCE

Oren Rosenthal gives notice of his appearance as attorney of record in this case on behalf of Defendant Alina Garcia, in her official capacity as the Miami-Dade County Supervisor of Elections, and requests that all papers filed in this case be served upon him.

Date: April 8, 2026

Respectfully submitted,

By: */s/ Oren Rosenthal*
**OREN ROSENTHAL (FBN 86320)**
**GENERAL COUNSEL**
**MIAMI-DADE COUNTY**
**SUPERVISOR OF ELECTIONS**
2700 NW 87th Ave.
Miami, Florida 33172
Phone:   (305) 499-8537
Fax:       (305) 499-8683
oren.rosenthal@votemiamidade.gov
*Counsel for Defendant Alina Garcia*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 8, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Oren Rosenthal*

Oren Rosenthal