**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-22257-JB

UNIDOSUS, *et al.*,

     *Plaintiffs*,

v.

CORD BYRD, *etc.*, *et al.*,

     *Defendants*.

_____/

**<u>NOTICE OF CHANGE OF ADDRESS AND EMAIL ADDRESS</u>**

Please take notice that due to a change in employment, my updated mailing address and email address is as follows:

ADVANCEMENT PROJECT

1220 L STREET NW

WASHINGTON, D.C. 20005

nmiller@advancementproject.org

Date: April 8, 2026

Respectfully submitted,

*/s/ Nikole Miller*

Nikole Miller (FBN 1031826)
**Advancement Project**
1220 L Street NW
Washington, D.C. 20005
(202) 921-7361
nmiller@advancementproject.org

*Counsel for Plaintiffs*