**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-22257-BECERRA/Torres**

UNIDOSUS, et al.,

      Plaintiffs,

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida; et al.,

      Defendants.

_____/

**NOTICE OF APPEARANCE FOR**
**DEFENDANT JOE SCOTT, IN HIS OFFICIAL CAPACITY AS**
**SUPERVISOR OF ELECTIONS FOR BROWARD COUNTY**

NOTICE IS HEREBY GIVEN that Adam Katzman enters his appearance as counsel of record in the above-referenced matter for Defendant Joe Scott, in his official capacity as Supervisor of Elections for Broward County, and respectfully requests that any and all papers filed or served in this case be served on the undersigned counsel.

                        Respectfully submitted,

                        Andrew J. Meyers
                        Broward County Attorney
                        115 South Andrews Avenue, Suite 423
                        Fort Lauderdale, Florida 33301
                        Telephone: 954-357-7600

                        By: /s/ *Adam Katzman*
                        Adam Katzman
                        Fla. Bar No. 652431

Email: akatzman@broward.org
*Counsel for Defendant Joe Scott*