**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-22257-BECERRA/Torres**

UNIDOSUS, et al.,

      Plaintiffs,

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida; et al.,

      Defendants.

**NOTICE OF APPEARANCE FOR
DEFENDANT JOE SCOTT, IN HIS OFFICIAL CAPACITY AS
<u>SUPERVISOR OF ELECTIONS FOR BROWARD COUNTY</u>**

NOTICE IS HEREBY GIVEN that Devona A. Reynolds Perez enters her appearance as counsel of record in the above-referenced matter for Defendant Joe Scott, in his official capacity as Supervisor of Elections for Broward County, and respectfully requests that any and all papers filed or served in this case be served on the undersigned counsel.

      Respectfully submitted,

      Andrew J. Meyers
      Broward County Attorney
      115 South Andrews Avenue, Suite 423
      Fort Lauderdale, Florida 33301
      Telephone: 954-357-7600

      By: */s/ Devona A. Reynolds Perez*
      Devona A. Reynolds Perez
      Fla. Bar No. 70409

Email: DReynoldsPerez@broward.org
*Counsel for Defendant Joe Scott*