**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-22257-BECERRA/Torres**

UNIDOSUS, et al.,

      Plaintiffs,

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida; et al.,

      Defendants.

_____

**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE**
**DISCLOSURE STATEMENT OF DEFENDANT JOE SCOTT**

Defendant Joe Scott, in his official capacity as Supervisor of Elections for Broward County, by and through his undersigned counsel and in accordance with Fed. R. Civ. P. 7.1, files his Certificate of Interested Parties and Corporate Disclosure Statement as follows:

1

## I.     Corporate Disclosure Statement

Joe Scott, in his official capacity as the Supervisor of Elections for Broward County, is a constitutional officer of Broward County pursuant to Fla. Const. Art. VIII, § 1(d). The Supervisor of Elections for Broward County does not have subsidiaries, conglomerates, affiliates, or parent corporations.

## II.    Interested Parties

All listed parties to this action and their counsel of record.

April 8, 2026                                Respectfully submitted,

Andrew J. Meyers
Broward County Attorney
115 South Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: (954) 357-7600

By: /s/ *Devona A. Reynolds Perez*
Adam Katzman, Fla. Bar No. 652431
akatzman@broward.org
Devona A. Reynolds Perez, Fla. Bar No. 070409
dreynoldsperez@broward.org
*Counsel for Defendant Joe Scott*