# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**UNIDOSUS** et al.,

    *Plaintiffs*,

v.

**CORD BYRD**, in his official capacity
as Florida Secretary of State, et al.,

    *Defendants*.

Case No. 1:26-cv-22257

### <u>DEFENDANT ALINA GARCIA'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT</u>

Defendant Alina Garcia, in her official capacity as Miami-Dade County Supervisor of Elections, and pursuant to Federal Rules of Civil Procedure 7.1, files this Certificate of Interested Parties and Corporate disclosure statement.

1. <u>Corporate Disclosure Statement</u>: The Miami-Dade County Supervisor of Elections is a constitutional officer of Miami-Dade County, a political subdivision of the State of Florida. The Miami-Dade County Supervisor of Elections does not have subsidiaries, conglomerates, affiliates, or parent corporations.

2. <u>Interested Parties</u>: All listed parties to this action and their counsel of record.

1

Date: April 9, 2026

Respectfully submitted,

By: */s/ Oren Rosenthal*
**OREN ROSENTHAL (FBN 86320)**
**GENERAL COUNSEL**
**MIAMI-DADE COUNTY**
**SUPERVISOR OF ELECTIONS**
2700 NW 87th Ave.
Miami, Florida 33172
Phone:   (305) 499-8537
Fax:       (305) 499-8683
oren.rosenthal@votemiamidade.gov
*Counsel for Defendant Alina Garcia*

## CERTIFICATE OF SERVICE

I certify that on April 9, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Oren Rosenthal*

Oren Rosenthal