IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNIDOSUS; LEAGUE OF WOMEN
VOTERS OF FLORIDA, INC.; LEAGUE
OF WOMEN VOTERS OF FLORIDA
EDUCATION FUND, INC.; FLORIDA
RISING TOGETHER; FLORIDA RISING,
INC.; HISPANIC FEDERATION;
FLORIDA IMMIGRANT COALITION;
FLIC VOTES, INC.; COMMON CAUSE;
And COMMON CAUSE EDUCATION FUND,

     Plaintiffs,

v.                                **Case No. 1:26-cv-22257-JB**

CORD BYRD, in his official capacity
as Florida Secretary of State,  JOE SCOTT,
in his official capacity as Broward County
Supervisor of Elections, ALINA GARCIA,
In her official capacity as Miami-Dade
County Supervisor of Elections, and
WENDY SARTORY LINK, in her official
Capacity as Palm Beach County
Supervisor of Elections,

     Defendants.
_____/

**NOTICE OF APPEARANCE FOR DEFENDANT,
<u>SUPERVISOR OF ELECTIONS FOR PALM BEACH COUNTY</u>**

**PLEASE TAKE NOTICE** that undersigned counsel, John T. LaVia, III, with

the Gardner Bist King & Wood law firm hereby enters his appearance as counsel for

Defendant, Palm Beach County Supervisor of Elections Wendy Sartory Link.

1

**PLEASE TAKE NOTICE** that the undersigned attorney requests that copies

of all further filings in this matter be served at the following email addresses:


Attorney:                                   John T. LaVia, III
Primary Electronic Email Address:    jlavia@gbkwlaw.com
Secondary Electronic Email Address:  rhonda@gbkwlaw.com


Respectfully submitted this 9th day of April, 2026.

/s/ John T. LaVia, III
John T. LaVia, III
Florida Bar No. 0853666
Gardner Bist King & Wood
1300 Thomaswood Drive
Tallahassee, Florida  32308
Telephone:  (850) 385-0070
jlavia@gbkwlaw.com

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 9, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ John T. LaVia, III
Attorney

3