**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-22257-JB/Torres**

UNIDOSUS, et al.,

    *Plaintiffs*,

v.

BYRD, in his official capacity as Florida
Secretary of State, et al.,

    *Defendants*.

_____/

## NOTICE OF APPEARANCE

Martin C. Wolk gives notice of his appearance on behalf of Cord Byrd, in his official

capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed

in this case be served upon him.


Dated: April 12, 2026

    Respectfully submitted,

    /s/ Martin C. Wolk
    Martin C. Wolk (FBN 1065532)
    HOLTZMAN VOGEL BARAN
    TORCHINSKY & JOSEFIAK PLLC
    119 South Monroe Street, Suite 500
    Tallahassee, FL 32301
    (850) 270-5938
    mwolk@holtzmanvogel.com

    *Counsel for Florida Secretary of State*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 12, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

<u>/s/ Martin C. Wolk</u>
Martin C. Wolk