# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**UNIDOSUS** et al.,

  *Plaintiffs*,

v.

**CORD BYRD**, in his official capacity
as Florida Secretary of State, et al.,

  *Defendants*.

Case No. 1:26-cv-22257

### DEFENDANTS JOE SCOTT, ALINA GARCIA, AND WENDY SARTORY LINK'S NOTICE OF JOINDER IN MOTION TO TRANSFER, CONSOLIDATE, AND ALIGN PLEADING DEADLINES

Defendants Joe Scott, Alina Garcia, and Wendy Sartory Link, in their official capacities as Supervisors of Elections, join in Defendant Cord Byrd's Motion to Transfer, Consolidate, and Align Pleading Deadlines filed April 7, 2026. (D.E. 45). This matter is one of two pending cases challenging provisions in the recently enacted Florida House Bill 991. This case and the similar case currently pending in the United States District Court for the Northern District of Florida (*NAACP, et. al. v. Byrd, et al.*, Case No. 4:26-cv-00147-MW-MAF) have multiple overlapping and additional defendants with different dates of service and deadlines for responsive pleadings. Consolidation of the cases in the Southern District of Florida and alignment of the deadlines for all defendants will promote judicial economy and the efficient resolution of the pending cases.

1

## <u>CERTIFICATE OF GOOD FAITH CONFERENCE</u>

Pursuant to Local Rule 7.1(a)(3), I certify that Defendants' counsel has conferred with Plaintiffs' counsel in both cases in a good faith effort to resolve the issues presented. Plaintiffs in this case consent to the requested relief. Plaintiffs in the Northern District case do not oppose the transfer of the Northern District of Florida case to the Southern District of Florida and do not oppose aligning the pleading deadlines for all defendants.  Plaintiffs in the Northern District of Florida case do not consent to consolidation and instead intend to have the cases maintained as separately docketed cases before the same judge and only consolidated for purposes of timing of hearings, depositions, pleadings, and similar proceedings.

Date: April 13, 2026

Respectfully submitted,

By: */s/ Oren Rosenthal*
OREN ROSENTHAL (FBN 86320)
GENERAL COUNSEL
MIAMI-DADE COUNTY
SUPERVISOR OF ELECTIONS
2700 NW 87th Ave.
Miami, Florida 33172
Phone:   (305) 499-8537
Fax:       (305) 499-8683
oren.rosenthal@votemiamidade.gov
*Counsel for Defendant Alina Garcia*
*Supervisor of Elections for Miami-*
*Dade County*

/s/ John LaVia
John T. LaVia, III
Florida Bar No. 0853666
GARDNER, BIST, BOWDEN, DEE,
LAVIA, WRIGHT, PERRY &
HARPER, P.A.
1300 Thomaswood Drive
Tallahassee, Florida 32308
Telephone: (850) 385-0070
Facsimile: (850) 385-5416
jlavia@gbwlegal.com

*Counsel for Wendy Link, Supervisor of*
*Elections for Palm Beach County*

/s/*Devona Reyonlds Perez*
Adam Katzman
Florida Bar No. 652431
Devona A. Reynolds Perez
Florida Bar No. 70409
BROWARD COUNTY ATTORNEY
115 South Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: (954)357-7600
dreynoldsperez@broward.org
akatzman@broward.org

*Counsel for Joe Scott, Supervisor of*
*Elections for Broward County*

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Oren Rosenthal*

Oren Rosenthal