**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-22257- JB/Torres**

UNIDOSUS, et al.,

     *Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

     *Defendants*.

_____/

**DEFENDANT SECRETARY BYRD'S CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Cord Byrd, in his official capacity as Florida Secretary of State, and pursuant to the Court's paperless order regarding procedures, files this Certificate of Interested Parties and Corporate Disclosure Statement.

**Corporate Disclosure Statement:** The Secretary of State is the state's chief election officer, Fla. Stat. § 97.012, and the head of the Florida Department of State. The Secretary of State does not have subsidiaries, conglomerates, affiliates, or parent corporations.

**Interested Parties:** The following lists persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case. "Plaintiff(s)" and "Defendant(s)" refer to plaintiffs and defendants in this case. The Secretary also includes interested parties in Case No. 4:26-cv-00147-MW-MAF in the Northern District of Florida, which is the subject of the Secretary's pending Motion to Transfer, Consolidate, and Align Pleading Deadlines, Doc.45. Interested parties in the Northern District case are designated as "Northern District Plaintiff(s)" and "Northern District Defendant(s)."

1

1. Adkins, Janet, in her official capacity as Nassau County Supervisor of Elections, *Northern District Defendant*

2. Advancement Project, *Attorneys for Plaintiffs*

3. Alachua County Attorney's Office, *Attorneys for Northern District Defendant*

4. ACLU Foundation of Florida, *Attorneys for Plaintiffs*

5. Alicea, DelMarie, *Attorney for Plaintiffs*

6. American Civil Liberties Union Foundation, *Attorneys for Plaintiffs*

7. Anway, Nicholas Casmier, *Attorney for Plaintiffs*

8. Arnold & Porter Kaye Scholer LLP, *Attorneys for Plaintiffs*

9. Arrington, Mary Jane, in her official capacity as Osceola County Supervisor of Elections, *Northern District Defendant*

10. Baird, Maureen, in her official capacity as Citrus County Supervisor of Elections, *Northern District Defendant*

11. Bardos, Andy, *Attorney for Northern District Defendants*

12. Barton, Kim, in her official capacity as Alachua County Supervisor of Elections, *Northern District Defendant*

13. Bell, Melony, in her official capacity as Polk County Supervisor of Elections, *Northern District Defendant*

14. Bender, Robert, in his official capacity as Escambia County Supervisor of Elections, *Northern District Defendant*

15. Blazier, Melissa, in her official capacity as Collier County Supervisor of Elections, *Northern District Defendant*

16. Bobanic, Tim, in his official capacity as Brevard County Supervisor of Elections, *Northern District Defendant*

17. Brannon, Sarah, *Attorney for Plaintiffs*

18. Broward County Attorney's Office, *Attorneys for Defendant and Northern District Defendant*

19. Brown, Tomi, in her official capacity as Columbia County Supervisor of Elections, *Northern District Defendant*

20. Byrd, Cord, in his official capacity as Florida Secretary of State, *Defendant and Northern District Defendant*

21. Castor Dentel, Karen, in her official capacity as Orange County Supervisor of Elections, *Northern District Defendant*

22. Chaires, Darbi, in her official capacity as Dixie County Supervisor of Elections, *Northern District Defendant*

23. Chambless, Chris, in his official capacity as Clay County Supervisor of Elections, *Northern District Defendant*

24. Chason, Sharon, in her official capacity as Calhoun County Supervisor of Elections, *Northern District Defendant*

25. Common Cause, *Plaintiff*

26. Common Cause Education Fund, *Plaintiff*

27. Conyers, Grant, in his official capacity as Liberty County Supervisor of Elections, *Northern District Defendant*

28. Corley, Brian, in his official capacity as Pasco County Supervisor of Elections, *Northern District Defendant*

29. Darus, Lisa, in her official capacity as Gilchrist County Supervisor of Elections, *Northern District Defendant*

30. Davis, Ashley, *Attorney for Defendant and Northern District Defendant*

31. Davis, Vicki, in her official capacity as Martin County Supervisor of Elections, *Northern District Defendant*

32. Driggers, Heath, in his official capacity as Madison County Supervisor of Elections, *Northern Distrct Defendant*

33. Dunaway, Carol, in her official capacity as Jackson County Supervisor of Elections, *Northern District Defendant*

34. Earley, Mark, in his official capacity as Leon County Supervisor of Elections, *Northern District Defendant*

35. Elias Law Group, *Attorneys for Northern District Plaintiffs*

36. Farnam, Aletris, in her official capacity as Glades County Supervisor of Elections, *Northern District Defendant*

37. Farrington, Scott, in his official capacity as Manatee County Supervisor of Elections, *Northern District Defendant*

38. Faruqui, Bilal, *Attorney for Defendant and Northern District Defendant*

39. Feliciano, Bernie, in her official capacity as Lee County Supervisor of Elections, *Northern District Defendant*

40. FLIC Votes, *Plaintiff*

41. Florida Alliance for Retired Americans, Inc., *Northern District Plaintiff*

42. Florida Department of State, *Attorneys for Defendant and Northern District Defendant*

43. Florida Immigrant Coalition, *Plaintiff*

44. Florida Rising, Inc., *Plaintiff*

45. Florida Rising Together, *Plaintiff*

46. Florida State Conference of Branches and Youth Units of the NAACP, *Northern District Plaintiff*

47. Ford, Christina, *Attorney for Northern District Plaintiffs*

48. Forman, Rachel, *Attorney for Plaintiffs*

49. Freedman, John, *Attorney for Plaintiffs*

50. Garcia, Alina, in her official capacity as Miami-Dade County Supervisor of Elections, *Defendant and Northern District Defendant*

51. Gardner Bist King & Wood, *Attorneys for Defendant and Northern District Defendants*

52. GrayRobinson, P.A., *Attorneys for Northern District Defendants*

53. Hart, Travis, in his official capacity as Lafayette County Supervisor of Elections, *Northern District Defendant*

54. Hays, Alan, in his official capacity as Lake County Supervisor of Elections, *Northern District Defendant*

55. Healy, Karen, in her official capacity as Highlands County Supervisor of Elections, *Northern District Defendant*

56. Henderson, Franklin, Starnes & Holt, P.A., *Attorneys for Northern District Defendants*

57. Hispanic Federation, *Plaintiff*

58. Hodies, Sherri, in her official capacity as Monroe County Supervisor of Elections, *Northern District Defendant*

59. Holland, Jerry, in his official capacity as Duval County Supervisor of Elections, *Northern District Defendant*

60. Holtzman Vogel Baran Torchinsky & Josefiak PLLC, *Attorneys for Defendant and Northern District Defendants*

61. Hughes, William, *Attorney for Plaintiffs*

62. Hutto, Laura, in her official capacity as Hamilton County Supervisor of Elections, *Northern District Defendant*

63. Jazil, Mohammad, *Attorney for Defendant and Northern District Defendants*

64. Jones, Tammy, in her official capacity as Levy County Supervisor of Elections, *Northern District Defendant*

65. Kahn, Jared, *Attorney for Northern District Defendant*

66. Karpatkin, Jeremy, *Attorney for Plaintiffs*

67. Katzman, Adam, *Attorney for Defendant and Northern District Defendant*

68. Keen, William, in his official capacity as Sumter County Supervisor of Elections, *Northern District Defendant*

69. Kerner, Dave, in his official capacity as Director of the Florida Department of Highway Safety and Motor Vehicles, *Northern District Defendant*

70. Ketcham-Colwill, Peter, *Attorney for Plaintiffs*

71. Khanna, Abha, *Attorney for Northern District Plaintiffs*

72. King, Blackwell, Zehnder & Wermuth, P.A., *Attorneys for Northern District Plaintiffs*

73. Kinsey, Jennifer, in her official capacity as Suwannee County Supervisor of Elections, *Northern District Defendant*

74. Lakin, Sophia, *Attorney for Plaintiffs*

75. Latimer, Craig, in his official capacity as Hillsborough County Supervisor of Elections, *Northern District Defendant*

6

76. Latino Justice PRLDEF, *Attorneys for Plaintiffs*

77. LaVancher, Denise, in her official capacity as Hernando County Supervisor of Elections, *Northern District Defendant*

78. LaVia, John, *Attorney for Defendant and Northern District Defendants*

79. League of Women Voters of Florida, *Plaintiff*

80. League of Women Voters of Florida Education Fund, *Plaintiff*

81. Lenhart, Kaiti, in her official capacity as Flagler County Supervisor of Elections, *Northern District Defendant*

82. Lewis, Lisa, in her official capacity as Volusia County Supervisor of Elections, *Northern District Defendant*

83. Link, Wendy Sartory, in her official capacity as Palm Beach County Supervisor of Elections, *Defendant and Northern District Defendant*

84. Lux, Paul, in his official capacity as Okaloosa County Supervisor of Elections, *Northern Distrct Defendant*

85. Marcus, Julie, in her official capacity as Pinellas County Supervisor of Elections, *Northern District Defendant*

86. Mari, Frank, *Attorney for Northern District Defendant*

87. May, David, in his official capacity as Okeechobee County Supervisor of Elections, *Northern District Defendant*

88. McKay, Nina, *Attorney for Plaintiffs*

89. McKusick, Walker, *Attorney for Northern District Plaintiffs*

90. McNamara, Caroline, *Attorney for Plaintiffs*

91. Messer, Ryan, in his official capacity as Walton County Supervisor of Elections, *Northern District Defendant*

92. Miami-Dade County Supervisor of Elections, *Attorneys for Defendant and Northern District Defendant*

93. Miller, Jeffrey, *Attorney for Plaintiffs*

94. Miller, Nikole, *Attorney for Plaintiffs*

95. Milligan, Michelle, in her official capacity as Jefferson County Supervisor of Elections, *Northern District Defendant*

96. Milton, Christopher, in his official capacity as Baker County Supervisor of Elections, *Northern District Defendant*

97. Mirza, Hani, *Attorney for Plaintiffs*

98. Morgan, Connor, *Attorney for Plaintiffs*

99. Morgan, Joseph, in his official capacity as Wakulla County Supervisor of Elections, *Northern District Defendant*

100. Nabors, Giblin & Nickerson, P.A., *Attorneys for Northern District Defendant*

101. Oakes, Vicky, in her official capacity as St. Johns County Supervisor of Elections, *Northern District Defendant*

102. Office of the Hillsborough County Attorney, *Attorneys for Northern District Defendant*

103. Olivo, Geraldo, *Attorney for Northern District Defendants*

104. Osborne, Deborah, in her official capacity as Union County Supervisor of Elections, *Northern District Defendant*

105. Overturf, Charles, in his official capacity as Putnam County Supervisor of Elections, *Northern District Defendant*

106. Padilla, Eric, *Attorney for Plaintiffs*

107. Pennock, Amy, in her official capacity as Seminole County Supervisor of Elections, *Northern District Defendant*

108. Perez, Jose, *Attorney for Plaintiffs*

109. Pettis, Deidra, in her official capacity as Washington County Supervisor of Elections, *Northern District Defendant*

110. Pierce, Rhonda, in her official capacity as Gulf County Supervisor of Elections, *Northern District Defendant*

111. Pinellas County Attorney's Office, *Attorneys for Northern District Defendant*

112. Powers, John, *Attorney for Plaintiffs*

113. Reynolds Perez, Devona, *Attorney for Defendant and Northern District Defendant*

114. Riley, Heather, in her official capacity as Franklin County Supervisor of Elections, *Northern District Defendant*

115. Ritter, Quinn, *Attorney for Northern District Plaintiffs*

116. Rosenthal, Oren, *Attorney for Defendant and Northern District Defendant*

117. Ruiz, Cesar, *Attorney for Plaintiffs*

118. Scott, Joe, in his official capacity as Broward County Supervisor of Elections, *Defendant and Northern District Defendant*

119. Seth, Sonali, *Attorney for Plaintiffs*

120. Seyfang, Amanda, in her official capacity as Bradford County Supervisor of Elections, *Northern District Defendant*

121. Shaud, Matthew, *Attorney for Northern District Defendant*

122. Smith, Diane, in her official capacity as Hardee County Supervisor of Elections, *Northern District Defendant*

123. Southerland, Dana, in her official capacity as Taylor County Supervisor of Elections, *Northern District Defendant*

124. Stewart, Gregory, *Attorney for Northern District Defendant*

125. Swain, Robert, *Attorney for Northern District Defendant*

126. Swan, Leslie, in her official capacity as Indian River County Supervisor of Elections, *Northern District Defendant*

127. Taylor, Sherry, in her official capacity as Hendry County Supervisor of Elections, *Northern District Defendant*

128. Tessitore Mari Scott, PLLC, *Attorneys for Northern District Defendant*

129. Tilley, Daniel, *Attorney for Plaintiffs*

130. Todd, Stephen, *Attorney for Northern District Defendant*

131. Topaz, Jonathan, *Attorney for Plaintiffs*

132. Turner, Ron, in his official capacity as Sarasota County Supervisor of Elections, *Northern District Defendant*

133. UnidosUS, *Plaintiff*

134. Valenti, Leah, in her official capacity as Charlotte County Supervisor of Elections, *Northern District Defendant*

135. Villane, Tappie, in her official capacity as Santa Rosa County Supervisor of Elections, *Northern District Defendant*

136. Walker, Gertrude, in her official capacity as St. Lucie County Supervisor of Elections, *Northern District Defendant*

137. Ward, Nina, in her official capacity as Bay County Supervisor of Elections, *Northern District Defendant*

138. Warren, Nicholas, *Attorney for Plaintiffs*

139. Wenzel Fenton Cabassa, *Attorneys for Plaintiffs*

140. Wermuth, Frederick, *Attorney for Northern District Plaintiffs*

141. Wertz, Debbie, in her official capacity as DeSoto County Supervisor of Elections, *Northern District Defendant*

142. Wilcox, Wesley, in his official capacity as Marion County Supervisor of Elections, *Northern District Defendant*

143. Williams, H. Russell, in his official capacity as Holmes County Supervisor of Elections, *Northern District Defendant*

144. Williams, Kenya, in her official capacity as Gadsden County Supervisor of Elections, *Northern District Defendant*

145. Wittstein, Nicole, *Attorney for Northern District Plaintiffs*

146. Wolk, Martin, *Attorney for Defendant and Northern District Defendants*

Dated: April 15, 2026

Respectfully submitted,

Ashley E. Davis (FBN 48032)
  General Counsel
Bilal A. Faruqui (FBN 15212)
  Deputy General Counsel
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399
(850) 245-6531
ashley.davis@dos.fl.gov
bilal.faruqui@dos.fl.gov
jenna.mclanahan@dos.fl.gov

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Martin C. Wolk (FBN 1065532)
HOLTZMAN VOGEL BARAN TORCHINSKY &
JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938
mjazil@holtzmanvogel.com
mwolk@holtzmanvogel.com

*Counsel for Florida Secretary of State and Florida Department of Highway Safety and Motor Vehicles Director*

12

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 15, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

<u>/s/ Mohammad O. Jazil</u>
Mohammad O. Jazil