IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:26-cv-22257-JB

UNIDOSUS, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

    *Defendants*.

_____/

**PLAINTIFFS' RESPONSE TO SECRETARY'S MOTION TO TRANSFER, CONSOLIDATE, AND ALIGN PLEADING DEADLINES**

Plaintiffs respond to the Secretary of State's Motion to Transfer, Consolidate, and Align Pleading Deadlines (Dkt. No. 45). The Secretary correctly states that Plaintiffs do not oppose the requested relief. As the first-filed court, this Court should hear both this case and the related Northern District of Florida case, *Fla. State Conference of Branches & Youth Units of the NAACP v. Byrd*, No. 4:26-cv-147 ("Northern District Case").

Plaintiffs note that several Southern District judges have held that the *second*-filed court should resolve such a transfer request. *See, e.g.*, *Abreu v. Pfizer, Inc.*, No. 7:21-cv-62122, 2022 WL 481184, at *5 (S.D. Fla. Feb. 16, 2022) (Moreno, J.) ("[T]he proper venue in which to file a motion to transfer . . . is the venue from which the party wants to transfer away.").

Recognizing this caselaw, the Secretary recently filed a transfer motion in the Northern District. Northern District Case (Apr. 16, 2026), Dkt. No. 36. But earlier today, the Northern District announced it would defer to *this* Court, consistent with Northern District caselaw that the *first*-filed court should resolve a transfer request. Northern District Case (Apr. 20, 2026), Dkt. No. 40 (citing *Humbert v. Bytedance, Inc.*, No. 5:24-cv-236, 2025 WL 2412155 (N.D. Fla. Jan. 28, 2025)). The Northern District noted that it will address the transfer motion if *this* Court determines

1

it is not the appropriate court to rule on transfer.

Thus, Plaintiffs respectfully request that this Court grant the Secretary's pending transfer motion to facilitate the speedy prosecution of both cases.

Respectfully submitted April 20, 2026,

/s/ Nicholas L.V. Warren

Sophia Lin Lakin*
Jonathan Topaz*
William Hughes*
Nina Nayiri McKay*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org
jtopaz@aclu.org
whughes@aclu.org
nmckay@aclu.org

Sarah Brannon*
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, D.C. 20005
(740) 632-0671
sbrannon@aclu.org

John A. Freedman*
Rachel L. Forman (FBN 105347)
Jeremy Karpatkin*
Nicholas Casmier Anway*
Connor J. Morgan*
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5000
john.freedman@arnoldporter.com
rachel.forman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
nicholas.casmier.anway@arnoldporter.com
connor.morgan@arnoldporter.com

Caroline McNamara (FBN 1038312)
Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, Florida 33134
(786) 363-2738
cmcnamara@aclufl.org
nwarren@aclufl.org
dtilley@aclufl.org

John Powers*
Hani Mirza*
Sonali Seth*
Nikole Miller (FBN 1031826)
Peter Ketcham-Colwill*
**Advancement Project**
1220 L Street NW, Suite 850
Washington, DC 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org
sseth@advancementproject.org
nmiller@advancementproject.org
pketchamcolwill@advancementproject.org

Cesar Z. Ruiz*
Delmarie Alicea (FBN 1024650)
Jose Perez*
**Latino Justice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
dalicea@latinojustice.org
jperez@latinojustice.org

Jeffrey A. Miller*
**Arnold & Porter Kaye Scholer LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
(650) 319-4500
jeffrey.miller@arnoldporter.com

Eric Padilla (FBN 1044216)
**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street
New York, NY 10019
(212) 836-8000
eric.padilla@arnoldporter.com

*\* Admitted pro hac vice*

*Attorneys for Plaintiffs*

3