## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNIDOSUS** et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:26-cv-22257 |
| ) | |
| **CORD BYRD**, in his official capacity ) | |
| as Florida Secretary of State, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### DEFENDANT WENDY LINK'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, Wendy Link, in her official capacity as Palm Beach County Supervisor of Elections, and pursuant to Federal Rules of Civil Procedure 7.1., and the Court's Order Regarding Procedures (ECF No. 4), files this Certificate of Interested Parties and Corporate Disclosure Statement.

1. <u>Corporate Disclosure Statement</u>: The Palm Beach County Supervisor of Elections is a county constitutional officer of Palm Beach County, a political subdivision of the State of Florida. As such, the Palm Beach County Supervisor of Elections does not have subsidiaries, conglomerates, affiliates, or parent corporations.

2. <u>Interested Parties</u>: All listed parties to this action and their counsel of record.

1

Respectfully submitted this 28th day of April, 2026.

/s/ John T. LaVia, III
John T. LaVia, III
Florida Bar No. 0853666
Gardner Bist King & Wood
1300 Thomaswood Drive
Tallahassee, Florida  32308
Telephone:  (850) 385-0070
jlavia@gbkwlaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on April 28, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ John T. LaVia, III
Attorney

2