**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-22257-JB**

UNIDOSUS, *et al.*,

     *Plaintiffs*,

v.

CORD BYRD, *et al.*,

     *Defendants*.

_____/

**JOINT NOTICE OF PROPOSED BRIEFING SCHEDULE**

On May 1, 2026, the Court directed "the parties in both cases," *UnidosUS et al. v. Byrd et al.*, No. 1:26-cv-22257, and *Florida State Conference of Branches and Youth Units of NAACP, et al. v. Byrd, et al.*, No. 1:26-cv-23135, to "file a Joint Notice setting forth a proposed briefing schedule with respect to Defendants' responses to the Complaints." Order, *UnidosUS et al. v. Byrd et al.*, No. 1:26-cv-22257, Dkt. No. 61 at 8 ("Transfer Order"). The parties in both cases conferred and jointly submit the proposed briefing schedule below:

- July 22, 2026: Deadline to join additional parties and amend the pleadings.
- August 12, 2026: Deadline for Defendants to respond to Plaintiffs' amended complaints. Defendants are not required to respond to the current or any amended complaints before this deadline.
- September 2, 2026: Deadline for Plaintiffs to file memoranda opposing any motions to dismiss.
- September 16, 2026: Deadline for Defendants to file reply memoranda in support of any motions to dismiss.

The parties note that the proposed deadline to join additional parties and amend pleadings is a little more than three weeks later than the deadline proposed in the *UnidosUS* Joint Scheduling Report. *See* Joint Scheduling Report, *UnidosUS et al. v. Byrd et al.*, No. 1:26-cv-22257, Dkt. No. 59 at 3. These adjustments were necessary given the transfer of the Northern District of Florida case, which occurred after the parties' joint filing, *see generally* Transfer Order, as well as

1

Plaintiffs' intention to amend their complaint to add claims under the National Voter Registration Act after the required notice period has run, *see* Compl., *Florida State Conference of Branches and Youth Units of NAACP, et al. v. Byrd, et al.*, No. 1:26-cv-23135, Dkt. No. 1 at 16–17 & n.1 (citing 52 U.S.C. § 20510(b)(1)–(2)).

After conferral by the parties, and to avoid duplicative responses by Defendants to the Complaints prior to that anticipated amendment, the parties propose a response deadline three weeks after the amendment deadline. The parties believe that the slight adjustment to the previously submitted deadlines in the *UnidosUS* Joint Schedule Report can better preserve judicial resources and facilitate an efficient resolution of any motions to dismiss.

Once the cases have been officially consolidated,[1] the parties will confer on whether any further adjustments to the existing Joint Scheduling Report are warranted.

---

[1] As described in the Court's Transfer Order, at 7 (citing Dkt. No. 54 at 2), the parties agree to consolidation for the purpose of trial and timing of pleadings, hearings, and depositions and other discovery, while maintaining the separate identity of the two cases.

Respectfully submitted May 14, 2026,

Sophia Lin Lakin*
Jonathan Topaz*
William Hughes*
Nina Nayiri McKay*
**American Civil Liberties
Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org
jtopaz@aclu.org
whughes@aclu.org
nmckay@aclu.org

Sarah Brannon*
**American Civil Liberties
Union Foundation**
915 15th Street NW
Washington, DC 20005
(740) 632-0671
sbrannon@aclu.org

John A. Freedman*
Rachel L. Forman (FBN 105347)
Jeremy Karpatkin*
Nicholas Casmier Anway*
Connor J. Morgan*
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5000
john.freedman@arnoldporter.com
rachel.forman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
nicholas.casmier.anway@arnoldporter.com
connor.morgan@arnoldporter.com

Jeffrey A. Miller*
**Arnold & Porter Kaye Scholer LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306

_/s/ Caroline McNamara_
Caroline McNamara (FBN 1038312)
Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2738
cmcnamara@aclufl.org
nwarren@aclufl.org
dtilley@aclufl.org

John Powers*
Hani Mirza*
Sonali Seth*
Nikole Miller (FBN 1031826)
Peter Ketcham-Colwill*
**Advancement Project**
1220 L Street NW, Suite 850
Washington, DC 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org
sseth@advancementproject.org
nmiller@advancementproject.org
pketchamcolwill@advancementproject.org

Cesar Z. Ruiz*
Delmarie Alicea (FBN 1024650)
Jose Perez*
**Latino Justice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
dalicea@latinojustice.org
jperez@latinojustice.org

Eric Padilla (FBN 1044216)
**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street
New York, NY 10019

3

(650) 319-4500                                    (212) 836-8000
jeffrey.miller@arnoldporter.com                   eric.padilla@arnoldporter.com
                                                  * *Admitted pro hac vice*

*Attorneys for UnidosUS Plaintiffs*


Ashley E. Davis (FBN 48032)                       David Arthmann (FBN 50338)
  General Counsel                                    General Counsel
Bilal A. Faruqui (FBN 15212)                      Jonathan Sanford (FBN 86400)
  Deputy General Counsel                            Deputy General Counsel
FLORIDA DEPARTMENT OF STATE                       FLORIDA DEPARTMENT OF HIGHWAY
R.A. Gray Building                                SAFETY & MOTOR VEHICLES
500 South Bronough Street                         Neil Kirkman Building
Tallahassee, FL 32399                             2900 Apalachee Parkway, A432
(850) 245-6531                                    Tallahassee, FL 32399
ashley.davis@dos.fl.gov                           (850) 617-3101
bilal.faruqui@dos.fl.gov                          davidarthmann@flhsmv.gov
jenna.mclanahan@dos.fl.gov                        jonathansanford@flhsmv.gov
                                                  tracypowell@flhsmv.gov


/s/ *Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
Martin C. Wolk (FBN 1065532)
HOLTZMAN VOGEL BARAN TORCHINSKY &
JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
mwolk@holtzmanvogel.com

*Counsel for Defendants Florida Secretary of State and Florida Department of Highway Safety and Motor Vehicles Director*

/s/ *John T. LaVia III*
John T. LaVia, III (FBN 0853666)
GARDNER BIST KING & WOOD
1300 Thomaswood Drive
Tallahassee, FL 32308
(850) 385-0070
jlavia@gbkwlaw.com

*Counsel for Palm Beach County Supervisor of Elections Wendy Sartory Link*

4

/s/ *Oren Rosenthal*
Oren Rosenthal (FBN 86320)
2700 NW 87th Ave.
Miami, FL 33172
Telephone: (305) 499-8537
oren.rosenthal@votemiamidade.gov

*Counsel for Miami-Dade County Supervisor of Elections Alina Garcia*

/s/ *Adam Katzman*
Adam Katzman (FBN 652431)
Devona A. Reynolds Perez (FBN 70409)
BROWARD COUNTY ATTORNEY
115 South Andrews Avenue, Suite 423
Fort Lauderdale, FL 33301
(954) 357-7600
dreynoldsperez@broward.org
akatzman@broward.org

*Counsel for Broward County Supervisor of Elections Joe Scott*