**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 26-cv-22257-JB
CASE NO.: 26-cv-23135-JB**

UNIDOSUS, *et al.*,

     Plaintiffs,

v.

CORD BYRD, in his official capacity
as Florida Secretary of State, *et al.*,

     Defendants.

_____/

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, *et al.*,

     *Plaintiffs*,

v.

CORD BYRD, in his official capacity
as Florida Secretary of State, *et al.*,

     *Defendants*.

_____/

## NOTICE OF APPEARANCE

     Melissa A. Tartaglia, Esq., files this her notice of appearance as counsel of record in this action on behalf of Defendant Denise LaVancher in her official capacity as Hernando County Supervisor of Elections.

## Certificate of Service

I HEREBY CERTIFY that on May 29, 2026, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system, which shall send a notice of electronic filing to all counsel of record.

*Melissa Tartaglia*
_____
Melissa A. Tartaglia, Esq. (FBN: 116033)
MTartaglia@co.hernando.fl.us
cao@co.hernando.fl.us
Jon A. Jouben, Esq. (FBN: 149561)
JJouben@co.hernando.fl.us
20 North Main Street, Suite 462
Brooksville, Florida 34601
352-754-4122/fax 352-754-4001
*Attorney for Defendant, Denise LaVancher*