**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-22257-JB/Torres**

UNIDOSUS, et al.,

    *Plaintiffs*,

v.

CORD BYRD, in his official capacity as Florida
Secretary of State, et al.,

    *Defendants*.

_____/

## <u>AMENDED JOINT SCHEDULING REPORT</u>

Pursuant to the Court's May 25, 2026, order, ECF No. 66, the parties conferred regarding an amended joint scheduling report. The parties have agreed to adopt the joint scheduling report filed on April 29, 2026, ECF No. 59 (**Attachment 1**), with the following alterations:

- All parties that have not made initial disclosures will make their initial disclosures by **June 12, 2026**.

- All motions to join additional parties or to amend a complaint will be filed by **July 22, 2026**. *See* ECF No. 65. In light of the Plaintiffs' intention to maintain separate identities, anticipation that the separate Plaintiff groups will continue to assert claims against different Defendants, and may raise different claims under the National Voter Registration Act (NVRA) in their amended complaints, Plaintiffs will file separate pleadings and are generally not required to submit joint briefing in this case.

- Initial expert disclosures will be filed by **June 23, 2027**.

- Rebuttal expert disclosures will be filed by **August 16, 2027**.

1

- Reply expert disclosures will be filed by **August 30, 2027**.

- *Daubert* and all other pretrial motions will be filed by **September 10, 2027**.

- Expert depositions will be completed by **September 13, 2027**.

- Before serving any discovery request, Plaintiffs in the two consolidated cases will confer with each other in a good faith effort to avoid duplicative or overlapping discovery requests to the extent possible.

- The parties agree to work in good faith to schedule one deposition of each witness. A party that seeks to depose a witness who has already been deposed in either of the consolidated cases must seek leave of court.

Respectfully submitted,                          Dated: June 2, 2026

Ashley E. Davis (FBN 48032)                     David Arthmann (FBN 50338)
  General Counsel                                 General Counsel
Bilal A. Faruqui (FBN 15212)                    Jonathan Sanford (FBN 86400)
  Deputy General Counsel                          Deputy General Counsel
FLORIDA DEPARTMENT OF STATE                     FLORIDA DEPARTMENT OF HIGHWAY
R.A. Gray Building                              SAFETY & MOTOR VEHICLES
500 South Bronough Street                       Neil Kirkman Building
Tallahassee, FL 32399                           2900 Apalachee Parkway, A432
(850) 245-6531                                  Tallahassee, FL 32399
ashley.davis@dos.fl.gov                         (850) 617-3101
bilal.faruqui@dos.fl.gov                        davidarthmann@flhsmv.gov
jenna.mclanahan@dos.fl.gov                      jonathansanford@flhsmv.gov
                                                tracypowell@flhsmv.gov

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Martin C. Wolk (FBN 1065532)
HOLTZMAN VOGEL BARAN TORCHINSKY &
JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
mwolk@holtzmanvogel.com

*Counsel for Defendants Florida Secretary of State and Florida Department of Highway Safety and Motor Vehicles Director*

/s/ Robert C. Swain
Robert C. Swain
Deputy County Attorney
Florida Bar No. 366961
12 Southeast 1st Street
Gainesville, Florida 32601
Phone: (352) 374-5218/Fax: 374-5216
bswain@alachuacounty.us
CAO@alachuacounty.us

*Counsel for Defendant Kim Barton, Supervisor of Elections for Alachua County*

/s/ Susan S. Erdelyi
Susan S. Erdelyi (FBN 0648965)
MARKS GRAY, P.A.
1200 Riverplace Blvd., Suite 800

3

Jacksonville, Florida 32207
Telephone: 904-398-0900
serdelyi@marksgray.com

*Counsel for Defendants Chris Milton, Supervisor of Elections for Baker County, Nina Ward, Supervisor of Elections for Bay County, Amanda Seyfang, Supervisor of Elections for Bradford County, Sharon Chason, Supervisor of Elections for Calhoun County, Tomi Brown, Supervisor of Elections for Columbia County, Darbi Chaires, Supervisor of Elections for Dixie County, Heather Riley, Supervisor of Elections for Franklin County, Kenya Williams, Supervisor of Elections for Gadsden County, Rhonda Pierce, Supervisor of Elections for Gulf County, Laura Hutto, Supervisor of Elections for Hamilton County, Carol Dunaway, Supervisor of Elections for Jackson County, Travis Hart, Supervisor of Elections for Lafayette County, Janet Adkins, Supervisor of Elections for Nassau County, Charles Overturf, Supervisor of Elections for Putnam County, Tappie Villane, Supervisor of Elections for Santa Rosa County, Vicky Oakes, Supervisor of Elections for St. Johns County, William Keen, Supervisor of Elections for Sumter County, Jennifer Kinsey, Supervisor of Elections for Suwannee County, Dana Southerland, Supervisor of Elections for Taylor County, Joseph Morgan, Supervisor of Elections for Wakulla County, Ryan Messer, Supervisor of Elections for Walton County, Deidra Pettis, Supervisor of Elections for Washington County*

/s/ Frank M. Mari
Frank M. Mari
Florida Bar No. 93243
Tessitore Mari Scott, PLLC
1485 International Parkway, Suite 2031
Lake Mary, FL 32746
Telephone: (321) 363-1634
Facsimile: (321) 319-9095
Primary email: fmari@tessmari.com
Secondary email: ihaines@tessmari.com

*Counsel for Defendant Tim Bobanic, Supervisor of Elections for Brevard County*

/s/ Adam Katzman
Adam Katzman (FBN 652431)
Devona A. Reynolds Perez (FBN 70409)
BROWARD COUNTY ATTORNEY
115 South Andrews Avenue, Suite 423
Fort Lauderdale, FL 33301
(954) 357-7600
dreynoldsperez@broward.org
akatzman@broward.org

*Counsel for Defendant Joe Scott, Supervisor of Elections for Broward County*

4

/s/ Andy Bardos
Andy Bardos (FBN 822671)
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
andy.bardos@gray-robinson.com

*Counsel for Defendants Leah Valenti, Supervisor of Elections for Charlotte County, Melissa Blazier, Supervisor of Elections for Collier County, Leslie Rossway Swan, Supervisor of Elections for Indian River County, Alan Hays, Supervisor of Elections for Lake County, Jenna Persons-Mulicka, Supervisor of Elections for Lee County, Scott Farrington, Supervisor of Elections for Manatee County, Wesley Wilcox, Supervisor of Elections for Marion County, Sherri Hodies, Supervisor of Elections for Monroe County, Brian Corley, Supervisor of Elections for Pasco County, and Amy Pennock, Supervisor of Elections for Seminole County*

/s/ Dale A. Scott
Dale A. Scott, FBN 0568821
Tessitore Mari Scott, PLLC
1485 International Parkway, Suite 2031
Lake Mary, FL 32746
Telephone: (321) 363-1634
Fax: (321) 319-9095
dscott@tessmari.com

*Counsel for Maureen Baird, Supervisor of Elections for Citrus County*

/s/ John T. LaVia, III
John T. LaVia, III (FBN 0853666)
GARDNER BIST KING & WOOD
1300 Thomaswood Drive
Tallahassee, FL 32308
(850) 385-0070
jlavia@gbkwlaw.com

*Counsel for Defendants Chris Chambless, Supervisor of Elections for Clay County, Vicki Davis, Supervisor of Elections for Martin County, Mary Jane Arrington, Supervisor of Elections for Osceola County, Wendy Sartory Link, Supervisor of Elections for Palm Beach County, Melony Bell, Supervisor of Elections for Polk County, and Gertrude Walker, Supervisor of Elections for St. Lucie County*

5

/s/ Pausha Taghdiri
Pausha Taghdiri
Florida Bar No. 1002857
Roper, Townsend & Sutphen, P.A.
255 South Orange Avenue, Suite 750
Orlando, Florida 32801
Telephone: 407-897-5150
ptaghdiri@roperpa.com

*Counsel for Defendants Debbie Wertz, Supervisor of Elections for DeSoto County, Kaiti Lenhart, Supervisor of Elections for Flagler County, Lisa Darus, Supervisor of Elections for Gilchrist County, Karen Healy, Supervisor of Elections for Highlands County, Michelle Milligan, Supervisor of Elections for Jefferson Count, Grant Conyers, Supervisor of Elections for Liberty County, Heath Driggers, Supervisor of Elections for Madison County, and Deborah Osborne, Supervisor of Elections for Union County*

/s/ Tiffiny Douglas Pinkstaff
Tiffiny Douglas Pinkstaff (FBN 682101)
Chief, General Litigation
OFFICE OF GENERAL COUNSEL
CITY OF JACKSONVILLE
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: 904.255.5072
tpinkstaff@coj.net

*Counsel for Defendant Jerry Holland, Supervisor of Elections for Duval County*

/s/ Christi Jo Hankins
Christi Jo Hankins
BOCC Office of the County Attorney
221 Palafox Place, Suite 430
Pensacola, Florida 32502
(850) 595-4970
cjhankins@myescambia.com

*Counsel for Defendant Robert Bender, Supervisor of Elections for Escambia County*

/s/ Geraldo F. Olivo, III
Geraldo F. Olivo, III (FBN 0060905)
HENDERSON, FRANKLIN, STARNES
& HOLT, P.A.
1715 Monroe Street

6

Fort Myers, Florida 33905
Telephone: (239) 344-1168
jerry.olivo@henlaw.com

*Counsel for Defendants Aletris Farnum, Supervisor of Elections for Glades County, Diane
Smith, Supervisor of Elections for Hardee County, Sherry Taylor, Supervisor of Elections for
Hendry County, H. Russell Williams, Supervisor of Elections for Holmes County, Tammy
Jones, Supervisor of Elections for Levy County, and David May, Supervisor of Elections for
Okeechobee County*


/s/ Melissa A. Tartaglia
Melissa A. Tartaglia, Esq. (FBN: 116033)
MTartaglia@co.hernando.fl.us
cao@co.hernando.fl.us
Jon A. Jouben, Esq. (FBN: 149561)
JJouben@co.hernando.fl.us
20 North Main Street, Suite 462
Brooksville, Florida 34601
352-754-4122/fax 352-754-4001

*Counsel for Defendant Denise LaVancher, Supervisor of Elections for Hernando County*


/s/ Stephen M. Todd
Stephen M. Todd
FL Bar #0886203
Office of the County Attorney
Post Office Box 1110
Tampa, Florida 33601-1110
Telephone: (813) 272-5670
Fax: (813) 272-5758
ToddS@hcfl.gov

*Counsel for Defendant Craig Latimer, Supervisor of Elections for Hillsborough County*


/s/ Oren Rosenthal
Oren Rosenthal (FBN 86320)
2700 NW 87th Ave.
Miami, FL 33172
Telephone: (305) 499-8537
oren.rosenthal@votemiamidade.gov

*Counsel for Defendant Alina Garcia, Supervisor of Elections for Miami-Dade County*

7

/s/ Mark Herron
Mark Herron
Florida Bar No. 199737
Messer Caparello, P.A.
2618 Centennial Place
Tallahassee, Florida 32308
Telephone: 850-222-0720
mherron@lawfla.com

*Counsel for Defendant Mark Earley, Supervisor of Elections for Leon County*


/s/ Matthew R. Shaud
GREGORY T. STEWART
Florida Bar No. 203718
MATTHEW R. SHAUD
Florida Bar No. 122252
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 (Facsimile)
gstewart@ngnlaw.com
mshaud@ngnlaw.com
legal-admin@ngnlaw.com

*Counsel for Defendant Paul Lux, Supervisor of Elections for Okaloosa County*


/s/ Nicholas A. Shannin
Nicholas A. Shannin, BCS
Fla. Bar No.: 009570
SHANNIN LAW FIRM
214 S. Lucerne Cir. E., Suite 200
Orlando, Florida 32801
nshannin@shanninlaw.com
(407) 985-2222

*Counsel for Defendant Karen Castor Dentel, Supervisor of Elections for Orange County*


/s/ Jared D. Kahn
JARED D. KAHN
Florida Bar Number 105276
Senior Assistant County Attorney

8

Pinellas County Attorney's Office
315 Court Street, Sixth Floor
Clearwater, FL  33756
Phone: (727) 464-3354 / Fax: (727) 464-4147
Primary e-mail address: jkahn@pinellas.gov
Secondary e-mail address: eservice@pinellas.gov

*Counsel for Defendant Julie Marcus, Supervisor of Elections for Pinellas County*

/s/ Morgan Bentley
MORGAN R. BENTLEY, ESQ.
Florida Bar No. 0962287
mbentley@bgk.law
783 South Orange Ave., Suite 300
Sarasota, Florida 34236
Telephone: 941-556-9030

*Counsel for Defendant Ron Turner, Supervisor of Elections for Sarasota County*

/s/ Sarah Jonas
Sarah Jonas, Esq.
Assistant County Attorney
Fla. Bar No.: 115989
123 W. Indiana Avenue
DeLand, Florida 32720
(386) 736-5950
sjonas@volusia.org
vbustamante@volusia.org

*Counsel for Defendant Lisa Lewis, Supervisor of Elections for Volusia County*

| | |
|---|---|
| | /s/ Caroline McNamara |
| Sophia Lin Lakin* | Caroline McNamara (FBN 1038312) |
| Jonathan Topaz* | Nicholas L.V. Warren (FBN 1019018) |
| William Hughes* | Daniel B. Tilley (FBN 102882) |
| Nina Nayiri McKay* | **ACLU Foundation of Florida** |
| **American Civil Liberties** | 4343 West Flagler Street, Suite 400 |
| **Union Foundation** | Miami, Florida 33134 |
| 125 Broad Street, 18th Floor | (786) 363-2738 |
| New York, NY 10004 | cmcnamara@aclufl.org |
| (212) 549-2500 | nwarren@aclufl.org |
| slakin@aclu.org | dtilley@aclufl.org |
| jtopaz@aclu.org | |

9

whughes@aclu.org
nmckay@aclu.org

Sarah Brannon*
**American Civil Liberties
Union Foundation**
915 15th Street NW
Washington, D.C. 20005
(740) 632-0671
sbrannon@aclu.org

John A. Freedman*
Rachel L. Forman (FBN 105347)
Jeremy Karpatkin*
Nicholas Casmier Anway*
Connor J. Morgan*
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Rachel.Forman@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com
Nicholas.Casmier.Anway@arnoldporter.com
Connor.Morgan@arnoldporter.com

Jeffrey A. Miller*
**Arnold & Porter Kaye Scholer LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
(650) 319-4500
Jeffrey.Miller@arnoldporter.com

John Powers*
Hani Mirza*
Sonali Seth*
Nikole Miller (FBN 1031826)
Peter Ketcham-Colwill*
**Advancement Project**
1220 L Street NW, Suite 850
Washington, DC 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org
sseth@advancementproject.org
nmiller@advancementproject.org
pketchamcolwill@advancementproject.org

Cesar Z. Ruiz*
Delmarie Alicea (FBN 1024650)
Jose Perez*
**Latino Justice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
dalicea@latinojustice.org
jperez@latinojustice.org

Eric Padilla (FBN 1044216)
**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street
New York, NY 10019
(212) 836-8000
Eric.Padilla@arnoldporter.com

*Admitted pro hac vice*

*Counsel for Plaintiffs UnidosUS, League of Women Voters of Florida, League of Women Voters of Florida Education Fund, Florida Rising Together, Florida Rising, Hispanic Federation, Florida Immigrant Coalition, FLIC Votes, Common Cause, and Common Cause Education Fund*

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
Quinn B. Ritter
Florida Bar No. 1018135

Abha Khanna*
Walker McKusick*
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100

KING, BLACKWELL, ZEHNDER &
WERMUTH, P.A.
25 E. Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com

Christina A. Ford**
FL Bar No. 1011634
Nicole Wittstein*
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20002
Telephone: (202) 968-4490
cford@elias.law
nwittstein@elias.law

Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
wmckusick@elias.law


*\ Admitted pro hac vice*
**\ Admission pending*

*Counsel for Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP
and Florida Alliance for Retired Americans*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 2, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

<u>/s/ Mohammad O. Jazil</u>
Mohammad O. Jazil
