AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.   1:26-cv-22257 |
| CORD BYRD, Florida Secretary of State et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Karen Castor Dentel, in her capacity as Orange County Supervisor of Elections
.

Date:      06/04/2026

/s/ Nicholas A. Shannin
*Attorney's signature*

Nicholas A. Shannin Florida Bar No.: 9570
*Printed name and bar number*
Shannin Law Firm, P.A.
214 South Lucerne Circle East
Suite 200
Orlando, Florida 32801

*Address*

service@shanninlaw.com
*E-mail address*

(407) 985-2222
*Telephone number*

*FAX number*