# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**UNIDOSUS** et al.,

    *Plaintiffs,*

v.                                     Case No. 1:26-cv-22257

**CORD BYRD,** in his official capacity
As Florida Secretary of State, et al.,

    *Defendants.*

_____ /

## <u>NOTICE OF APPEARANCE</u>

Mark Herron gives notice of his appearance as attorney of record in this case on behalf of Defendant Mark Earley, in his official capacity as the Leon County Supervisor of Elections, and requests that all papers filed in this case be served upon him.

Date: June 18, 2026

                                       Respectfully Submitted,

                                       By: */s/ Mark Herron*_____
                                       Mark Herron
                                       Florida Bar No.: 0199737
                                       Email: mherron@lawfla.com
                                       mmoody@lawfla.com
                                       statecourtpleadings@lawfla.com
                                       MESSER, CAPARELLO, P.A.
                                       P.O. Box 15579
                                       Tallahassee, Florida 32317

Telephone: (850) 222-0720
Facsimile: (850) 224-4359
*Attorney for Defendant Mark Earley*

## CERTIFICATE OF SERVICE

I certify that on June 18, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which automatically serves all counsel of record for the parties who have appeared.

By: */s/ Mark Herron*_____
Mark Herron