UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 26-cv-22257-JB

UNIDOSUS, et al,

      Plaintiffs,

v.

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,

      Defendants.

_____/

**UNOPPOSED MOTION BY SUPERVISORS OF ELECTIONS
TO PERMIT THEIR ATTORNEYS TO ATTEND JULY 9, 2026 STATUS
CONFERENCE HEARING BY TELEPHONE CONFERENCE OR
ELECTRONIC MEANS**

Defendants, the sixty-seven Florida Supervisors of Elections (the "Supervisors"), respectfully move the Court for permission to designate a single representative to appear in person on behalf of all Supervisor Defendants and to allow the remaining attorneys for Supervisors to attend the Court's July 9, 2026, 11:30 a.m. EST status conference remotely via a pre-arranged call-in telephone number or alternatively, via a video conference. This request is made because:

1.     On June 10, 2026, the Court entered an order setting a status conference for July 9, 2026 at 11:30 a.m. EST at the Wilkie D. Ferguson Jr. Courthouse, Courtroom 11-4, 400 North Miami Avenue, Miami, Florida (the "Status Conference").

2.      This action involves constitutional and federal preemption challenges to certain provisions of Florida House Bill 991 (2026) ("HB 991"), which revises Florida's statewide voter registration process relating to proof-of-citizenship requirements.

3.      The Supervisors are named solely in their official capacities as county election officials responsible for implementing some of the challenged provisions of HB 991. At this stage of the proceedings, the Supervisors share common interests with respect to the issues expected to be addressed at the Status Conference and can be adequately represented by a designated representative acting on their behalf.

4.      The Supervisors serve counties located throughout the State of Florida, and most of their attorneys maintain offices outside Miami-Dade County. Requiring in-person attendance by attorneys for each Supervisor would result in substantial travel time and expense, the costs of which ultimately are borne by county taxpayers. The Supervisors seek to limit their litigation costs and expenses, and do not expect to take a leading role in the defense of this action. Travel from across Florida to the federal courthouse in Miami will require transportation and lodging expenses for many attorneys.

5.      This case has 81 parties. Allowing a single designated representative to appear in person on behalf of all sixty-seven Supervisors, while permitting other interested counsel to attend remotely, would promote the efficient administration of the hearing without prejudicing any party or impairing the court's ability to conduct the Status Conference.

2

6.      The Supervisors have designated a representative with authority to address matters on behalf of all Supervisor Defendants at the Status Conference. Any counsel attending remotely will remain available throughout the proceeding and will be prepared to respond to any questions the Court may direct to them.

7.      To ensure there are no technical issues and to prevent delay in the Court's proceedings, Supervisors have assigned one designee[1] to work with court staff, if necessary, to initiate a teleconference call (or video conference information) for Supervisors' counsel to join at 11:15 a.m. EST and to call into the Court's phone line five minutes before the 11:30 a.m. EST hearing. The Supervisors' remote attendees all agree to mute their phone lines to eliminate ambient noise at their locations that could interfere with the proceedings for those in the courtroom. While the Supervisors' remote attendees do not expect to speak at the hearing, they stand prepared to provide information and answer any questions of the Court as necessary.

8.      Counsel for the Supervisors have conferred with the other parties regarding the relief requested in this motion. No party opposes this motion.

**WHEREFORE**, the sixty-seven Supervisors respectfully request that the Court permit (a) a single designated representative to appear in person on behalf of all Supervisor Defendants at the July 9, 2026 Status Conference and (b) other counsel for the Supervisors to attend remotely through telephonic or videoconference means as the Court may direct.

Respectfully submitted, June 19, 2026.

---

[1] Susan Erdelyi, attorney for 22 Supervisors, has agreed to serve as designee.

3

/s/ *Susan S. Erdelyi*

Susan S. Erdelyi (FBN 0648965)
MARKS GRAY, P.A.
1200 Riverplace Blvd., Suite 800
Jacksonville, Florida 32207
Telephone: 904-398-0900
serdelyi@marksgray.com
*Attorneys for Defendants, Supervisors of Elections for Bay, Baker, Bradford, Calhoun, Columbia, Dixie, Franklin, Gadsden, Gulf, Hamilton, Jackson, Lafayette, Nassau, Putnam, St. Johns, Santa Rosa, Sumter, Suwannee, Taylor, Wakulla, Walton, and Washington Counties*


/s/ *Frank Mari*

Frank M. Mari (FBN 93243)
Tessitore Mari Scott, PLLC
1485 International Parkway
Suite 2031
Lake Mary, Florida 32746
Telephone: (321) 363-1634
fmari@tessmari.com
ihaines@tessmari.com
*Attorney for Defendant, Supervisor of Elections for Brevard County*


/s/ *Andy Bardos*

Andy Bardos (*F*BN 822671)
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 814
Tallahassee, Florida 32301
Telephone: 850-201-6269
abardos@shutts.com
*Attorneys for Defendants, Supervisors of Elections for Charlotte, Collier, Indian River, Lake, Lee, Marion, Manatee, Monroe, Pasco, and Seminole Counties*


/s/ *Adam Katzman*

Adam M. Katzman (FBN 652431)
Devona A. Reynolds Perez (FBN 70409)
BROWARD COUNTY ATTORNEY'S OFFICE
115 S. Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: 954-357-7600
dreynoldsperez@broward.org
akatzman@broward.org
*Attorneys for Defendant, Broward County Supervisor of Elections*


/s/ *Geraldo F. Olivo, III*

Geraldo F. Olivo, III (FBN 60905)
HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
1715 Monroe Street
Fort Myers, Florida 33901
Telephone: 239-344-1100
jerry.olivo@henlaw.com
*Attorneys for Defendants, Supervisors of Elections for Glades, Hardee, Hendry, Holmes, Levy, and Okeechobee Counties*


/s/ *Jared D. Kahn*

Jared D. Kahn (FBN 105276)
PINELLAS COUNTY ATTORNEY'S OFFICE
315 Court Street, Sixth Floor
Clearwater, Florida 33756
Telephone: 727-464-3354
jkahn@pinellas.gov
*Attorneys for Defendant, Supervisor of Elections for Pinellas County*

4

/s/ *Robert C. Swain*
Robert C. Swain (FBN 366961)
ALACHUA COUNTY ATTORNEY'S OFFICE
12 S.E. 1st Street
Gainesville, Florida 32601
Telephone: 352-374-5218
bswain@alachuacounty.us
CAO@alachuacounty.us
*Attorneys for Defendant, Supervisor of Elections for Alachua County*

/s/ *Christi J. Hankins*
Christi J. Hankins (FBN 483321)
ESCAMBIA COUNTY ATTORNEY'S OFFICE
221 Palafox Place, Suite 430
Pensacola, Florida 32502
Telephone: 850-595-4970
cjhankins@myescambia.com
*Attorneys for Defendant, Supervisor of Elections for Escambia County*
(Application to Southern District Pending)

/s/ *Melissa A. Tartaglia*
Melissa A. Tartaglia (FBN 116033)
Jon A. Jouben (FBN 149561)
HERNANDO COUNTY
20 N. Main Street, Suite 462
Brooksville, Florida 34601-2850
Telephone: 850-754-4122
mtartaglia@co.hernando.fl.us
jjouben@co.hernando.fl.us
*Attorneys for Defendant, Supervisor of Elections for Hernando County*

/s/ *Dale A. Scott*
Dale A. Scott (FBN 0568821)
TESSITORE MARI SCOTT, PLLC
1485 International Parkway
Suite 2031
Lake Mary, Florida 32746
Telephone: (321) 363-1634
dscott@tessmari.com
*Attorneys for Defendant, Supervisor of Elections for Citrus County*

/s/ *Nicholas A. Shannin*
Nicholas A. Shannin (FBN 9570)
SHANNIN LAW FIRM, P.A.
214 E. Lucerne Circle, Suite 200
Orlando, Florida 32801
Telephone: 407-985-2222
nshannin@shanninlaw.com
*Attorneys for Defendant, Supervisor of Elections for Orange County*

/s/ *Sarah Jonas*
Sarah Lynn Jonas (FBN 115989)
VOLUSIA COUNTY ATTORNEY'S OFFICE
123 W Indiana Avenue
Deland, Florida 32720
Telephone: 386-5950
sjonas@volusia.org
vbustamante@volusia.org
*Attorneys for Defendant, Supervisor of Elections for Volusia County*

5

/s/ *Morgan R. Bentley*
Morgan R. Bentley (FBN 962287)
BENTLEY GOODRICH KISON, P.A.
783 S. Orange Avenue, Suite 300
Sarasota, Florida 34236
Telephone: 941-556-9030
mbentley@bgk.law
bgoodrich@bgk.law
*Attorneys for Defendants, Supervisor of Elections Sarasota County*


/s/ *Tiffany D. Pinkstaff*
Tiffany D. Pinkstaff (FBN 682101)
OFFICE OF GENERAL COUNSEL
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: 904-255-5072
cfeiser@coj.net
tpinkstaff@coj.net
*Attorneys for Defendant, Supervisor of Elections for Duval County*


/s/ *Oren Rosenthal*
Oren Rosenthal (FBN 86320)
MIAMI-DADE COUNTY ATTORNEY OFFICE
2700 NW 87th Avenue
Miami, FL 33172
Telephone: (305) 499-8537
Oren.rosenthal@votemiamidade.gov
*Attorneys for Defendant, Supervisor of Elections for Miami-Dade County*

/s/ *Pausha Taghdiri*
Pausha Taghdiri (FBN 1002857)
ROPER, TOWNSEND & SUTPHEN, PA
255 S. Orange Avenue, Suite 750
Orlando, Florida 32801
Telephone: (407) 897-5150
ptaghdiri@roperpa.com
*Attorney for Defendants, Supervisors of Elections for DeSoto, Flagler, Gilchrist, Highlands, Jefferson, Liberty, Madison, and Union Counties*


/s/ *John T. LaVia*
John T. LaVia, III (FBN 0853666)
GARDNER BIST KING & WOOD
1300 Thomaswood Drive
Tallahassee, FL 32308
Telephone: (850) 385-0070
jlavia@gbkwlaw.com
*Attorneys for Defendants, Supervisor of Elections for Clay, Martin, Osceola, Palm Beach, Polk, and St. Lucie Counties*


/s/ *Stephen M. Todd*
Stephen M. Todd (FBN 0886203)
OFFICE OF THE COUNTY ATTORNEY
Post Office Box 1110
Tampa, Florida 33601-1110
Telephone: (813) 272-5670
ToddS@hcfl.gov
*Attorneys for Defendant, Supervisor of Elections for Hillsborouth County*

/s/ *Mark Herron*
Mark Herron (FBN 199737)
MESSER CAPARELLO, P.A.
2618 Centennial Place
Tallahassee, FL 32308
Telephone: (850) 222-0720
mherron@lawfla.com
*Attorneys for Defendant, Supervisor of Elections for Leon County*

/s/ *Gregory T Stewart*
Gregory T. Stewart (FBN 203718)
Matthew R. Shaud (FBN 122252)
NABORS, GIBLIN & NICKERSON, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, FL 32308
Telephone: (850) 224-4070
gstewart@ngnlaw.com
mshaud@ngnlaw.com
*Attorneys for Defendant, Supervisor of Elections for Okaloosa County*

## CERTIFICATE OF SERVICE

I certify that on June 19, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which will serve a copy on all counsel of record who have appeared.

/s/ *Susan Erdelyi*
Susan Erdelyi (FBN 648965)
Marks Gray, P.A.