**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-22257-BECERRA/Torres
Case No. 1:26-cv-23135-BECERRA/Torres**

UNIDOSUS, et al,

      Plaintiffs,

v.

CORD BYRD, in his official capacity
As Secretary of State of Florida; et al;

      Defendants

_____/

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUNGS UNITS OF
THE NAACP, et al.

      Plaintiffs,

v.

CORD BYRD, in his official capacity
As Secretary of State of Florida; et al;

      Defendants.

_____/

**NOTICE OF APPEARANCE**

ASHLEY E. GAILLARD, gives notice of her appearance on behalf of RON TURNER, in

his official capacity as Supervisor of Elections for Sarasota County, in the above-styled action,

and requests that all papers filed in this case be served upon the undersigned.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served to all counsel of record on this 24th day of June, 2026.

**BENTLEY GOODRICH KISON P.A.**

**/s/ Ashley E. Gaillard**

**ASHLEY E. GAILLARD, ESQ.**
Florida Bar No. 1019208
*agaillard@bgk.law*
**MORGAN R. BENTLEY, ESQ.**
Fla. Bar # 962287
mbentley@bgk.law
783 S. Orange Ave., Suite 300
Sarasota, FL 34236
Telephone: (941) 556-9030
vengel@bgk.law
*Attorney for Ron Turner, in his official capacity as*
*Sarasota County Supervisor of Elections*