# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

STATE OF FLORIDA CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP et al.

Plaintiffs,

v.                                                    Case No.: 1:26-cv-22257-JB

CORD BYRD, in his official capacity
As Secretary of State, et al.

Defendant.

_____/

## NOTICE OF CHANGE OF CONTACT INFORMATION

COMES NOW, Pausha Taghdiri, counsel for the Defendant Supervisor of Elections for DeSoto County, Flagler County, Gilchrist County, Highlands County, Jefferson County, Madison County, Liberty County, and Union County, in his official capacity as Secretary of State, et al., and hereby provides notice of a change in contact information. Effective immediately, counsel's contact information is as follows:

Pausha Taghdiri, Esq.
Florida Bar No.: 1002857
Roper Townsend & Sutphen, P.A.
255 S. Orange Ave, Suite 750
Orlando, FL 32801
Telephone: 407-470-1150
Facsimile: 407-897-3332
Email: Ptaghdiri@roperpa.com
Secondary Email: kcordeiro@roperpa.com

All future correspondence, notices, pleadings, and other filings should be directed to the contact information listed above.

Respectfully submitted this 23rd day of June, 2026.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

*/s/ Pausha Taghdiri*
Pausha Taghdiri, Esq.
Florida Bar No. 1002857
Roper, Townsend & Sutphen P.A. 255 S. Orange Ave, Suite 750
Orlando, FL 32801
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary email: ptaghdiri@roperpa.com
Secondary email: kcordeiro@roperpa.com

Attorney for Defendants Deborah
Osborne, Kaiti Lenhart, Debbie
Wertz, Lisa Darus, Karen Healy,
Grant Conyers, Heath Driggers,
and Michelle Milligan