AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| UnidosUS, et al.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Cord Byrd, in his official capacity as Florida Secretary of State, et al.,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.    1:26-cv-22257 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kathryn Williams
Deputy Secretary
Florida Department of Children and Families
2415 North Monroe Street
Suite 400
Tallahassee, FL 32303-4190

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Caroline McNamara
> ACLU Foundation of Florida
> 4343 West Flagler Street, Suite 400
> Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Jul 23, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court