## <u>RETURN OF SERVICE</u>

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:26-CV-22257

Plaintiff:
**UnidosUS, et al.,**

vs.

Defendant:
**Cord Byrd, in his official capacity as Florida Secretary of State, et al.,**



KDY2026038833

For:
Maya Albold
American Civil Liberties Union of Florida
4343 W. Flagler St. Ste 400
Miami, FL 33134

Received by TYREE SLADE on the 23rd day of July, 2026 at 2:34 pm to be served on **KATHRYN WILLIAMS DEPUTY SECRETARY FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, 2415 N. MONROE ST. STE 400, Tallahassee, FL 32303** .

I, TYREE SLADE, do hereby affirm that on the **24th day of July, 2026** at **12:42 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT and Ex 1 NVRA Notice Letter** to: **Diana Olson**  as Assistant General Counsel, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at  **2415 N. MONROE ST. STE 400, Tallahassee, FL 32303.** on behalf of **DEPUTY SECRETARY**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served. "under penalties of perjury, i declare that i have read the foregoing document and that the facts are true" f.s.92.525. Notary not required pursuant to fs 92.525

**Description** of Person Served: Age: 37, Sex: F, Race/Skin Color: Caucasian, Height: 5'8", Weight: 160, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**TYREE SLADE**
Process Server 214

**KD PROCESS**
**2957 CAPITAL PARK DRIVE**
**SUITE # 7**
**TALLAHASSEE, FL 32301**
**(850) 727-4363**

Our Job Serial Number: KDY-2026038833

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e