**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNIDOSUS, et al.,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

*Defendants*,

No. 1:26-cv-22257-JB

REPUBLICAN NATIONAL
COMMITTEE and REPUBLICAN PARTY OF
FLORIDA,

*Proposed Intervenor-Defendants.*

## NOTICE OF ATTORNEY APPEARANCE

Jesus M. Suarez of Continental PLLC gives notice of appearance as counsel of record for

Proposed Intervenor-Defendants the Republican National Committee and the Republican Party of

Florida in the above-styled action, and requests that all papers filed in this case be served upon him.

Dated: July 27, 2026

By: */s/ Jesus M. Suarez*
Jesus M. Suarez, Esq. (FBN: 60086)
JSuarez@ContinentalPLLC.com
CONTINENTAL PLLC
245 Alcazar Avenue
Coral Gables, FL 33134
Telephone: (305) 677-2707

*Attorney for Proposed Intervenor-Defendants the Republican*
*National Committee and the Republican Party of Florida*