**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNIDOSUS, et al., | |
| *Plaintiffs*, | |
| v. | |
| CORD BYRD, in his official capacity as Secretary of State of Florida, et al., | No. 1:26-cv-22257-JB |
| *Defendants*, | |
| REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF FLORIDA, | |
| *Proposed Intervenor-Defendants.* | |

## NOTICE OF ATTORNEY APPEARANCE

Carmen Manrara Cartaya of Continental PLLC gives notice of appearance as counsel of record for Proposed Intervenor-Defendants the Republican National Committee and the Republican Party of Florida in the above-styled action, and requests that all papers filed in this case be served upon her.

Dated: July 27, 2026

By: */s/ Carmen Manrara Cartaya*
Carmen Manrara Cartaya, Esq. (FBN: 73887)
CCartaya@ContinentalPLLC.com
CONTINENTAL PLLC
245 Alcazar Avenue
Coral Gables, FL 33134
Telephone: (305) 677-2707

*Attorney for Proposed Intervenor-Defendants the Republican National Committee and the Republican Party of Florida*