**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNIDOSUS, et al.,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

*Defendants*,

REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF FLORIDA,

*Proposed Intervenor-Defendants.*

No. 1:26-cv-22257-JB

## CERTIFICATION OF PETER ALLEVATO

I, Peter Allevato, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of the District of Columbia, Bar Number 90020956; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ Peter Allevato
**Peter Allevato**

1