**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNIDOSUS, et al.,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary
of State of Florida, et al.,                                    No. 1:26-cv-22257-JB

*Defendants*,

REPUBLICAN NATIONAL COMMITTEE and
REPUBLICAN PARTY OF FLORIDA,

*Proposed Intervenor-Defendants*.

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice*, Consent
to Designation, and Request to Electronically Receive Notices of Electronic Filing for Peter Allevato
(the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline
of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of
the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant
factors, it is hereby

**ORDERED AND ADJUDGED** that:

1.  The Motion is GRANTED.

2.  Peter Allevato may appear and participate in this action on behalf of the Republican National
Committee and the Republican Party of Florida. The Clerk shall provide electronic notification
of all electronic filings to Peter Allevato, at peter@consovoymccarthy.com.

DONE AND ORDERED in Chambers at _____, Florida, this

day of _____.

_____
Jacqueline Becerra
United States District Judge

Copies furnished to: All Counsel of Record