**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNIDOSUS, et al., *Plaintiffs*, v. CORD BYRD, in his official capacity as Secretary of State of Florida, et al., *Defendants*, REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF FLORIDA, *Proposed Intervenor-Defendants*. | No. 1:26-cv-22257-JB |

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY**
**RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Thomas R. McCarthy** of the law firm **Consovoy McCarthy PLLC, 1600 Wilson Blvd., Ste. 700, Arlington, VA 22209, (703) 243-9423**, for purposes of appearance as co-counsel on behalf of the **Republican National Committee and the Republican Party of Florida** in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. McCarthy to receive electronic filings in this case, and in support thereof states as follows:

1. Mr. McCarthy is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of Virginia.

2. Movant, **Jesus M. Suarez** of the law firm of **Continental PLLC, 245 Alcazar Avenue Coral Gables, FL 33134 (305) 677-2707**, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this

1

Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Mr. McCarthy has made payment of this Court's $250 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.      Mr. McCarthy, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to him at email address: tom@consovoymccarthy.com.

WHEREFORE, **Mr. Suarez**, moves this Court to enter an Order granting **Thomas R. McCarthy** permission to appear before this Court on behalf of the **Republican National Committee and the Republican Party of Florida**, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mr. McCarthy.

Dated: July 27, 2026

Respectfully submitted,

*/s/ Jesus M. Suarez*

Jesus M. Suarez (FBN: 60086)
CONTINENTAL PLLC
245 Alcazar Avenue
Coral Gables, FL 33134
(305) 677-2707
JSuarez@ContinentalPLLC.com

*Counsel for Proposed Intervenor-Defendants*

2