**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNIDOSUS, et al., | |
| *Plaintiffs*, | |
| v. | |
| CORD BYRD, in his official capacity as Secretary of State of Florida, et al., | No. 1:26-cv-22257-JB |
| *Defendants*, | |
| REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF FLORIDA, | |
| *Proposed Intervenor-Defendants.* | |

### CERTIFICATION OF THOMAS R. MCCARTHY

I, Thomas R. McCarthy, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of Virginia, Bar Number 47154; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*/s/ Thomas R. McCarthy*
**Thomas R. McCarthy**

1