## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNIDOSUS, et al.,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

*Defendants*,

REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF FLORIDA,

*Proposed Intervenor-Defendants*.

No. 1:26-cv-22257-JB

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE,* CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Conor D. Woodfin (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

1.  The Motion is GRANTED.

2.  Conor D. Woodfin may appear and participate in this action on behalf of the Republican National Committee and the Republican Party of Florida. The Clerk shall provide electronic notification of all electronic filings to Conor D. Woodfin, at conor@consovoymccarthy.com.

DONE AND ORDERED in Chambers at _____, Florida, this

day of _____.

_____
Jacqueline Becerra
United States District Judge

Copies furnished to: All Counsel of Record