**EXHIBIT 1**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNIDOSUS, et al.,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary
of State of Florida, et al.,

*Defendants*,

REPUBLICAN NATIONAL COMMITTEE and
REPUBLICAN PARTY OF FLORIDA,

*Proposed Intervenor-Defendants*.

No. 1:26-cv-22257-JB

**INTERVENORS' [PROPOSED] ANSWER TO**
**UNIDOSUS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Intervenors the Republican National Committee and the Republican Party of Florida answer

the UnidosUS Plaintiffs' First Amended Complaint (Doc. 89) as follows:

1.      H.B. 991 speaks for itself. Intervenors deny that the law "make[s] it harder" or "im-
possible" for "eligible U.S. citizens to vote," that it "erects barriers" to voting, and that it "mak[es] it
difficult, unduly costly, or even impossible for Florida voters who lack access to the required docu-
mentation to register to vote or remain on the rolls." This paragraph otherwise consists of legal argu-
ments and conclusions to which no response is required.

2.      H.B. 991 and Florida laws speak for themselves. This paragraph otherwise consists of
legal arguments and conclusions to which no response is required.

3.      H.B. 991 and Florida laws speak for themselves. This paragraph otherwise consists of
legal arguments and conclusions to which no response is required.

4.      H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and
conclusions to which no response is required.

1

5.      Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

6.      Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

7.      Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

8.      H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

9.      H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

10.     H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

11.     H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

12.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

13.     Intervenors deny that Florida's laws "impose[s] severe burdens on the right to vote" or that it lacks "any justification sufficient to sustain them." This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

14.     Florida's laws and the NVRA speak for themselves. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

15.     Florida's laws and the NVRA speak for themselves. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

16. Intervenors deny that Florida's laws impose "unlawful burdens on voting rights." This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

17. Intervenors deny that Florida's laws impose "severe burdens on young Floridians' ability to vote." This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

18. Intervenors deny that the "State has no valid reason—much less a compelling one" to enforce its election laws, and that the laws impose a "severe and unnecessary burden on the right to vote." Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

19. Deny.

20. Intervenors deny that the challenged laws impose "unconstitutional and unlawful burdens" on the right to vote. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

## JURISDICTION AND VENUE

21. Intervenors admit that Plaintiffs filed this action under the cited statutes but deny that Plaintiffs have any valid claim under these laws.

22. Intervenors admit that Plaintiffs filed this action under the cited statutes but deny that Plaintiffs have any valid claim under these laws.

23. This paragraph consists of legal arguments and conclusions to which no response is required.

24. This paragraph consists of legal arguments and conclusions to which no response is required.

3

**PARTIES**

25. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

26. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

27. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

28. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

29. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

30. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

31. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

32. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

33. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

34. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

35. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

36.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

37.     Intervenors deny that qualified voters "will be burdened or disenfranchised in their efforts to register or update their registration" due to H.B. 991. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

38.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

39.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

40.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

41.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

42.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

43.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

44.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

45.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

46.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

47.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

48.    Intervenors deny that H.B. 991 will cause "confusion and burdens." Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

49.    Intervenors deny that H.B. 991 "will discourage participation in the democratic process by making it significantly harder for eligible Floridians to register to vote and by confusing voters about the documents required to register to vote." Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

50.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

51.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

52.    Intervenors deny that H.B. 991 imposes burdens on voters. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

53.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

54.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

55.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

56.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

57.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

58. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

59. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

60. Intervenors deny the implication that qualified voters will be "disenfranchised by the Student ID Ban." Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

61. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

62. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

63. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

64. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

65. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

66. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

67. Intervenors deny the implication that H.B. 991 risks "disenfranchisement." Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

68. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

69. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

70. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

71. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

72. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

73. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

74. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

75. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

76. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

77. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

78. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

79. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

80. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

81.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

82.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

83.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

84.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

85.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

86.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

87.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

88.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

89.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

90.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

91.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

92.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

93.     Intervenors admit that Cord Byrd is Florida's Secretary of State. The cited statutes speak for themselves.

94.     Intervenors admit that Dave Kerner is the Executive Director of the DHSMV. The cited statutes speak for themselves.

95.     Intervenors admit that Kathryn Williams is the Deputy Secretary of the DCF. The cited statutes speak for themselves.

96.     The cited statutes speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

## FACTUAL BACKGROUND

97.     Admit.

98.     Intervenors deny that H.B. 991 "systematically disadvantages" anyone. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

99.     H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

100.    H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

101.    H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

102.    H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

103.    H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

104.    H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

105. H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

106. H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

107. Federal law speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

108. The Help America Vote Act speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

109. The Help America Vote Act speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

110. The Help America Vote Act speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

111. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

112. The cited source speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

113. The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

114. The cited source speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

115. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

116. The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

117.    H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

118.    H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

119.    H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

120.    The cited statutes speak for themselves. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

121.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

122.    The cited source speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

123.    The cited case speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

124.    The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

125.    The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

126.    The cited source speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

127.    The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

128.    The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

12

129. The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

130. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

131. Intervenors deny that H.B. 991 subjects voters to "burdens and barriers." Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

132. The cited statute speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

133. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

134. The cited source speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

135. Intervenors deny that H.B. 991 "imposes an unnecessarily high burden on Puerto Rican born voters." The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

136. The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

137. The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

138. Intervenors deny that H.B. 991 "places particular burdens on older citizens." The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

139. The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

140.     The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

141.     The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

142.     The cited source speak for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

143.     The cited source speak for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

144.     The cited source speak for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

145.     The cited source speak for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

146.     Intervenors deny that "H.B. 991's requirement of DPOC imposes a severe burden on many Florida voters who do not have and cannot easily obtain the required documents." The cited source speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

147.     The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

148.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

149.     The cited source speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

150.     The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

14

151. The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

152. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

153. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

154. The cited source speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

155. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

156. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

157. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

158. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

159. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

160. The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

161. The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

162. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

163. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

164. H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

165. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

166. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

167. The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

168. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

169. The cited source speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

170. The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

171. The cited sources speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

172. Intervenors deny that Florida's laws impose a risk of "disenfranchisement." Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

173. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

174. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

175. The cited source speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

176. The cited source speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

177. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

178. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

179. H.B. 991 speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

180. The cited source speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

181. Intervenors deny that H.B. 991 will likely burden voters. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

182. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

183. The cited statutes speak for themselves. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

184. The cited statute speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

185. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

186.     H.B. 991 speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

187.     H.B. 991 speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

188.     Intervenors deny that H.B. 991 "targets students" or "young people." H.B. 991 speaks for itself. This paragraph otherwise consists of legal arguments and conclusions to which no response is required.

189.     Deny.

190.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

191.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

192.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

193.     H.B. 991 speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

194.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

195.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

196.     H.B. 991 speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

197.     Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

18

198.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

199.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

200.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

201.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

202.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

203.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

204.    Deny.

205.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

206.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

207.    Deny.

208.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

209.    The cited source speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

210.    Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

211.   Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

212.   Intervenors admit that one purpose of "Florida's voter ID requirements is to confirm a person's identity at the polls." Intervenors otherwise deny the allegations in this paragraph.

213.   The cited source speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

214.   Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

215.   H.B. 991 speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

216.   Deny.

217.   Intervenors deny the allegations in the first sentence. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

218.   Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

219.   Deny.

220.   The cited statutes speak for themselves. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

221.   Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

222.   The cited statute speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

223.   The cited statute speaks for itself. Intervenors otherwise lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

**COUNT ONE**
**Violation of the First and Fourteenth Amendments'**
**Protections Against Undue Burden on the Right to Vote**
**Against Challenged DPOC Provisions**
**42 U.S.C. §1983**

224. Intervenors incorporate their prior responses.

225. The cited cases speak for themselves. The remaining allegations in this paragraph are legal conclusions to which no response is required.

226. The cited cases speak for themselves. The remaining allegations in this paragraph are legal conclusions to which no response is required.

227. Deny.

228. Deny.

229. Intervenors deny that H.B. 991 burdens the right to vote. The remaining allegations in this paragraph are legal conclusions to which no response is required.

230. Intervenors deny that H.B. 991 harms groups of voters. The remaining allegations in this paragraph are legal conclusions to which no response is required.

231. Intervenors deny that H.B. 991 harms groups of voters. The remaining allegations in this paragraph are legal conclusions to which no response is required.

232. Intervenors deny that H.B. 991 harms groups of voters. H.B. 991 speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

233. The cited sources speak for themselves. The remaining allegations in this paragraph are legal conclusions to which no response is required.

234. Intervenors deny that H.B. 991 burdens the right to vote. The remaining allegations in this paragraph are legal conclusions to which no response is required.

235. Intervenors deny that H.B. 991 will make it harder or impossible to register or vote. The remaining allegations in this paragraph are legal conclusions to which no response is required.

21

236. Deny.

237. Intervenors deny that H.B. 991 burdens the right to vote. The remaining allegations in this paragraph are legal conclusions to which no response is required.

238. Intervenors deny that H.B. 991 burdens the right to vote. The remaining allegations in this paragraph are legal conclusions to which no response is required.

239. Intervenors deny that H.B. 991 will harm naturalized citizens. The remaining allegations in this paragraph are legal conclusions to which no response is required.

240. Intervenors deny that H.B. 991 burdens the right to vote. The remaining allegations in this paragraph are legal conclusions to which no response is required.

241. Deny.

242. Intervenors lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

243. Intervenors deny that H.B. 991 burdens the right to vote. The remaining allegations in this paragraph are legal conclusions to which no response is required.

244. Intervenors deny that H.B. 991 will disenfranchise voters. The remaining allegations in this paragraph are legal conclusions to which no response is required.

245. Deny.

246. Deny.

**COUNT TWO**
**Violation of NVRA Section 5, 52 U.S.C. § 20504(d)**
**Against Mandatory Update Provision**

247. Intervenors incorporate their prior responses.

248. The NVRA speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

22

249. The NVRA speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

250. The cited statutes speak for themselves. The remaining allegations in this paragraph are legal conclusions to which no response is required.

251. The cited statutes speak for themselves. The remaining allegations in this paragraph are legal conclusions to which no response is required.

252. Intervenors deny that H.B. 991 will burden voters. The remaining allegations in this paragraph are legal conclusions to which no response is required.

253. Deny.

## COUNT THREE
### Violation of NVRA Section 6(a), 52 U.S.C. § 20505(a)
### Against Challenged DPOC Provisions

254. Intervenors incorporate their prior responses.

255. The NVRA speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

256. The cited case speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

257. The NVRA speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

258. H.B. 991 speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

259. Intervenors deny that H.B. 991 violates the NVRA. The remaining allegations in this paragraph are legal conclusions to which no response is required.

### COUNT FOUR
### Violation of NVRA Section 6(b), 52 U.S.C. § 20505(b)
### Against Challenged DPOC Provisions

260.    Intervenors incorporate their prior responses.

261.    The NVRA speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

262.    The cited cases speak for themselves. The remaining allegations in this paragraph are legal conclusions to which no response is required.

263.    H.B. 991 speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

264.    Intervenors deny that H.B. 991 violates the NVRA. The remaining allegations in this paragraph are legal conclusions to which no response is required.

### COUNT FIVE
### Violation of NVRA Section 7, 52 U.S.C. § 20506
### Against Challenged DPOC Provisions

265.    Intervenors incorporate their prior responses.

266.    The NVRA speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

267.    The NVRA speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

268.    Intervenors deny that H.B. 991 violates the NVRA. The remaining allegations in this paragraph are legal conclusions to which no response is required.

### COUNT SIX
### Violation of NVRA Section 8, 52 U.S.C. § 20507(b)(1), (c)(2)(A)
### Against Challenged DPOC Provisions

269.    Intervenors incorporate their prior responses.

270. The cited statutes speak for themselves. Intervenors otherwise deny that H.B. 991 violates the NVRA.

271. The NVRA speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

272. The cited cases speak for themselves. Intervenors otherwise deny that H.B. 991 violates the NVRA.

273. Intervenors deny the first sentence. The remaining allegations in this paragraph are legal conclusions to which no response is required.

274. Intervenors deny that H.B. 991 violates the NVRA. The remaining allegations in this paragraph are legal conclusions to which no response is required.

275. The allegations in this paragraph are legal conclusions to which no response is required.

276. Intervenors deny that H.B. 991 violates the NVRA or will disenfranchise lawful voters. The cited source speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

277. Intervenors deny that H.B. 991 will severely burden voters. The cited source speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

278. Intervenors deny that H.B. 991 imposes undue burdens on voters. Intervenors otherwise lack sufficient knowledge or information to admit or deny the allegations in this paragraph.

279. Intervenors deny that H.B. 991 disenfranchises lawful voters. Intervenors otherwise lack sufficient knowledge or information to admit or deny the allegations in this paragraph.

280. Deny.

281. Intervenors deny that H.B. 991 will burden lawful voters. The remaining allegations in this paragraph are legal conclusions to which no response is required.

282. The allegations in this paragraph are legal conclusions to which no response is required.

283. Intervenors deny that H.B. 991 will burden lawful voters. The cited cases speak for themselves. The remaining allegations in this paragraph are legal conclusions to which no response is required.

284. Intervenors deny that H.B. 991 violates the NVRA or discriminates against lawful voters. The cited authorities speak for themselves. The remaining allegations in this paragraph are legal conclusions to which no response is required.

285. Deny.

286. Intervenors deny that H.B. 991 violates the NVRA. The cited sources speak for themselves. The remaining allegations in this paragraph are legal conclusions to which no response is required.

287. Intervenors deny that H.B. 991 violates the NVRA. The cited statutes speak for themselves. The remaining allegations in this paragraph are legal conclusions to which no response is required.

288. The cited authorities speak for themselves. The remaining allegations in this paragraph are legal conclusions to which no response is required.

289. The cited authorities speak for themselves. The remaining allegations in this paragraph are legal conclusions to which no response is required.

290. Intervenors deny that H.B. 991 violates the NVRA. The cited sources speak for themselves. The remaining allegations in this paragraph are legal conclusions to which no response is required.

**COUNT SEVEN**
**Violation of the First and Fourteenth Amendments**
**Protections Against Undue Burden on the Right to Vote**
**Against Student ID Ban**
**42 U.S.C. § 1983**

291. Intervenors incorporate their prior responses.

292. The cited cases speak for themselves. The remaining allegations in this paragraph are legal conclusions to which no response is required.

293. The cited case speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

294. Intervenors deny the first sentence and deny that H.B. 991 will disenfranchise lawful voters. The remaining allegations in this paragraph are legal conclusions to which no response is required.

295. Deny.

296. Deny.

**REQUEST FOR RELIEF**

1. Intervenors deny that Plaintiffs are entitled to the requested relief.

2. Intervenors deny that Plaintiffs are entitled to the requested relief.

3. Intervenors deny that Plaintiffs are entitled to the requested relief.

4. Intervenors deny that Plaintiffs are entitled to the requested relief.

5. Intervenors deny that Plaintiffs are entitled to the requested relief.

**AFFIRMATIVE DEFENSES**

1. The allegations in the complaint fail to state a claim upon which relief may be granted.

2. Plaintiffs lack standing to bring this case.

3. Plaintiffs' purported injuries are not traceable to the named Defendants.

4. Plaintiffs' requested relief is barred by the *Purcell* principle.

27

Dated: July 27, 2026                                    Respectfully submitted,

Thomas R. McCarthy*                                     */s/ Jesus M. Suarez*
Gilbert C. Dickey*
Conor D. Woodfin*                                       Jesus M. Suarez (FBN: 60086)
Peter Allevato*†                                        Carmen Manrara Cartaya (FBN: 73887)
CONSOVOY MCCARTHY PLLC                                  CONTINENTAL PLLC
1600 Wilson Blvd., Ste. 700                             245 Alcazar Avenue
Arlington, VA 22209                                     Coral Gables, FL 33134
(703) 243-9423                                          (305) 677-2707
tom@consovoymccarthy.com                                JSuarez@ContinentalPLLC.com
gilbert@consovoymccarthy.com                            CCartaya@ContinentalPLLC.com
conor@consovoymccarthy.com
peter@consovoymccarthy.com

\* *pro hac vice* forthcoming
† *Supervised by principals of the firm admitted to practice in Virginia*

*Counsel for Intervenors*

28