**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNIDOSUS, et al., | |
| *Plaintiffs,* | |
| v. | |
| CORD BYRD, in his official capacity as Secretary of State of Florida, et al., | No. 1:26-cv-22257-JB |
| *Defendants,* | |
| REPUBLICAN NATIONAL COMMITTEE and RE-PUBLICAN PARTY OF FLORIDA, | |
| *Proposed Intervenor-Defendants.* | |

### RULE 7.1 DISCLOSURE STATEMENT

Proposed Intervenors—the Republican National Committee and the Republican Party of Florida—submit the following statement of their corporate interests in accordance with Federal Rule of Civil Procedure 7.1:

1.     The Republican National Committee has no parent corporation, nor does a publicly held corporation own any interest in it; and

2.     The Republican Party of Florida has no parent corporation, nor does a publicly held corporation own any interest in it.

Submitted this 27th day of July, 2026.

1

Dated: July 27, 2026

Thomas R. McCarthy*
Gilbert C. Dickey*
Conor D. Woodfin*
Peter Allevato*†
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com
peter@consovoymccarthy.com

\* *pro hac vice* forthcoming
† *Supervised by principals of the firm admitted to practice in Virginia*

Respectfully submitted,

 */s/ Jesus M. Suarez*

Jesus M. Suarez (FBN: 60086)
Carmen Manrara Cartaya (FBN: 73887)
CONTINENTAL PLLC
245 Alcazar Avenue
Coral Gables, FL 33134
(305) 677-2707
JSuarez@ContinentalPLLC.com
CCartaya@ContinentalPLLC.com

*Counsel for Intervenors*

2