**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, *et al.*,

        *Plaintiffs,*

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*

        *Defendants.*

Civil Action No. 1:26-cv-22257-JB

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Christopher D. Dodge of the law firm of Elias Law Group LLP, 250 Massachusetts Ave NW, Suite 400, Washington, DC 20001, (202) 948-1135, for purposes of appearance as co-counsel on behalf of Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP and Florida Alliance for Retired Americans, Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Christopher D. Dodge to receive electronic filings in this case, and in support thereof states as follows:

1. Christopher D. Dodge is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the State of New York (admitted 4/16/2014, Registration No. 5245907), the Commonwealth of Massachusetts (admitted 11/16/2016, Bar No. 696172), the District of Columbia (admitted 4/19/2023, Bar No. 90011587) and the U.S. District Court for the District of Columbia (admitted 3/4/2024).

2. Movant, Frederick S. Wermuth, Esquire, of the law firm of King, Blackwell, Zehnder & Wermuth, P.A., 25 E. Pine Street, Orlando, FL 32801, (407) 422-2472, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may

readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Christopher D. Dodge has made payment of this Court's $250.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Christopher D. Dodge, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Christopher D. Dodge at email address: cdodge@elias.law.

WHEREFORE, Frederick S. Wermuth moves this Court to enter an Order for Christopher D. Dodge to appear before this Court on behalf of Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP and Florida Alliance for Retired Americans, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Christopher D. Dodge.

Date: July 28, 2026

Respectfully submitted,

s/ *Frederick S. Wermuth*

**FREDERICK S. WERMUTH**
Florida Bar No. 0184111
**QUINN B. RITTER**
Florida Bar No. 1018135
KING, BLACKWELL, ZEHNDER &
WERMUTH, P.A.
25 E. Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com

*Attorneys for Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP and Florida Alliance for Retired Americans, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, *et al.*,<br><br>      *Plaintiffs,*<br><br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*<br><br>      *Defendants.* | Civil Action No. 1:26-cv-22257-JB |

### CERTIFICATION OF CHRISTOPHER D. DODGE

I, Christopher D. Dodge, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bars of the State of New York (admitted 4/16/2014, Registration No. 5245907), the Commonwealth of Massachusetts (admitted 11/16/2016, Bar No. 696172), the District of Columbia (admitted 4/19/2023, Bar No. 90011587) and the U.S. District Court for the District of Columbia (admitted 3/4/2024); and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

s/ *Christopher D. Dodge*
**CHRISTOPHER D. DODGE**
DC Bar No. 90011587
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Telephone: (202) 948-1135
cdodge@elias.law
