UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNIDOSUS, et al.,

      Plaintiffs,

v.                                                    CASE NO.: 1:26-cv-22257-BECERRA/Torres

CORD BYRD, in his capacity as
Secretary of State for the State of Florida, et al,

      Defendants.
_____/

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF THE
NAACP, et al.,

      Plaintiffs,

v.                                                    CASE NO.: 1:26-cv-23135-BECERRA/Torres

CORD BYRD, in his capacity as
Secretary of State for the State of Florida, et al,

      Defendants.
_____/

## **UNOPPOSED MOTION TO WITHDRAW**

Pursuant to Southern District of Florida Local Rule 11.1(d)(3), Sarah Jonas moves to withdraw as counsel for Defendant Lisa Lewis, Volusia County Supervisor of Elections.

1.     Defendant Lewis consents to the withdrawal.

1

2. The withdrawal will not result in Defendant Lewis proceeding pro se. Defendant Lewis will continue to be represented by William K. Bledsoe. Mr. Bledsoe appeared in this matter on Jul 30, 2026. (Doc. 103) Mr. Bledsoe's mailing address is: 123 W. Indiana Avenue, DeLand, Florida 32720.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), I certify that I have conferred with counsel for all parties who may be affected by the relief sought, and represent they do not oppose my withdrawal.

Respectfully submitted this 31st day of July, 2026.

/s/ *Sarah Jonas*
Sarah Jonas, Esq.
Assistant County Attorney
Fla. Bar No.: 115989
123 W. Indiana Avenue
DeLand, Florida 32720
(386) 736-5950
sjonas@volusia.org
vbustamante@volusia.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2026 the foregoing was electronically served on all counsel of record through the Clerk of Court CM/EMF system which will send a notice of electronic filing to said counsel.

/s/ *Sarah Jonas*
Sarah Jonas. Esq.

2