**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-22257-JB**

UNIDOSUS, *et al*,

      Plaintiffs,

v.

CORD BYRD**,** in his official capacity
as Florida Secretary of State, *et al.*,

      Defendants.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

**THIS CAUSE** comes before the Court upon the Unopposed Motion to Withdraw as counsel for Defendant Lisa Lewis, Volusia County Supervisor of Elections.  ECF No. [109].  Upon due consideration of the Motion, the pertinent portions of the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [109] is **GRANTED**.  Sarah Jonas, Esq. is terminated as counsel of record for Defendant Lisa Lewis and is relieved of all further responsibility in this action.  Defendant Lewis will continue to be represented by other counsel of record.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 31st day of July, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**