**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-22257-JB/Torres**

UNIDOSUS, et al.,

     *Plaintiffs*,

and

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,

     *Consolidated Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

     *Defendants*.

_____/

## NOTICE OF APPEARANCE

     Mohammad O. Jazil gives notice of his appearance on behalf of Kathryn Williams, in her

official capacity as Deputy Secretary of the Florida Department of Children and Families, in the

above-styled action, and requests that all papers filed in this case be served upon him.

 Dated: August 7, 2026

                               Respectfully submitted,

                               /s/ Mohammad O. Jazil
                               Mohammad O. Jazil (FBN 72556)
                               HOLTZMAN VOGEL BARAN
                               TORCHINSKY & JOSEFIAK PLLC
                               119 South Monroe Street, Suite 500
                               Tallahassee, FL 32301
                               (850) 270-5938
                               mjazil@holtzmanvogel.com
                               kgordon@holtzmanvogel.com

                               *Counsel for Florida Department of Children*
                               *and Families Deputy Secretary*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 7, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

<u>/s/ Mohammad O. Jazil</u>
Mohammad O. Jazil