**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-22257-JB/Torres**

UNIDOSUS, et al.,

    *Plaintiffs*,

and

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,

    *Consolidated Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

## NOTICE OF APPEARANCE

Martin C. Wolk gives notice of his appearance on behalf of Kathryn Williams, in her official capacity as Deputy Secretary of the Florida Department of Children and Families, in the above-styled action, and requests that all papers filed in this case be served upon him.

Dated: August 7, 2026

Respectfully submitted,

/s/ Martin C. Wolk
Martin C. Wolk (FBN 1065532)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mwolk@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Florida Department of Children
and Families Deputy Secretary*

1

## **CERTIFICATE OF SERVICE**

I certify that on August 7, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Martin C. Wolk
Martin C. Wolk

2