**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-22257-JB/Torres**

UNIDOSUS, et al.,

    *Plaintiffs*,

and

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,

    *Consolidated Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

**DEFENDANTS SECRETARY BYRD, DIRECTOR KERNER, AND DEPUTY**
**SECRETARY WILLIAMS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

    Secretary of State Byrd, Florida Department of Highway Safety and Motor Vehicles Executive Director Kerner, and Deputy Secretary of the Florida Department of Children and Families Williams—the State Officials—ask this Court's permission to file a single thirty-page motion to dismiss directed at Unidos Plaintiffs' first amended complaint, Doc.89, and Florida NAACP Plaintiffs' first amended complaint, Doc.90. Local Rule 7.1(c)(2) limits motions to twenty pages absent permission from this Court. Rather than file two separate motions to dismiss, the State Officials will address both complaints in a single motion to ensure consistency and avoid redundancy. But the complaints are long and detailed. The Unidos Plaintiffs' complaint and the Florida NAACP Plaintiffs' complaint each have seven counts, raising statutory and constitutional claims across their 147 pages. The State Officials thus maintain that there's good cause for a ten-page increase

1

in the page limit. They ask this Court for permission to file a thirty-page motion to dismiss directed at both complaints.

## **CERTIFICATE OF GOOD FAITH CONFERRAL**

Pursuant to Local Rule 7.1(a)(3) and the Court's order regarding procedures, I certify that Defendants' counsel has conferred with Plaintiffs' counsel in a good faith effort to resolve the issues presented. Plaintiffs do not oppose the motion on the understanding that the State Officials will not oppose a similar motion to exceed page limit by Plaintiffs.

Respectfully submitted,

Ashley E. Davis (FBN 48032)
  General Counsel
Bilal A. Faruqui (FBN 15212)
  Deputy General Counsel
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
(850) 245-6531
ashley.davis@dos.fl.gov
bilal.faruqui@dos.fl.gov
jenna.mclanahan@dos.fl.gov

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Martin C. Wolk (FBN 1065532)
HOLTZMAN VOGEL BARAN TORCHINSKY &
JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
mwolk@holtzmanvogel.com
kgordon@holtzmanvogel.com

Dated: August 7, 2026

David Arthmann (FBN 50338)
  General Counsel
Jonathan Sanford (FBN 86400)
  Deputy General Counsel
FLORIDA DEPARTMENT OF HIGHWAY SAFETY &
MOTOR VEHICLES
Neil Kirkman Building
2900 Apalachee Parkway, A432
Tallahassee, FL 32399
(850) 617-3101
davidarthmann@flhsmv.gov
jonathansanford@flhsmv.gov
tracypowell@flhsmv.gov

*Counsel for Defendants Florida Secretary of State, Florida Department of Highway Safety and Motor Vehicles Executive Director, and Florida Department of Children and Families Deputy Secretary*

2

## LOCAL RULE 7.1(c) CERTIFICATION

The undersigned certifies that the foregoing does not exceed twenty pages inclusive of all parts.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I certify that on August 7, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

3