**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-22257-JB/Torres**

UNIDOSUS, et al.,

    *Plaintiffs*,

and

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,

    *Consolidated Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO EXCEED PAGE LIMIT

**THIS CAUSE** comes before the Court upon the Unopposed Motion to Exceed Page Limit submitted by Defendants Secretary of State Cord Byrd, Florida Department of Highway Safety and Motor Vehicles Executive Director Dave Kerner, and Florida Department of Children and Families Deputy Secretary Williams (the State Officials). ECF No. [114]. Upon due consideration of the Motion, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [114], is **GRANTED**. The State Officials shall have **thirty pages** for their motion to dismiss, not including the parts excluded by Local Rule 7.1(c)(2).

**DONE AND ORDERED** in Chambers in Miami, Florida, this 9th day of August, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**