# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>New Hampshire Youth Movement</u>

      v.                                         Case No. 24-cv-291-SE

<u>David Scanlan</u>

### O R D E R

On March 7, 2025, the court held a joint status conference with the parties in the instant case and in a related matter, <u>Coalition for Open Democracy et al. v. David Scanlan et al.</u>, 24-cv-312. The court discussed various pending motions and scheduling issues with the parties at that conference. The matters relevant to the instant case are resolved as follows:

The court will not consolidate the two actions at this time.

The court indicated its intent to deny the Republican National Committee and the New Hampshire Republican State Committee's motion to intervene. Doc. no. 15. The court offered the proposed intervenors the option to proceed as amici parties, which would allow them to participate in all hearings and submit briefing on all motions. The proposed intervenors subsequently notified the court's case manager that they did not intend to press their motion to intervene and would instead proceed as amici parties. Therefore, the motion to intervene (doc. no. 15) is denied as moot. The amici parties may submit amici briefs in support of or in opposition to any motion within 14 days of the filing. Any amici brief is limited to 25 pages in relation to any dispositive motion and 15 pages in relation to any nondispositive motion. Unless otherwise ordered by the court, any party may, but is not required to, respond to amici briefs in accordance with the deadlines and page limitations commensurate with those set forth in LR 7.1.

On March 11, 2025, the plaintiff filed a notice of its intent to amend its complaint. Doc. no. 47. The plaintiff shall file an amended complaint on or before March 18, 2025. The defendant shall respond in accordance with Federal Rule of Civil Procedure 12. The defendant's motion to dismiss (doc. no. 24) is denied as moot.

For the reasons discussed during the status conference, the defendant's motion to stay (doc. no. 45) is denied, and the plaintiff's motion for a scheduling conference (doc. no. 33) and its proposed discovery plan (doc. no. 34) are denied as moot. The plaintiff and the defendant shall confer and file a joint revised discovery plan on or before March 18, 2025.

SO ORDERED

_____
Samantha D. Elliott
United States District Judge

March 13, 2025

cc:  Counsel of Record