# Exhibit 5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al., | Case No. 2:22-cv-00509-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |
| Living United for Change in Arizona, et al., | |
| Plaintiffs, | |
| v. | |
| Katie Hobbs, | |
| Defendant, and | |
| State of Arizona, et al., | |
| Intervenor-Defendants. | |
| Poder Latinx, | |
| Plaintiff, | |
| v. | |
| Katie Hobbs, et al., | |
| Defendants. | |

United States of America,

        Plaintiff,

    v.

State of Arizona, et al.,

        Defendants.

Democratic National Committee, et al.

        Plaintiffs,

    v.

Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,

        Defendants,

        and

Republican National Committee,

        Intervenor-Defendant.

On September 6, 2022 Defendant The Republican National Committee filed a Motion to Intervene. (Doc. 101) On August 24, 2022 the Court granted the Unopposed Motion to Intervene filed by The Republican National Committee in CV22-01369-PHX-SRB. On that same date the Court granted the Unopposed Motion to Consolidate CV22-1369-PHX-SRB with CV22-00509-PHX-SRB. In light of the granting of the Motion to Intervene and the Motion to Consolidate;

IT IS ORDERED denying as moot Defendant The Republican National Committee's Motion to Intervene. (Doc. 101)

Dated this 27th day of October, 2022.

                        Susan R. Bolton
                     United States District Judge