**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-22257-JB/Torres**

UNIDOSUS, et al.,

     *Plaintiffs*,

and

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,

     *Consolidated Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

     *Defendants*.

_____/

## DEFENDANT DEPUTY SECRETARY WILLIAMS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant Kathryn Williams, in her official capacity as Deputy Secretary of the Florida Department of Children and Families, and pursuant to the Court's order regarding procedures, files this Certificate of Interested Parties and Corporate Disclosure Statement.

**Corporate Disclosure Statement:** The Deputy Secretary is the Department of Children and Families' current highest-ranking executive. The Deputy Secretary does not have subsidiaries, conglomerates, affiliates, or parent corporations.

**Interested Parties:** The following lists persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:

  1. ACLU Foundation of Florida, *Attorneys for UnidosUS Plaintiffs*

2. Adkins, Janet, in her official capacity as Nassau County Supervisor of Elections, *Defendant*

3. Advancement Project, *Attorneys for UnidosUS Plaintiffs*

4. Alachua County Attorney's Office, *Attorneys for Supervisor of Elections Defendant*

5. Alicea, DelMarie, *Attorney for UnidosUS Plaintiffs*

6. Allevato, Peter, *Attorney for Proposed Intervenor-Defendants*

7. American Civil Liberties Union Foundation, *Attorneys for UnidosUS Plaintiffs*

8. Anway, Nicholas Casmier, *Attorney for UnidosUS Plaintiffs*

9. Arnold & Porter Kaye Scholer LLP, *Attorneys for UnidosUS Plaintiffs*

10. Arrington, Mary Jane, in her official capacity as Osceola County Supervisor of Elections, *Defendant*

11. Arthmann, David, *Attorney for Defendant Executive Director Kerner*

12. Baird, Maureen, in her official capacity as Citrus County Supervisor of Elections, *Defendant*

13. Bardos, Andy, *Attorney for Supervisor of Elections Defendants*

14. Barton, Kim, in her official capacity as Alachua County Supervisor of Elections, *Defendant*

15. Bell, Melony, in her official capacity as Polk County Supervisor of Elections, *Defendant*

16. Bender, Robert, in his official capacity as Escambia County Supervisor of Elections, *Defendant*

17. Bentley, Morgan, *Attorney for Supervisor of Elections Defendant*

18. Bentley Goodrich Kison, P.A., *Attorneys for Supervisor of Elections Defendant*

19. Blazier, Melissa, in her official capacity as Collier County Supervisor of Elections, *Defendant*

20. Bledsoe, W. Kevin, *Attorney for Supervisor of Elections Defendant*

21. Bobanic, Tim, in his official capacity as Brevard County Supervisor of Elections, *Defendant*

22. Brannon, Sarah, *Attorney for UnidosUS Plaintiffs*

23. Broward County Attorney's Office, *Attorneys for Supervisor of Elections Defendant*

24. Brown, Tomi, in her official capacity as Columbia County Supervisor of Elections, *Defendant*

25. Byrd, Cord, in his official capacity as Florida Secretary of State, *Defendant*

26. Castor Dentel, Karen, in her official capacity as Orange County Supervisor of Elections, *Defendant*

27. Chaires, Darbi, in her official capacity as Dixie County Supervisor of Elections, *Defendant*

28. Chambless, Chris, in his official capacity as Clay County Supervisor of Elections, *Defendant*

29. Chason, Sharon, in her official capacity as Calhoun County Supervisor of Elections, *Defendant*

30. City of Jacksonville Office of General Counsel, *Attorneys for Supervisor of Elections Defendant*

31. Common Cause, *Plaintiff*

32. Common Cause Education Fund, *Plaintiff*

33. Consovoy McCarthy PLLC, *Attorneys for Proposed Intervenor-Defendants*

34. Continental PLLC, *Attorneys for Proposed Intervenor-Defendants*

35. Conyers, Grant, in his official capacity as Liberty County Supervisor of Elections, *Defendant*

36. Corley, Brian, in his official capacity as Pasco County Supervisor of Elections, *Defendant*

37. Darus, Lisa, in her official capacity as Gilchrist County Supervisor of Elections, *Defendant*

38. Davis, Ashley, *Attorney for Defendant Secretary Byrd*

39. Davis, Vicki, in her official capacity as Martin County Supervisor of Elections, *Defendant*

40. Dickey, Gilbert, *Attorney for Proposed Intervenor-Defendants*

41. Dodge, Christopher, *Attorney for NAACP Plaintiffs*

42. Driggers, Heath, in his official capacity as Madison County Supervisor of Elections, *Defendant*

43. Dunaway, Carol, in her official capacity as Jackson County Supervisor of Elections, *Defendant*

44. Earley, Mark, in his official capacity as Leon County Supervisor of Elections, *Defendant*

45. Elias Law Group LLP, *Attorneys for NAACP Plaintiffs*

46. Erdelyi, Susan, *Attorney for Supervisor of Elections Defendants*

47. Escambia BOCC Office of the County Attorney, *Attorneys for Supervisor of Elections Defendant*

48. Farnam, Aletris, in her official capacity as Glades County Supervisor of Elections, *Defendant*

49. Farrington, Scott, in his official capacity as Manatee County Supervisor of Elections, *Defendant*

50. Faruqui, Bilal, *Attorney for Defendant Secretary Byrd*

51. FLIC Votes, *Plaintiff*

52. Florida Alliance for Retired Americans, Inc., *Plaintiff*

53. Florida Department of Children and Families, *Attorneys for Defendant Deputy Secretary Williams*

54. Florida Department of Highway Safety and Motor Vehicles, *Attorneys for Defendant Executive Director Kerner*

55. Florida Department of State, *Attorneys for Defendant Secretary Byrd*

56. Florida Immigrant Coalition, *Plaintiff*

57. Florida Rising, Inc., *Plaintiff*

58. Florida Rising Together, *Plaintiff*

59. Florida State Conference of Branches and Youth Units of the NAACP, *Plaintiff*

60. Ford, Christina, *Attorney for NAACP Plaintiffs*

61. Forman, Rachel, *Attorney for UnidosUS Plaintiffs*

62. Freedman, John, *Attorney for UnidosUS Plaintiffs*

63. Gaillard, Ashley, *Attorney for Supervisor of Elections Defendant*

64. Garcia, Alina, in her official capacity as Miami-Dade County Supervisor of Elections, *Defendant*

65. Gardner Bist King & Wood, *Attorneys for Supervisor of Elections Defendants*

66. Hankins, Christi, *Attorney for Supervisor of Elections Defendant*

67. Hart, Travis, in his official capacity as Lafayette County Supervisor of Elections, *Defendant*

68. Hays, Alan, in his official capacity as Lake County Supervisor of Elections, *Defendant*

69. Healy, Karen, in her official capacity as Highlands County Supervisor of Elections, *Defendant*

70. Henderson, Franklin, Starnes & Holt, P.A., *Attorneys for Supervisor of Elections Defendants*

71. Hernando County Attorney's Office, *Attorneys for Supervisor of Elections Defendant*

72. Herron, Mark, *Attorney for Supervisor of Elections Defendant*

73. Hispanic Federation, *Plaintiff*

74. Hodies, Sherri, in her official capacity as Monroe County Supervisor of Elections, *Defendant*

75. Holland, Jerry, in his official capacity as Duval County Supervisor of Elections, *Defendant*

76. Holtzman Vogel Baran Torchinsky & Josefiak PLLC, *Attorneys for Defendants Secretary Byrd, Executive Director Kerner, and Deputy Secretary Williams*

77. Hughes, William, *Attorney for UnidosUS Plaintiffs*

78. Hutto, Laura, in her official capacity as Hamilton County Supervisor of Elections, *Defendant*

79. Jazil, Mohammad, *Attorney for Defendants Secretary Byrd, Executive Director Kerner, and Deputy Secretary Williams*

80. Jones, Tammy, in her official capacity as Levy County Supervisor of Elections, *Defendant*

81. Jouben, Jon, *Attorney for Supervisor of Elections Defendant*

82. Kahn, Jared, *Attorney for Supervisor of Elections Defendant*

83. Karpatkin, Jeremy, *Attorney for UnidosUS Plaintiffs*

84. Katzman, Adam, *Attorney for Supervisor of Elections Defendant*

85. Keen, William, in his official capacity as Sumter County Supervisor of Elections, *Defendant*

86. Kerner, Dave, in his official capacity as Executive Director of the Florida Department of Highway Safety and Motor Vehicles, *Defendant*

87. Ketcham-Colwill, Peter, *Attorney for UnidosUS Plaintiffs*

88. Khanna, Abha, *Attorney for NAACP Plaintiffs*

89. King, Blackwell, Zehnder & Wermuth, P.A., *Attorneys for NAACP Plaintiffs*

90. Kinsey, Jennifer, in her official capacity as Suwannee County Supervisor of Elections, *Defendant*

91. Lakin, Sophia, *Attorney for UnidosUS Plaintiffs*

92. Latimer, Craig, in his official capacity as Hillsborough County Supervisor of Elections, *Defendant*

93. Latino Justice PRLDEF, *Attorneys for UnidosUS Plaintiffs*

94. LaVancher, Denise, in her official capacity as Hernando County Supervisor of Elections, *Defendant*

95. LaVia, John, *Attorney for Supervisor of Elections Defendants*

96. League of Women Voters of Florida, *Plaintiff*

97. League of Women Voters of Florida Education Fund, *Plaintiff*

98. Lenhart, Kaiti, in her official capacity as Flagler County Supervisor of Elections, *Defendant*

99. Lewis, Lisa, in her official capacity as Volusia County Supervisor of Elections, *Defendant*

100. Link, Wendy Sartory, in her official capacity as Palm Beach County Supervisor of Elections, *Defendant*

101. Lux, Paul, in his official capacity as Okaloosa County Supervisor of Elections, *Defendant*

102. Manrara Cartaya, Carmen, *Attorney for Proposed Intervenor-Defendants*

103. Marcus, Julie, in her official capacity as Pinellas County Supervisor of Elections, *Defendant*

104. Mari, Frank, *Attorney for Supervisor of Elections Defendant*

105. Marks Gray, P.A., *Attorneys for Supervisor of Elections Defendants*

106. May, David, in his official capacity as Okeechobee County Supervisor of Elections, *Defendant*

107. McCarthy, Thomas, *Attorney for Proposed Intervenor-Defendants*

108. McKay, Nina, *Attorney for UnidosUS Plaintiffs*

109. McKusick, Walker, *Attorney for NAACP Plaintiffs*

110. McNamara, Caroline, *Attorney for UnidosUS Plaintiffs*

111. Messer, Ryan, in his official capacity as Walton County Supervisor of Elections, *Defendant*

112. Messer Caparello, P.A., *Attorneys for Supervisor of Elections Defendant*

113. Miami-Dade County Supervisor of Elections, *Attorneys for Supervisor of Elections Defendant*

114. Miller, Jeffrey, *Attorney for UnidosUS Plaintiffs*

115. Miller, Nikole, *Attorney for UnidosUS Plaintiffs*

116. Milligan, Michelle, in her official capacity as Jefferson County Supervisor of Elections, *Defendant*

117. Milton, Christopher, in his official capacity as Baker County Supervisor of Elections, *Defendant*

118. Mirza, Hani, *Attorney for UnidosUS Plaintiffs*

119. Morgan, Connor, *Attorney for UnidosUS Plaintiffs*

120. Morgan, Joseph, in his official capacity as Wakulla County Supervisor of Elections, *Defendant*

121. Nabors, Giblin & Nickerson, P.A., *Attorneys for Supervisor of Elections Defendant*

122. Oakes, Vicky, in her official capacity as St. Johns County Supervisor of Elections, *Defendant*

123. Office of the Hillsborough County Attorney, *Attorneys for Supervisor of Elections Defendant*

124. Olivo, Geraldo, *Attorney for Supervisor of Elections Defendants*

125. Osborne, Deborah, in her official capacity as Union County Supervisor of Elections, *Defendant*

126. Overturf, Charles, in his official capacity as Putnam County Supervisor of Elections, *Defendant*

127. Padilla, Eric, *Attorney for UnidosUS Plaintiffs*

128. Pennock, Amy, in her official capacity as Seminole County Supervisor of Elections, *Defendant*

129. Perez, Jose, *Attorney for UnidosUS Plaintiffs*

130. Persons-Mulicka, Jenna, in her official capacity as Lee County Supervisor of Elections, *Defendant*

131. Pettis, Deidra, in her official capacity as Washington County Supervisor of Elections, *Defendant*

132. Pierce, Rhonda, in her official capacity as Gulf County Supervisor of Elections, *Defendant*

133. Pinellas County Attorney's Office, *Attorneys for Supervisor of Elections Defendant*

134. Pinkstaff, Tiffiny, *Attorney for Supervisor of Elections Defendant*

135. Powers, John, *Attorney for UnidosUS Plaintiffs*

136. Republican National Committee, *Proposed Intervenor-Defendant*

137. Republican Party of Florida, *Proposed Intervenor-Defendant*

138. Reynolds Perez, Devona, *Attorney for Supervisor of Elections Defendant*

139. Riley, Heather, in her official capacity as Franklin County Supervisor of Elections, *Defendant*

140. Ritter, Quinn, *Attorney for NAACP Plaintiffs*

141. Roper, Townsend & Sutphen P.A., *Attorneys for Supervisor of Elections Defendants*

142. Rosenthal, Oren, *Attorney for Supervisor of Elections Defendant*

143. Ruiz, Cesar, *Attorney for UnidosUS Plaintiffs*

144. Sanford, Jonathan, *Attorney for Defendant Executive Director Kerner*

145. Scott, Dale, *Attorney for Supervisor of Elections Defendant*

146. Scott, Joe, in his official capacity as Broward County Supervisor of Elections, *Defendant*

147. Seth, Sonali, *Attorney for UnidosUS Plaintiffs*

148. Seyfang, Amanda, in her official capacity as Bradford County Supervisor of Elections, *Defendant*

149. Shannin, Nicholas, *Attorney for Supervisor of Elections Defendant*

150. Shannin Law Firm, P.A., *Attorneys for Supervisor of Elections Defendant*

151. Shaud, Matthew, *Attorney for Supervisor of Elections Defendant*

152. Shutts & Bowen LLP, *Attorneys for Supervisor of Elections Defendants*

153. Smith, Diane, in her official capacity as Hardee County Supervisor of Elections, *Defendant*

154. Southerland, Dana, in her official capacity as Taylor County Supervisor of Elections, *Defendant*

155. Stewart, Gregory, *Attorney for Supervisor of Elections Defendant*

156. Suarez, Jesus, *Attorney for Proposed Intervenor-Defendants*

157. Swain, Robert, *Attorney for Supervisor of Elections Defendant*

158. Swan, Leslie, in her official capacity as Indian River County Supervisor of Elections, *Defendant*

159. Taghdiri, Pausha, *Attorney for Supervisor of Elections Defendants*

160. Tartaglia, Melissa, *Attorney for Supervisor of Elections Defendant*

161. Taylor, Sherry, in her official capacity as Hendry County Supervisor of Elections, *Defendant*

162. Tessitore Mari Scott, PLLC, *Attorneys for Supervisor of Elections Defendants*

163. Tilley, Daniel, *Attorney for UnidosUS Plaintiffs*

164. Todd, Stephen, *Attorney for Supervisor of Elections Defendant*

165. Topaz, Jonathan, *Attorney for UnidosUS Plaintiffs*

166. Turner, Ron, in his official capacity as Sarasota County Supervisor of Elections, *Defendant*

167. UnidosUS, *Plaintiff*

168. Valenti, Leah, in her official capacity as Charlotte County Supervisor of Elections, *Defendant*

169. Villane, Tappie, in her official capacity as Santa Rosa County Supervisor of Elections, *Defendant*

170. Volusia County Attorney's Office, *Attorneys for Supervisor of Elections Defendant*

171. Walker, Gertrude, in her official capacity as St. Lucie County Supervisor of Elections, *Defendant*

172. Ward, Nina, in her official capacity as Bay County Supervisor of Elections, *Defendant*

173. Warren, Nicholas, *Attorney for UnidosUS Plaintiffs*

174. Wermuth, Frederick, *Attorney for NAACP Plaintiffs*

175. Wertz, Debbie, in her official capacity as DeSoto County Supervisor of Elections, *Defendant*

176. Wilcox, Wesley, in his official capacity as Marion County Supervisor of Elections, *Defendant*

177. Williams, H. Russell, in his official capacity as Holmes County Supervisor of Elections, *Defendant*

178. Williams, Kathryn, in her official capacity as Deputy Secretary of the Florida Department of Children and Families, *Defendant*

179. Williams, Kenya, in her official capacity as Gadsden County Supervisor of Elections, *Defendant*

180. Wittstein, Nicole, *Attorney for NAACP Plaintiffs*

181. Wolk, Martin, *Attorney for Defendants Secretary Byrd, Executive Director Kerner, and Deputy Secretary Williams*

182. Woodfin, Conor, *Attorney for Proposed Intervenor-Defendants*

Dated: August 12, 2026

Respectfully submitted,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Martin C. Wolk (FBN 1065532)
HOLTZMAN VOGEL BARAN TORCHINSKY &
JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938
mjazil@holtzmanvogel.com
mwolk@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Florida Department of Children
and Families Deputy Secretary*

## CERTIFICATE OF SERVICE

I certify that on August 12, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil