## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNIDOSUS, et al.,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

*Defendants*,

No. 1:26-cv-22257-JB

REPUBLICAN NATIONAL COMMITTEE and RE-PUBLICAN PARTY OF FLORIDA,

*Proposed Intervenor-Defendants*.

### PROPOSED INTERVENOR-DEFENDANTS'
### UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

In accordance with Local Rule 11.1(d)(3)(A), Proposed Intervenor-Defendants move to withdraw attorney Carmen Manrara Cartaya, as she will no longer be employed at Continental PLLC after August 14, 2026.  The remaining counsel of record will continue to represent Proposed Intervenor-Defendants in this case.

### LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Undersigned counsel conferred with counsel for Plaintiffs, who do not oppose this motion.

Respectfully submitted August 14, 2026.

*/s/ Carmen Manrara Cartaya*

Carmen Manrara Cartaya (FBN: 73887)
CONTINENTAL PLLC
245 Alcazar Avenue
Coral Gables, FL 33134
(305) 677-2707
CCartaya@ContinentalPLLC.com

*Counsel for Proposed Intervenor-Defendants*