**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-22257-JB/Torres**

UNIDOSUS, et al.,

*Plaintiffs*,

and

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,

*Consolidated Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

*Defendants*.
______________________________________/

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

Delmarie Alicea, counsel of record for Plaintiffs UnidosUS, League of Women Voters of Florida, League of Women Voters of Florida Education Fund, Florida Rising Together, Florida Rising, Hispanic Federation, Florida Immigrant Coalition, FLIC Votes, Common Cause, and Common Cause Education Fund (Collectively "UnidosUS Plaintiffs"), hereby provides notice of a change in her address pursuant to Local Rule 11.1(g) of the Local Rules of the United States District Court for the Southern District of Florida.

Delmarie Alicea's updated mailing information is as follows:

**LatinoJustice, PRLDEF**
**PO BOX 560189**
**ORLANDO, FL 32856-0189**

Undersigned counsel respectfully requests that the Clerk update the information accordingly.

Dated: August 28, 2026

Respectfully submitted,

/s/Delmarie Alicea
Delmarie Alicea
FBN 1024650
LatinoJustice, PRLDEF
PO BOX 560189
ORLANDO, FL 32856-0189
dalicea@latinojustice.org
321-418-6354