**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNIDOSUS, *et al.*,
*Plaintiffs*,
v.

CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*,

*Defendants*.

Case No. 1:26-cv-22257
Consolidated Case No. 1:26-cv-23135

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Southern District of Florida Local Rule 11.1(d)(3), I, Cesar Z. Ruiz, respectfully request leave to withdraw as counsel for Plaintiffs: UnidosUS, League of Women Voters of Florida, League of Women Voters of Florida Education Fund, Florida Rising Together, Florida Rising, Hispanic Federation, Florida Immigrant Coalition, FLIC Votes, Common Cause, and Common Cause Education Fund (Collectively "UnidosUS Plaintiffs") because as I will be transitioning into a new role with new employer on September 4, 2026.

In accordance with Local Civil Local Rule 11.1(d)(3):

1. I have provided notice of this motion and my intent to withdraw to all Plaintiffs in the above-captioned matter, and each Plaintiff consents.
2. My withdrawal will not result in UnidosUS Plaintiffs proceeding pro se, they will continue to be represented by my colleagues Delmarie Alicea and Jose L. Perez at LatinoJustice PRLDEF as well as our co-counsel at American Civil Liberties Union Foundation, the American Civil Liberties Union Foundation of Florida, Advancement Project and Arnold & Porter Kaye Scholer LLP.
3. LatinoJustice PRLDEF's Florida mailing address is:

**LatinoJustice, PRLDEF**
**PO BOX 560189**
**ORLANDO, FL 32856-0189**

4. Defendants were provided notice via ECF notification upon filing of this motion.

Dated: August 28, 2026

/s/ *Cesar Z. Ruiz*
Cesar Z. Ruiz
LatinoJustice PRLDEF
475 Riverside Drive
Suite 1901
New York, NY 10115

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), I certify that I have conferred with counsel for all parties who may be affected by the relief sought, and each party consents.

Respectfully submitted this 28th day of August 2026,

/s/ *Cesar Z. Ruiz*
Cesar Z. Ruiz
LatinoJustice PRLDEF
475 Riverside Drive
Suite 1901
New York, NY 10115
Cruiz@latinojustice.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 28, 2026, the foregoing was electronically served on all counsel of record through the Clerk of Court CM/EMF system which will send a notice of electronic filing to said counsel.

/s/ *Delmarie Alicea*
Delmarie Alicea
FBN 1024650

**LatinoJustice, PRLDEF**
**PO BOX 560189**
**ORLANDO, FL 32856-0189**
Dalicea@latinojustice.org