**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-22257-JB**

UNIDOSUS, *et al*,

Plaintiffs,

v.

CORD BYRD**,** in his official capacity
as Florida Secretary of State, *et al*.,

Defendants.
_______________________________________/

**ORDER GRANTING MOTION TO WITHDRAW**

**THIS CAUSE** comes before the Court upon the Unopposed Motion for Withdrawal of Counsel for Proposed-Intervenor Defendants. ECF No. [123]. Upon due consideration of the Motion, the pertinent portions of the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [123] is **GRANTED**. Carmen Manrara Cartaya, Esq. is terminated as counsel of record for Proposed-Intervenor Defendants Republican National Committee and Republican Party of Florida, and is relieved of all further responsibility in this action. Proposed Intervenor-Defendants will continue to be represented by other counsel of record.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 31st day of August, 2026.

_______________________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**