**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-22257-JB**

UNIDOSUS, *et al*,

Plaintiffs,

v.

CORD BYRD**,** in his official capacity
as Florida Secretary of State, *et al*.,

Defendants.
_____________________________________/

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**

**THIS CAUSE** comes before the Court upon the Motion to Withdraw as Counsel for Plaintiffs. ECF No. [126]. Upon due consideration of the Motion, the pertinent portions of the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [126] is **GRANTED**. Cesar Z. Ruiz, Esq. is terminated as counsel of record for Plaintiffs UnidosUS, League of Women Voters of Florida, League of Women Voters of Florida Education Fund, Florida Rising Together, Florida Rising, Hispanic Federation, Florida Immigrant Coalition, FLIC Votes, Common Cause, and Common Cause Education Fund, and is relieved of all further responsibility in this action. Plaintiffs will continue to be represented by other counsel of record.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 31st day of August, 2026.

_____________________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**