**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNIDOSUS, et al.,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

*Defendants*,

REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF FLORIDA,

*Proposed Intervenor-Defendants.*

No. 1:26-cv-22257-JB

**NOTICE OF ATTORNEY APPEARANCE**

Ivan Feris, Jr. of Continental PLLC gives notice of appearance as counsel of record for Proposed Intervenor-Defendants the Republican National Committee and the Republican Party of Florida in the above-styled action, and requests that all papers filed in this case be served upon him.

Dated: August 31, 2026

By: /s/ Ivan Feris, Jr.
Ivan Feris, Jr., Esq. (FBN: 1031245)
IFeris@ContinentalPLLC.com
CONTINENTAL PLLC
245 Alcazar Avenue
Coral Gables, FL 33134
Telephone: (305) 677-2707

*Attorney for Proposed Intervenor-Defendants the Republican National Committee and the Republican Party of Florida*