UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNIDOSUS, et al.,

Plaintiffs,

v. Case No. 1:26-cv-22257

CORD BYRD, in his official capacity
as Secretary of State of Florida, et al.,

---

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

Plaintiffs,

v. Case No. 1:26-cv-23135

CORD BYRD, in his official capacity
as Secretary of State of Florida, et al.,

Defendants.

______________________________________/

**NOTICE OF CHANGE OF ADDRESS AND**
**<u>CONTACT INFORMATION</u>**

Attorney Nicholas A. Shannin files this Notice of Change of Address and Contact Information and states that all future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Nicholas A. Shannin, Esquire
Shannin Law Firm, P.A.
214 South Lucerne Circle East
Suite 200
Orlando, Florida 32801
Telephone: 407.985.2222
Email: service@shanninlaw.com
nshannin@shanninlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2026, I electronically filed the foregoing with the Clerk of Court utilizing the CM/ECF system which will electronically serve all counsel of record for the parties who have appeared.

*/s/ Nicholas A. Shannin*

Nicholas A. Shannin, B.C.S.
Board Certified in Appellate Practice
Florida Bar No. 0009570
E: service@shanninlaw.com
Shannin Law Firm, P.A.
214 South Lucerne Circle East
Suite 200
Orlando, Florida 32801
T: 407.985.2222
*General Counsel for Defendant, Karen Castor Dentel, in her official capacity as Supervisor of Elections for Orange County*