UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNIDOSUS, et al.,

Plaintiffs,

v.

Case No. 1:26-cv-22257

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

Defendants.

_________________________________/

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,

Plaintiffs,

v.

Case No. 1:26-cv-23135

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,
Defendants.

_________________________________/

**NOTICE OF CHANGE OF ATTORNEY**
**ADDRESS AND CONTACT INFORMATION**

Attorney Dale A. Scott files this Notice and states that all future pleadings, memoranda, correspondence, orders, etc., should be sent to:

Dale A. Scott, Esq.
Tessitore Mari Scott, PLLC
1485 International Pkwy., Ste. 2031
Lake Mary, FL 32746-5352
Tel: 321-363-1634
Fax: 321-319-9095

dscott@tessmari.com
ehemphill@tessmari.com

Respectfully submitted on this 26th day of September, 2026:

By: /s/ Dale A. Scott
Dale A. Scott, Esq.
Fla. Bar No. 568821
dscott@tessmari.com
ehemphill@tessmari.com
Tessitore Mari Scott, PLLC
1485 International Pkwy., Ste. 2031
Lake Mary, FL 32746-5352
Tel: 321-363-1634
Fax: 321-319-9095
Counsel for Maureen Baird, Citrus County Supervisor of Elections

## CERTIFICATE OF SERVICE

I certify that a copy of this document has been furnished via CM/ECF on this 26th day of September, 2026, to record counsel.

By: /s/ Dale A. Scott
Dale A. Scott, Esq.