**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-22257-JB**
**CASE NO. 26-cv-26047-JB**

UNIDOSUS, *et al*,

Plaintiffs,

v.

CORD BYRD**,** in his official capacity
as Florida Secretary of State, *et al*.,

Defendants.
___________________________________/

BLACK VOTERS MATTER FUND, *et al*.,

Plaintiffs,

v.

CORD BYRD**,** in his official capacity
as Florida Secretary of State, *et al*,

Defendants.
___________________________________/

**ORDER CONSOLIDATING CASES**

**THIS CAUSE** came before the Court upon the Defendants' Joint Motion to Consolidate. ECF Nos. [135], [21]. Good cause appears that consolidation of the above-styled cases is appropriate to avoid unnecessary duplication of judicial labor and effort. Accordingly, it is

**ORDERED AND ADJUDGED** that the above-styled cases are consolidated as follows:

1. The action titled *Black Voters Matter Fund, et al. v. Cord Byrd, et al.*, Case No. 26-cv-26047-JB, shall be **CONSOLIDATED** for purposes of trial, and timing of pleadings, hearings, and depositions and other discovery into *UnidosUS, et al. v. Cord Byrd, et al.*, Case No. 26-cv-22257-JB (the "Consolidated Action").
2. All future filings in this case shall be made under **Case No. 26-cv-22257-JB** only.
3. The Scheduling Order entered in *UnidosUS,* ECF No. [88], continues to govern and remain in effect.
4. Defendants in *Black Voters Matter Fund* shall file their respective responses to the Complaint in the normal course pursuant to the deadlines required by the Federal Rules of Civil Procedure.
5. The Clerk of the Court is instructed to **CLOSE** Case No. 26-cv-26047-JB and transfer all pending motions therein to the Consolidated Action.

**DONE AND ORDERED** in Miami, Florida, this 28th day of September, 2026.



**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**