IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,

and

UNIDOSUS, et al.,

Plaintiffs,

v.

CORD BYRD, in his official capacity as Florida Secretary of State, et al.,

Defendants.

Case No. 1:26-cv-22257-JB

**PLAINTIFFS' AND THE SUPERVISORS OF ELECTIONS' JOINT MOTION FOR PROTECTIVE ORDER**

The FL NAACP Plaintiffs,[1] Unidos Plaintiffs,[2] BVM Plaintiffs[3], along with the 67 Supervisors of Elections (the "Supervisors") named as Defendants, respectfully move the Court to enter the Stipulated Protective Order attached as **Exhibit 1** (the "Protective Order"). In support, the movants state:

[1] The FL NAACP Plaintiffs are the Florida State Conference of Branches and Youth Units of the NAACP and the Florida Alliance for Retired Americans.

[2] The Unidos Plaintiffs are UnidosUS, the League of Women Voters of Florida, the League of Women Voters of Florida Education Fund, Florida Rising Together, Florida Rising, Hispanic Federation, Florida Immigrant Coalition, FLIC Votes, Common Cause, and Common Cause Education Fund.

[3] The BVM Plaintiffs are the Black Voters Matter Fund and the League of United Latin American Citizens.

## BACKGROUND

This case is in part about voter registration. Plaintiffs allege that provisions of recently-enacted House Bill 991 violate the National Voter Registration Act of 1993 and the First and Fourteenth Amendments to the United States Constitution. *See* ECF No. 90 ¶¶ 150–201; ECF No. 89 ¶¶ 224–296. Plaintiffs have propounded discovery requests on the Supervisors requesting documents and other information related to their voter registration systems and procedures. Materials responsive to those requests may yield information protected from disclosure by sections 97.0585, 119.071, 688.002, and 815.045, Florida Statutes, among other provisions.[4] Plaintiffs have also requested documents and other information related to investigations conducted into alleged registration or voting by noncitizens—which may implicate documents protected by section 119.011(3), Florida Statues.[5]

To facilitate "the just, speedy, and inexpensive determination of" this action, Fed. R. Civ. P. 1, while also protecting the sensitive information potentially contained within documents and information responsive to Plaintiffs' discovery requests, Plaintiffs and the Supervisors now ask the Court to enter the attached Stipulated Protective Order applicable to Confidential Information, as defined in the attached Stipulated Protective Order, produced by the Supervisors to any party in this litigation.

---

[4] Section 97.0585 governs certain "information regarding voters and voter registration" that is protected from public records disclosure. Sections 688.002 and 815.045 govern trade secrets, which could reach certain aspects of the software and other systems the Supervisors use to manage their voter registration systems. Section 119.071(4)(d) protects such information as the home addresses of judges, prosecutors, law-enforcement personnel, and others—for example, in voter registration systems.

[5] Section 119.011(3) protects from disclosure certain "criminal investigative" and "criminal intelligence information" related to "active" investigations. *See also Sirmans v. City of S. Miami*, 86 F.R.D. 492, 495 (S.D. Fla. 1980) (explaining that federal common law recognizes a similar "federal privilege for criminal investigative files . . . relating to ongoing criminal investigations.").

**MEMORANDUM OF LAW**

The Court should enter the Protective Order, which closely resembles similar "umbrella" protective orders that other federal courts have adopted to protect confidential information and public access to judicial records while at the same time streamlining discovery. Such orders "bec[a]me commonplace in the federal courts" decades ago because they "replace[] the need to litigate the claim to protection document by document, and postpone[] the necessary showing of 'good cause' required for entry of a protective order until the confidential designation is challenged." *Chicago Trib. Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1307 (11th Cir. 2001); *see also In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356 (11th Cir. 1987) (explaining that such orders "allow the litigation to proceed expeditiously without compromising the rights of anyone"); *see also Chicago Trib. Co.*, 263 F.3d at 1307 n.2 (quoting *Manual for Complex Litigation (Third)* § 21.432 (1995)) ("[U]mbrella orders provide that all assertedly confidential material disclosed . . . is presumptively protected unless challenged. The orders are made without a particularized showing to support the claim for protection, but such a showing must be made whenever a claim under an order is challenged.").

By protecting from public disclosure those materials that the Supervisors have labeled in good faith as confidential, while at the same time requiring any party, including the non-moving parties, to first seek leave from the Court before filing such material under seal, the proposed protective order appropriately balances the interests of efficient discovery and the public's right of access to judicial documents. *See Chicago Trib. Co.*, 263 F.3d at 1310 ("Materials merely gathered as a result of the civil discovery process . . . do not fall within the scope of the constitutional right of access's compelling interest standard."); *see also id.* at 1311 ("[T]here is no common-law right

of access" to "discovery material," "as these materials are neither public documents nor judicial records.").

The Eleventh Circuit has explained that umbrella protective orders like the one proposed here can "expedite the flow of discovery material, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material deemed worthy of protection." *In re Alexander Grant*, 820 F.2d at 356. So too here. Documents responsive to Plaintiffs' discovery requests may contain trade secrets related to the Supervisors' voter registration systems. And many contain sensitive and legally protected voter information—such as signatures, driver's license numbers, the information of minors preregistered to vote, and social security numbers, and the home addresses of judges, prosecutors, law-enforcement personnel, and others. *See, e.g.*, Fla. Stat. §§ 97.9585(1)–(2), 119.071(4)(d). Other responsive documents may contain information related to ongoing criminal investigations that are likewise protected from disclosure. Entry of the Protective Order early in the discovery phase will allow the parties to efficiently conduct discovery involving sensitive information while reserving for the Court's attention only those confidentiality issues that are truly in dispute.

Plaintiffs and the Supervisors have carefully negotiated the Protective Order based on their experience in past election-related cases, while drawing from similar orders they negotiated—and which courts entered—in those cases. *See, e.g.*, *Fla. Decides Healthcare v. Byrd*, 4:25cv211-MW/MAF (N.D. Fla. 2025), ECF No. 374 (entering agreed protective order); *Fla. State Conf. of Branches & Youth Units of NAACP v. Byrd*, 4:23cv215-MW/MAF (N.D. Fla. 2023), ECF No. 143 (same); *League of Women Voters of Fla., Inc. v. Lee*, 4:21cv186-MW/MAF (N.D. Fla. 2021), ECF No. 159 (same); *Nielsen v. DeSantis*, 4:20cv236-RH/MJF (N.D. Fla. 2020), ECF No. 337 (same). Thus, the attached order is a refined product based on the movants' lengthy collective experience

regard how to "allow the litigation to proceed expeditiously without compromising the rights of anyone." *In re Alexander Grant*, 820 F.2d at 356.

**WHEREFORE**, Plaintiffs and the Supervisors jointly request that the Court enter the Stipulated Protective Order filed as **Exhibit 1** to this motion.

**CERTIFICATE OF GOOD FAITH CONFERRAL**

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), counsel for the Florida NAACP Plaintiffs, Frederick Wermuth, certifies that he has conferred with representatives of all parties and non-parties who may be affected by the relief sough in this motion in a good faith effort to resolve the issues presented. The Supervisors of Elections Defendants, Unidos Plaintiffs and BVM Plaintiffs join in the requested relief. The Defendants, Secretary of State Cord Byrd, Executive Director Kerner, and Deputy Secretary Williams do not oppose the relief requested. And the Republican National Committee and the Republican Party of Florida, who are non-parties that have sought intervention, do not oppose to the relief requested.

Dated: **October 1, 2026** Respectfully submitted,


| | |
|---|---|
| ***/s/ Frederick S. Wermuth***<br>**FREDERICK S. WERMUTH (FBN. 0184111)**<br>**QUINN B. RITTER (FBN. 1018135)**<br>**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**<br>25 E. Pine Street<br>Orlando, FL 32801<br>Telephone: (407) 422-2472<br>fwermuth@kbzwlaw.com<br>qritter@kbzwlaw.com<br>agonzalez@kbzwlaw.com<br>courtfilings@kbzwlaw.com | **ABHA KHANNA***<br>**WALKER MCKUSICK***<br>**ELIAS LAW GROUP**<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br>akhanna@elias.law<br>wmckusick@elias.law<br><br>**CHRISTINA S. FORD (FBN 1011634)**<br>**CHRISTOPHER D. DODGE***<br>**NICOLE WITTSTEIN***<br>**ELIAS LAW GROUP**<br>250 Massachusetts Ave NW, Ste 400<br>Washington, DC 20001<br>cford@elias.law<br>cdodge@elias.law<br>nwittstein@elias.law<br>* *Admitted Pro Hac Vice* |

*Counsel for Consolidated Plaintiffs, Florida State Conference of Branches and Youth Units of the NAACP and Florida Alliance for Retired Americans, Inc.*


***/s/ Caroline McNamara***
**Caroline McNamara (FBN 1038312)**
**Nicholas L.V. Warren (FBN 1019018)**
**Daniel B. Tilley (FBN 102882)**
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, Florida 33134
(786) 363-2738
CMcnamara@aclufl.org
NWarren@aclufl.org
DTilley@aclufl.org

**Sophia Lin Lakin***
**Jonathan Topaz***
**William Hughes***
**Nina Nayiri McKay***
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
SLakin@aclu.org
JTopaz@aclu.org
WHughes@aclu.org
NMckay@aclu.org

**Sarah Brannon***
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, D.C. 20005
(740) 632-0671
SBrannon@aclu.org

**John A. Freedman***
**Rachel L. Forman (FBN 105347)**
**Jeremy Karpatkin***
**Nicholas Casmier Anway***
**Connor J. Morgan***
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Rachel.Forman@arnoldporter.com

**Jeffrey A. Miller***
**Arnold & Porter Kaye Scholer LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
(650) 319-4500
Jeffrey.Miller@arnoldporter.com
**Eric Padilla (FBN 1044216)**
**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street
New York, NY 10019
(212) 836-8000
Eric.Padilla@arnoldporter.com

**John Powers***
**Hani Mirza***
**Sonali Seth***
**Nikole Miller (FBN 1031826)**
**Peter Ketcham-Colwill***
**Advancement Project**
1220 L Street NW, Suite 850
Washington, DC 20005
(202) 728-9557
JPowers@advancementproject.org
HMirza@advancementproject.org
SSeth@advancementproject.org
NMiller@advancementproject.org
PKetchamcolwill@advancementproject.org

**Delmarie Alicea (FBN 1024650)**
**Jose Perez***
**Latino Justice PRLDEF**
PO Box 560189
Orlando, FL 32856-0189
DAlicea@latinojustice.org
JPerez@latinojustice.org


* *Admitted pro hac vice*

<table>
<tr><td>Jeremy.Karpatkin@arnoldporter.com<br>Nicholas.Casmier.Anway@arnoldporter.com<br>Connor.Morgan@arnoldporter.com</td><td></td></tr>
<tr><td colspan="2">Counsel for Plaintiffs UnidosUS, League of Women Voters of Florida, League of Women Voters of Florida Education Fund, Florida Rising Together, Florida Rising, Hispanic Federation, Florida Immigrant Coalition, FLIC Votes, Common Cause, and Common Cause Education Fund</td></tr>
<tr><td><u>/s/ Matletha Bennette</u><br>Matletha Bennette (Fla. Bar No. 1003257)<br>SOUTHERN POVERTY LAW CENTER<br>P.O. Box 10788<br>Tallahassee, FL<br>Tel: 786-347-2056<br>matletha.bennette@splcenter.org<br><br>Bradley E. Heard*<br>SOUTHERN POVERTY LAW CENTER<br>1101 17th Avenue NW, Ste 550<br>Washington, D.C. 20036<br>Tel: 202-945-7904<br>bradley.heard@splcenter.org<br><br>Jennifer Thelusma (Fla. Bar No. 1019776)<br>SOUTHERN POVERTY LAW CENTER<br>2 South Biscayne Blvd, Suite 3200<br>Miami, FL 33131<br>786-347-2056<br>jennifer.thelusma@splcenter.org<br><br>*Pro Hac Vice Application Forthcoming</td><td>Norman L. Eisen* (DC Bar No. 435051)<br>Andrew Warren (FL Bar No. 646431)<br>Pooja Chaudhuri* (DC Bar No. 888314523)<br>Beauregard Patterson* (WI Bar No. 1102842)<br>DEMOCRACY DEFENDERS FUND<br>600 Pennsylvania Avenue SE #15180<br>Washington, D.C. 20003<br>(202) 601-8678<br>norman@democracydefenders.org<br>andrew@democracydefenders.org<br>pooja@democracydefenders.org<br>beauregard@democracydefenders.org<br><br>*Pro Hac Vice Application Forthcoming</td></tr>
<tr><td colspan="2">Counsel for Consolidated Plaintiffs, Black Voters Matter Fund and League of United Latin American Citizens</td></tr>
<tr><td><u>/s/ Robert C. Swain</u><br>Robert C. Swain, Esq. (FBN 366961)<br>Deputy County Attorney<br>Florida Bar No. 366961<br>12 Southeast 1st Street<br>Gainesville, Florida 32601<br>T: (352) 374-5218<br>F: (352) 374-5216<br>BSwain@alachuacounty.us<br>CAO@alachuacounty.us<br><br>Counsel for Defendant, Supervisor of Elections for Alachua County</td><td><u>/s/ Susan S. Erdelyi</u><br>Susan S. Erdelyi, Esq. (FBN 0648965)<br>Marks Gray, P.A.<br>1200 Riverplace Bvd., Suite 800<br>Jacksonville, FL 32207<br>T: (904) 398-0900<br>sSErdelyi@marksgray.com<br>JMcduffie@marksgray.com<br><br>Counsel for Defendants, Supervisors of Elections for Baker, Bay, Bradford, Calhoun, Columbia, Dixie, Franklin, Gadsden, Gulf, Hamilton, Jackson, Lafayette, Nassau, Putnam, St. Johns, Santa</td></tr>
</table>

| | |
|---|---|
| | *Rosa, Sumter, Suwannee, Taylor, Walton, Wakulla, and Washington Counties* |
| ***/s/ Frank M. Mari***<br>**Frank M. Mari, Esq. (FBN 93243)**<br>**Tessitore Mari Scott, PLLC**<br>1485 International Parkway, Suite 2031<br>Lake Mary, FL 32746<br>T: (321) 363-1634<br>F: (321) 319-9095<br>FMari@tessmari.com<br>IHaines@tessmari.com<br><br>*Counsel for Defendant, Supervisor of Elections for Brevard County* | ***/s/ Devona A. Reynolds Perez***<br>**Devona A. Reynolds Perez, Esq. (FBN 70409)**<br>**Adam Katzman, Esq. (FBN 652431)**<br>**Broward County Attorney's Office**<br>115 South Andrews Avenue, Suite 423<br>Fort Lauderdale, FL 33301<br>T: (954) 357-7600<br>DReynoldPerez@broward.org<br>AKatzman@broward.org;<br>MWBurke@broward.org;<br>JLahti@broward.org<br><br>*Counsel for Defendant, Supervisor of Elections for Broward County* |
| ***/s/ Andy Bardos***<br>**Andy Bardos, Esq. (FBN 822671)**<br>**Shutts & Bowen LLP**<br>215 South Monroe Stret, Suite 804<br>Tallahassee, Florida 32301<br>Telephone: (850) 201-6269<br>ABardos@shutts.com<br>VReichel@shutts.com<br><br>*Counsel for Defendants, Supervisors of Elections for Charlotte, Collier, Indian River, Lake, Lee, Manatee, Marion, Monroe, Pasco, and Seminole Counties* | ***/s/ Dale Scott***<br>**Dale Scott, Esq. (FBN 0568821)**<br>**Tessitore Mari Scott, PLLC**<br>1485 International Parkway, Suite 2031<br>Lake Mary, FL 32746-5352<br>T: (321) 363-1634<br>F: (321) 319-9095<br>DScott@tessmari.com<br>EHemphill@tessmari.com<br><br>*Counsel for Defendant, Supervisor of Elections for Citrus County* |
| ***/s/ John T. LaVia, III***<br>**John T. LaVia, III, Esq. (FBN 0853666)**<br>**Gardner Bist King & Wood**<br>1300 Thomaswood Drive<br>Tallahassee, FL 32308<br>T: (850) 385-0070<br>JLavia@gbkwlaw.com<br><br>*Counsel for Defendants, Supervisors of Elections for Clay, Martin, Osceola, Palm Beach, Polk, and St. Lucie Counties* | ***/s/ Sheryl G. Sutphen***<br>**Sheryl G. Sutphen, Esq. (FBN 399681)**<br>**Roper Townsend & Sutphen, P.A.**<br>255 South Orange Avenue, Suite 750<br>Orlando, Florida 32801<br>T: (407) 470-1150<br>SSutphen@roperpa.com<br>KReed@roperpa.com<br><br>*Counsel for Defendants, Supervisors of Elections for DeSoto, Flagler, Gilchrist, Highlands, Jefferson, Liberty, Madison, and Union Counties* |

| | |
|---|---|
| ***/s/ Tiffiny Douglas Pinkstaff***<br>**Tiffiny Douglas Pinkstaff, Esq. (FBN 682101)**<br>**Chief, General Litigation**<br>**Office of General Counsel**<br>**City of Jacksonville**<br>117 West Duval Street, Suite 480<br>Jacksonville, FL 32202<br>T: (904) 255-5075<br>tpinkstaff@coj.net<br><br>*Counsel for Defendant, Supervisor of Elections for Duval County* | ***/s/ Christi J. Hankins***<br>**Christi J. Hankins, Esq. (FBN 483321)**<br>**Assistant County Attorney**<br>**Escambia County Attorney's Office**<br>221 Palafax Place, Suite 430<br>Pensacola, FL 32502<br>T: (850) 595-4970<br>F: (850) 595-4979<br>cjhankins@myescambia.com<br><br>*Counsel for Defendant, Supervisor of Elections for Escambia County* |
| ***/s/ Geraldo F. Olivo, III***<br>**Geraldo F. Olivo, III, Esq. (FBN 0060905)**<br>**Henderson, Franklin, Starnes, & Holt, P.A.**<br>1715 Monroe Street<br>Fort Myers, Florida 33905<br>T: (239) 344-1168<br>Jerry.Olivo@henlaw.com<br>Rebekah.Davies@henlaw.com<br><br>*Counsel for Defendants, Supervisors of Elections for Glades, Hardee, Hendry, Holmes, Levy and Okeechobee Counties* | ***/s/ Melissa A. Tartaglia***<br>**Melissa A. Tartaglia, Esq. (FBN: 116033)**<br>**Jon A. Jouben, Esq. (FBN: 149561)**<br>**Hernando County Attorney's Office**<br>20 N. Main Street, Ste. 462<br>Brooksville, FL 34601<br>T: (352) 754-4122<br>F: (352) 754-4001<br>MTartaglia@co.hernando.fl.us<br>CAO@co.hernando.fl.us<br>JJouben@co.hernando.fl.us<br>*Counsel for Defendant, Supervisor of Elections for Hernando County* |
| ***/s/ Stephen M. Todd***<br>**Stephen M. Todd, Esq. (FBN 0886203)**<br>**Office of the County Attorney**<br>P.O. Box 1110<br>Tampa, FL 33601-1110<br>T: (813) 272-5670<br>F: (813) 272-5758<br>ToddS@hcfl.gov<br>HenryKA@hcfl.gov<br>PageS@hillsboroughcounty.org<br><br>*Counsel for Defendant, Supervisor of Elections for Hillsborough County* | ***/s/ Mark Herron***<br>**Mark Herron, Esq. (FBN 199737)**<br>**Messer, Caparello, P.A.**<br>2618 Centennial Place<br>Tallahassee, Florida 32308<br>T: 850-222-0720<br>MHerron@lawfla.com<br>MMoody@lawfla.com<br>StateCourtPleadings@lawfla.com<br><br>*Counsel for Defendant, Supervisor of Elections for Leon County* |
| ***/s/ Oren Rosenthal***<br>**Oren Rosenthal, Esq. (FBN 86320)**<br>2700 NW 87th Ave.<br>Miami, FL 33172<br>T: (305) 499-8537 | ***/s/ Gregory T. Stewart***<br>**Gregory T. Stewart, Esq. (FBN 203718)**<br>**Matthew R. Shaud, Esq. (FBN 122252)**<br>**Nabors, Giblin & Nicherson, P.A.**<br>1500 Mahan Drive, Suite 200 |

| | |
|---|---|
| Oren.Rosenthal@votemiamidade.gov<br>Jeanette.Rodriguez@votemiamidade.gov;<br>DMH@miamidade.gov<br><br>*Counsel for Defendant, Supervisor of Elections for Miami-Dade County* | Tallahassee, FL 32308<br>T: (850) 224-4070<br>F: (850) 224-4073<br>GStewart@ngnlaw.com<br>MShaud@ngnlaw.com<br>legal-admin@ngnlaw.com<br>LLatson@ngn-tally.com<br>PDorn@ngn-tally.com<br><br>*Counsel for Defendant, Supervisor of Elections for Okaloosa County* |
| ***/s/ Nicholas A. Shannin***<br>**Nicholas A. Shannin, BCS (FBN 009570)**<br>**Shannin Law Firm, P.A.**<br>214 S. Lucerne Cir. E., Suite 200<br>Orlando, Florida 32801<br>T: (407) 985-2222<br>NShannin@shanninlaw.com<br>service@shanninlaw.com<br><br>*Counsel for Defendant, Supervisor of Elections for Orange County* | ***/s/ Jared D. Kahn***<br>**Jared D. Kahn, Esq. (FBN 105276)**<br>**Senior Assistant County Attorney**<br>**Pinellas County Attorney's Office**<br>315 Court Street, Sixth Floor<br>Clearwater, FL 33756<br>T; (727) 464-3354<br>F: (727)464-4147<br>JKahn@pinellas.gov<br>eservice@pinellas.gov<br>SCreedon@pinellas.gov<br><br>*Counsel for Defendant, Supervisor of Elections for Pinellas County* |
| ***/s/ Morgan R. Bentley***<br>**Morgan R. Bentley, Esq. (FBN 0962287)**<br>**Ashley E. Gaillard, Esq. (FBN 1019208)**<br>**Bentley Goodrich Kison**<br>783 South Orange Ave., Suite 300<br>Sarasota, Florida 34236<br>T: 941-556-9030<br>MBentley@bgk.law<br>AGaillard@bgk.law<br>VEngel@bgk.law<br><br>*Counsel for Defendant, Supervisor of Elections for Sarasota County* | ***/s/ W. Kevin Bledsoe***<br>**W. Kevin Bledsoe, Esq. (FBN 029769)**<br>**Deputy County Attorney**<br>123 W. Indiana Avenue<br>DeLand, Florida 32720<br>T: (386) 736-5950<br>KBledsoe@volusia.gov<br>MEfird@volusia.gov<br>SSlack@volusia.gov<br><br>*Counsel for Defendant, Supervisor of Elections for Volusia County* |

## LOCAL RULE 7.1(F) CERTIFICATION

The undersigned certifies that the foregoing does not exceed twenty pages, inclusive of all parts.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **1st day of October, 2026**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

***/s/ Frederick S. Wermuth***
**FREDERICK S. WERMUTH (FBN 0184111)**
**QUINN B. RITTER (FBN 1018135)**
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
25 E. Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com
courtfilings@kbzwlaw.com
agonzalez@kbzwlaw.com

**SERVICE LIST**

<table>
<tr><td>Mohammad O. Jazil<br>Martin C. Wolk<br>Holtzman Vogel Baran Torchinsky & Josefiak PLLC<br>119 South Monroe Street, Suite 500<br>Tallahassee, FL 32301<br>T: (850) 270-5938<br>MJazil@holtzmanvogel.com<br>MWolk@holtzmanvogel.com<br>KGordon@holtzmanvogel.com<br><br>Counsel for Florida Secretary of State, Florida Department of Highway Safety and Motor Vehicles Director, and Florida Department of Children and Families Deputy Secretary</td><td>Ashley E. Davis<br>General Counsel<br>Bilal A. Faruqui<br>Deputy General Counsel<br>Florida Department of State<br>R.A. Gray Building<br>500 South Bronough Street<br>Tallahassee, FL 32399<br>(850) 245-6531<br>Ashley.Davis@dos.fl.gov<br>Bilal.Faruqui@dos.fl.gov<br><br>Counsel for Florida Secretary of State</td></tr>
<tr><td colspan="2"></td></tr>
<tr><td>Jesus M. Suarez<br>Ivan Feris, Jr.<br>Continental PLLC<br>245 Alcazar Avenue<br>Coral Gables, FL 33134<br>T: (305) 677-2707<br>JSuarez@continentalpllc.com<br>NDelaosa@continentalpllc.com<br>IFeris@continentalpllc.com<br>Service@continentalpllc.com</td><td>Thomas R. McCarthy*<br>Gilbert C. Dickey*<br>Conor D. Woodfin*<br>Peter Allevato*†<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>T: (703) 243-9423<br>Tom@consovoymccarthy.com<br>Conor@consovoymccarthy.com<br>Gilbert@consovoymccarthy.com<br>Peter@consovoymccarthy.com<br><br>* Admitted pro hac vice<br>† Supervised by principals of the firm admitted to practice in Virginia</td></tr>
<tr><td colspan="2">Counsel for the Republican National Committee and the Republican Party of Florida, who have sought to intervene as Intervenor-Defendants</td></tr>
<tr><td>Robert C. Swain<br>Deputy County Attorney<br>Florida Bar No. 366961<br>12 Southeast 1st Street<br>Gainesville, Florida 32601<br>T: (352) 374-5218<br>F: (352) 374-5216<br>BSwain@alachuacounty.us</td><td>Susan S. Erdelyi<br>Marks Gray, P.A.<br>1200 Riverplace Bvd., Suite 800<br>Jacksonville, FL 32207<br>T: (904) 398-0900<br>sSErdelyi@marksgray.com<br>JMcduffie@marksgray.com</td></tr>
</table>

| | |
|---|---|
| CAO@alachuacounty.us<br><br>*Counsel for Defendant, Supervisor of Elections for Alachua County* | *Counsel for Defendants, Supervisors of Elections for Baker, Bay, Bradford, Calhoun, Columbia, Dixie, Franklin, Gadsden, Gulf, Hamilton, Jackson, Lafayette, Nassau, Putnam, St. Johns, Santa Rosa, Sumter, Suwannee, Taylor, Walton, Wakulla, and Washington Counties* |
| **Frank M. Mari**<br>**Tessitore Mari Scott, PLLC**<br>1485 International Parkway, Suite 2031<br>Lake Mary, FL 32746<br>T: (321) 363-1634<br>F: (321) 319-9095<br>FMari@tessmari.com<br>IHaines@tessmari.com<br><br>*Counsel for Defendant, Supervisor of Elections for Brevard County* | **Devona A. Reynolds Perz**<br>**Adam Katzman**<br>**Broward County Attorney's Office**<br>115 South Andrews Avenue, Suite 423<br>Fort Lauderdale, FL 33301<br>T: (954) 357-7600<br>DReynoldPerez@broward.org<br>AKatzman@broward.org;<br>MWBurke@broward.org;<br>JLahti@broward.org<br><br>*Counsel for Defendant, Supervisor of Elections for Broward County* |
| **Andy Bardos**<br>**Shutts & Bowen LLP**<br>215 South Monroe Stret, Suite 804<br>Tallahassee, Florida 32301<br>Telephone: (850) 201-6269<br>ABardos@shutts.com<br>VReichel@shutts.com<br><br>*Counsel for Defendants, Supervisors of Elections for Charlotte, Collier, Indian River, Lake, Lee, Manatee, Marion, Monroe, Pasco, and Seminole Counties* | **Dale Scott**<br>**Tessitore Mari Scott, PLLC**<br>1485 International Parkway, Ste 2031<br>Lake Mary, FL 32746-5352<br>T: (321) 363-1634<br>F: (321) 319-9095<br>DScott@tessmari.com<br>EHemphill@tessmari.com<br><br>*Counsel for Defendant, Supervisor of Elections for Citrus County* |
| **John T. LaVia, III**<br>**Gardner Bist King & Wood**<br>1300 Thomaswood Drive<br>Tallahassee, FL 32308<br>T: (850) 385-0070<br>JLavia@gbkwlaw.com<br><br>*Counsel for Defendants, Supervisors of Elections for Clay, Martin, Osceola, Palm Beach, Polk, and St. Lucie Counties* | **Sheryl G. Sutphen,**<br>**Roper Townsend & Sutphen, P.A.**<br>255 South Orange Avenue, Suite 750<br>Orlando, Florida 32801<br>T: (407) 470-1150<br>SSutphen@roperpa.com<br>KReed@roperpa.com<br>*Counsel for Defendants, Supervisors of Elections for DeSoto, Flagler, Gilchrist, Highlands, Jefferson, Liberty, Madison, and Union Counties* |

| | |
|---|---|
| **Tiffiny Douglas Pinkstaff**<br>**Chief, General Litigation**<br>**Office of General Counsel**<br>**City of Jacksonville**<br>117 West Duval Street, Suite 480<br>Jacksonville, FL 32202<br>T: (904) 255-5075<br>tpinkstaff@coj.net<br><br>*Counsel for Defendant, Supervisor of Elections for Duval County* | **Christi J. Hankins**<br>**Assistant County Attorney**<br>**Escambia County Attorney's Office**<br>221 Palafax Place, Suite 430<br>Pensacola, FL 32502<br>T: (850) 595-4970<br>F: (850) 595-4979<br>cjhankins@myescambia.com<br><br>*Counsel for Defendant, Supervisor of Elections for Escambia County* |
| **Geraldo F. Olivo, III**<br>**Henderson, Franklin, Starnes, & Holt, P.A.**<br>1715 Monroe Street<br>Fort Myers, Florida 33905<br>T: (239) 344-1168<br>Jerry.Olivo@henlaw.com<br>Rebekah.Davies@henlaw.com<br><br>*Counsel for Defendants, Supervisors of Elections for Glades, Hardee, Hendry, Holmes, Levy and Okeechobee Counties* | **Melissa A. Tartaglia**<br>**Jon A. Jouben**<br>**Hernando County Attorney's Office**<br>20 N. Main Street, Ste. 462<br>Brooksville, FL 34601<br>T: (352) 754-4122<br>F: (352) 754-4001<br>MTartaglia@co.hernando.fl.us<br>CAO@co.hernando.fl.us<br>JJouben@co.hernando.fl.us<br><br>*Counsel for Defendant, Supervisor of Elections for Hernando County* |
| **Stephen M. Todd**<br>**Office of the County Attorney**<br>P.O. Box 1110<br>Tampa, FL 33601-1110<br>T: (813) 272-5670<br>F: (813) 272-5758<br>ToddS@hcfl.gov<br>HenryKA@hcfl.gov<br>PageS@hillsboroughcounty.org<br><br>*Counsel for Defendant, Supervisor of Elections for Hillsborough County* | **Mark Herron**<br>**Messer, Caparello, P.A.**<br>2618 Centennial Place<br>Tallahassee, Florida 32308<br>T: 850-222-0720<br>MHerron@lawfla.com<br>MMoody@lawfla.com<br>StateCourtPleadings@lawfla.com<br><br>*Counsel for Defendant, Supervisor of Elections for Leon County* |
| **Oren Rosenthal**<br>2700 NW 87th Ave.<br>Miami, FL 33172<br>T: (305) 499-8537<br>Oren.Rosenthal@votemiamidade.gov<br>Jeanette.Rodriguez@votemiamidade.gov;<br>DMH@miamidade.gov | **Gregory T. Stewart**<br>**Matthew R. Shaud**<br>**Nabors, Giblin & Nicherson, P.A.**<br>1500 Mahan Drive, Suite 200<br>Tallahassee, FL 32308<br>T: (850) 224-4070<br>F: (850) 224-4073 |

| | |
|---|---|
| <br><br><br><br><br><br>*Counsel for Defendant, Supervisor of Elections for Miami-Dade County* | GStewart@ngnlaw.com<br>MShaud@ngnlaw.com<br>legal-admin@ngnlaw.com<br>LLatson@ngn-tally.com<br>PDorn@ngn-tally.com<br><br>*Counsel for Defendant, Supervisor of Elections for Okaloosa County* |
| **Nicholas A. Shannin**<br>**Shannin Law Firm, P.A.**<br>214 S. Lucerne Cir. E., Ste 200<br>Orlando, Florida 32801<br>T: (407) 985-2222<br>NShannin@shanninlaw.com<br>service@shanninlaw.com<br><br>*Counsel for Defendant, Supervisor of Elections for Orange County* | **Jared D. Kahn**<br>**Senior Assistant County Attorney**<br>**Pinellas County Attorney's Office**<br>315 Court Street, Sixth Floor<br>Clearwater, FL 33756<br>T; (727) 464-3354<br>F: (727)464-4147<br>JKahn@pinellas.gov<br>eservice@pinellas.gov<br>SCreedon@pinellas.gov<br><br>*Counsel for Defendant, Supervisor of Elections for Pinellas County* |
| **Morgan R. Bentley**<br>**Ashley E. Gaillard**<br>**Bentley Goodrich Kison**<br>783 South Orange Ave., Suite 300<br>Sarasota, Florida 34236<br>T: 941-556-9030<br>MBentley@bgk.law<br>AGaillard@bgk.law<br>VEngel@bgk.law<br><br>*Counsel for Defendant, Supervisor of Elections for Sarasota County* | **W. Kevin Bledsoe**<br>**Deputy County Attorney**<br>123 W. Indiana Avenue<br>DeLand, Florida 32720<br>T: (386) 736-5950<br>KBledsoe@volusia.gov<br>MEfird@volusia.gov<br>SSlack@volusia.gov<br><br>*Counsel for Defendant, Supervisor of Elections for Volusia County* |
| | |
| **Caroline McNamara**<br>**Nicholas L.V. Warren**<br>**Daniel B. Tilley**<br>**ACLU Foundation of Florida**<br>4343 West Flagler Street, Suite 400<br>Miami, Florida 33134<br>(786) 363-2738<br>CMcnamara@aclufl.org<br>NWarren@aclufl.org | **Jeffrey A. Miller***<br>**Arnold & Porter Kaye Scholer LLP**<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA 94306<br>(650) 319-4500<br>Jeffrey.Miller@arnoldporter.com |

DTilley@aclufl.org

**Sophia Lin Lakin***
**Jonathan Topaz***
**William Hughes***
**Nina Nayiri McKay***
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
SLakin@aclu.org
JTopaz@aclu.org
WHughes@aclu.org
NMckay@aclu.org

**Sarah Brannon***
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, D.C. 20005
(740) 632-0671
SBrannon@aclu.org

**John A. Freedman***
**Rachel L. Forman**
**Jeremy Karpatkin***
**Nicholas Casmier Anway***
**Connor J. Morgan***
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Rachel.Forman@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com
Nicholas.Casmier.Anway@arnoldporter.com
Connor.Morgan@arnoldporter.com

**Eric Padilla (FBN 1044216)**
**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street
New York, NY 10019
(212) 836-8000
Eric.Padilla@arnoldporter.com

**John Powers***
**Hani Mirza***
**Sonali Seth***
**Nikole Miller**
**Peter Ketcham-Colwill***
**Advancement Project**
1220 L Street NW, Suite 850
Washington, DC 20005
(202) 728-9557
JPowers@advancementproject.org
HMirza@advancementproject.org
SSeth@advancementproject.org
NMiller@advancementproject.org
PKetchamcolwill@advancementproject.org

**Delmarie Alicea**
**Jose Perez***
**Latino Justice PRLDEF**
PO Box 560189
Orlando, FL 32856-0189
DAlicea@latinojustice.org
JPerez@latinojustice.org

* *Admitted pro hac vice*

*Counsel for Plaintiffs UnidosUS, League of Women Voters of Florida, League of Women Voters of Florida Education Fund, Florida Rising Together, Florida Rising, Hispanic Federation, Florida Immigrant Coalition, FLIC Votes, Common Cause, and Common Cause Education Fund*

**Matletha Bennette**
**SOUTHERN POVERTY LAW CENTER**
P.O. Box 10788
Tallahassee, FL

**Norman L. Eisen***
**Andrew Warren**
**Pooja Chaudhuri***
**Beauregard Patterson***

| | |
|---|---|
| Tel: 786-347-2056<br>matletha.bennette@splcenter.org<br><br>**Bradley E. Heard***<br>**SOUTHERN POVERTY LAW CENTER**<br>1101 17th Avenue NW, Ste 550<br>Washington, D.C. 20036<br>Tel: 202-945-7904<br>bradley.heard@splcenter.org<br><br>**Jennifer Thelusma**<br>**SOUTHERN POVERTY LAW CENTER**<br>2 South Biscayne Blvd, Suite 3200<br>Miami, FL 33131<br>786-347-2056<br>jennifer.thelusma@splcenter.org<br><br>**Pro Hac Vice Application Forthcoming* | **DEMOCRACY DEFENDERS FUND**<br>600 Pennsylvania Avenue SE #15180<br>Washington, D.C. 20003<br>(202) 601-8678<br>norman@democracydefenders.org<br>andrew@democracydefenders.org<br>pooja@democracydefenders.org<br>beauregard@democracydefenders.org<br><br>**Pro Hac Vice Application Forthcoming* |
| *Counsel for Consolidated Plaintiffs, Black Voters Matter Fund and League of United Latin American Citizens* | |
| **Abha Khanna.***<br>**Walker McKusick***<br>**Elias Law Group LLP**<br>1700 Seventh Ave., Suite 2100<br>Seattle, Washington 98101<br>Telephone: (206) 656-0177<br>AKhanna@elias.law<br>WMckusick@elias.law<br><br>** Admitted pro hac vice* | **Christina A. Ford (FBN 1011634)**<br>**Nicole Wittstein.***<br>**Christopher D. Dodge***<br>**Elias Law Group LLP**<br>250 Massachusetts Ave NW, Suite 400<br>Washington, D.C. 20002<br>Telephone: (202) 968-4490<br>CFord@elias.law<br>NWittstein@elias.law<br>CDodge@elias.law<br><br>** Admitted pro hac vice* |
| *Counsel for Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP and Florida Alliance for Retired Americans* | |