**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-22257-JB/Torres**

UNIDOSUS, et al.,

*Plaintiffs*,

and

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,

*Consolidated Plaintiffs*,

v.

CORD BYRD, in his official capacity as Florida Secretary of State, et al.,

*Defendants*.

---

**STATE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Southern District of Florida Local Rule 7.8, State Defendants provide notice of supplemental authority of the United States Supreme Court's stay order in *DHS v. League of Women Voters*, No. 26A308 (U.S. Sept. 25, 2026). Addressing the impact of the district court's order on the federal government's ability to use the SAVE database to aid voter list maintenance within 90 days of an election, the Court explained that "all agree that the order prevents the Federal Government from using the modified SAVE program to conduct *individualized* inquiries, which are permitted under federal law during this period. The District Court's order thus inhibits the Federal Government's efforts to assist state and local agencies in the proper administration of the midterm elections." Slip Op. at 6. This authority supports State Defendants' argument in their motion to dismiss on NVRA Section 8(c)(2)(A). Doc.120 at 14-15 ("90-Day Systematic List

Maintenance Claim"). Plaintiffs argue that HB 991 violates the 90-day provision because using SAVE is necessarily "systematic." The Supreme Court made clear that SAVE can be used for individualized voter eligibility inquiries within 90 days of a federal election without violating the NVRA.

Respectfully submitted,

Dated: October 2, 2026

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Martin C. Wolk (FBN 1065532)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
mwolk@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Florida Secretary of State, Florida Department of Highway Safety and Motor Vehicles Executive Director, and Florida Department of Children and Families Deputy Secretary*

Ashley E. Davis (FBN 48032)
General Counsel
Bilal A. Faruqui (FBN 15212)
Deputy General Counsel
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
(850) 245-6531
ashley.davis@dos.fl.gov
bilal.faruqui@dos.fl.gov
jenna.mclanahan@dos.fl.gov

*Counsel for Florida Secretary of State*

## LOCAL RULE 7.8 CERTIFICATION

In compliance with Southern District of Florida Local Rule 7.8, the undersigned certifies that this notice of supplemental authority does not exceed 200 words.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I certify that on October 2, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil