**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:26-cv-22257-JB/Torres**

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP and FLORIDA ALLIANCE FOR RETIRED AMERICANS,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*,

*Defendants*.

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Pooja Chaudhuri, of Democracy Defenders Fund (600 Pennsylvania Avenue SE, No. 15180, Washington, D.C. 20003, (202) 594-9958) for purposes of appearance as co-counsel on behalf of Black Voters Matter Fund and the League of United Latin American Citizens in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Pooja Chaudhuri to receive electronic filings in this case, and in support thereof states as follows:

1. Pooja Chaudhuri is not admitted to practice in the Southern District of Florida and is a member in good standing of the following courts:

| JURISDICTION | BAR NUMBER |
|---|---|
| U.S. District Court for the District of Columbia | 888314523 |
| U.S. Court of Appeals for the District of Columbia Circuit | 61701 |
| State Bar of California | 314847 |
| U.S. District Court for the Northern District of California | 314847 |
| U.S. District Court for the Eastern District of California | 314847 |
| U.S. District Court for the Eastern District of Texas | 888314523 |
| U.S. Court of Appeals for the Third Circuit | N/A |
| U.S. Court of Appeals for the Fourth Circuit | N/A |
| U.S. Court of Appeals for the Fifth Circuit | N/A |
| U.S. Court of Appeals for the Sixth Circuit | N/A |
| U.S. Court of Appeals for the Eighth Circuit | 22-0133 |
| U.S. Court of Appeals for the Eleventh Circuit | 536950748 |

2. Movant, Andrew H. Warren, Esquire, of Democracy Defenders Fund (600 Pennsylvania Avenue SE, No. 15180, Washington, D.C. 20003, (202) 594-9958), is a member in good standing of The Florida Bar and the United States District Court for the Southern District of

Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Pooja Chaudhuri has made payment of this Court's admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Pooja Chaudhuri, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Pooja Chaudhuri at email address: Pooja@democracydefenders.org.

WHEREFORE, Andrew H. Warren, moves this Court to enter an Order Pooja Chaudhuri, to appear before this Court on behalf of Black Voters Matter Fund and the League of United Latin American Citizens for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Pooja Chaudhuri.

Date: October 7, 2026,

Respectfully submitted,

*/s/ Andrew H. Warren*

Andrew H. Warren
Fla. Bar No. 646431
Democracy Defenders Fund
600 Pennsylvania Avenue SE, No. 15180
Washington, D.C. 20003
(202) 601-8678

*Attorney for Plaintiffs Black Voters Matter Fund and the League of United Latin American Citizens*