**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-22257-JB/Torres**

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP and FLORIDA ALLIANCE FOR RETIRED AMERICANS,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*,

*Defendants*.

**CERTIFICATION OF POOJA CHAUDHURI**

Pooja Chaudhuri, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the United States District Court for the District of Columbia, as well as the above mentioned courts; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

*/s/ Pooja Chaudhuri*

Pooja Chaudhuri
D.D.C. Bar No. 888314523
Democracy Defenders Fund
600 Pennsylvania Avenue
SE#15180
Washington, D.C. 20003
Pooja@democracydefenders.org