**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-22257-JB/Torres

UNIDOSUS, *et al.*,

*Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

*Defendants*.

_________________________/

**UNIDOSUS PLAINTIFFS' RESPONSE TO**
**STATE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Notwithstanding State Defendants' claims, *see* Dkt. No. 147, the Supreme Court's emergency stay order in *Department of Homeland Security v. League of Women Voters* ("*DHS*"), No. 26A308 (U.S. Sep. 25, 2026), Dkt. No. 147-1, has no bearing on Plaintiffs' motions to dismiss. Plaintiffs' NVRA claims are not implicated by *DHS*, which only addressed whether the modified SAVE program violated the Social Security Act, Privacy Act, or Administrative Procedure Act. *Id*. at 5.

Moreover, the order at issue in *DHS* "vacated the modified SAVE program and its related notices," *id*. at 3,[1] but here, Plaintiffs do not challenge Florida's use of SAVE in all circumstances. Instead, they challenge its use for systematic list maintenance during the NVRA's 90-day quiet period—which the Supreme Court expressly stated was unaffected by the ruling and "limits the potential impact" of its stay order. *Id.* at 6 & n.2. While systematic list maintenance within the quiet period was not at issue in *DHS*, it is mandated by HB 991, directly violating the NVRA.

[1] Florida was not covered by the district court's injunction and received no relief from its suspension.

Respectfully submitted October 7, 2026,

/s/ Nicholas L.V. Warren
Nicholas L.V. Warren (FBN 1019018)
Caroline McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, Florida 33134
(786) 363-2738
cmcnamara@aclufl.org
nwarren@aclufl.org
dtilley@aclufl.org

Jonathan Topaz*
William Hughes*
Malina Simard-Halm†
Nina Nayiri McKay*
Sophia Lin Lakin*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jtopaz@aclu.org
whughes@aclu.org
msimard-halm@aclu.org
nmckay@aclu.org
slakin@aclu.org

Sarah Brannon*
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, D.C. 20004
(740) 632-0671
sbrannon@aclu.org

John A. Freedman*
Rachel L. Forman (FBN 105347)
Jeremy Karpatkin*
Nicholas Casmier Anway*
Connor J. Morgan*
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5000
john.freedman@arnoldporter.com
rachel.forman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
nicholas.casmier.anway@arnoldporter.com
connor.morgan@arnoldporter.com

Jeffrey A. Miller*
**Arnold & Porter Kaye Scholer LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306

John Powers*
Hani Mirza*
Sonali Seth*
Nikole Miller (FBN 1031826)
Peter Ketcham-Colwill*
**Advancement Project**
1220 L Street NW, Suite 850
Washington, DC 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org
sseth@advancementproject.org
nmiller@advancementproject.org
pketchamcolwill@advancementproject.org

Delmarie Alicea (FBN 1024650)
Jose Perez*
**Latino Justice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
dalicea@latinojustice.org
jperez@latinojustice.org

Eric Padilla (FBN 1044216)
**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street
New York, NY 10019
(212) 836-8000
eric.padilla@arnoldporter.com

* *Admitted pro hac vice*
† *Pro hac vice motion forthcoming*

(650) 319-4500
jeffrey.miller@arnoldporter.com

*Attorneys for UnidosUS Plaintiffs*