**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-22257-JB/Torres**

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP and FLORIDA ALLIANCE FOR RETIRED AMERICANS,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*,

*Defendants*.

## PLAINTIFFS' NOTICE OF PENDING, RELATED, OR SIMILAR ACTION

Pursuant to Local Rule 3.8, Florida State Conference of Branches and Youth Units of the NAACP and Florida Alliance for Retired Americans, by and through its undersigned counsel, hereby notifies the Court of the following pending action, which involves subject matter related to this case: *Florida State Conf. of Branches and Youth Units of the NAACP v. Byrd*, No. 1:26-cv-27307-XXXX (S.D. Fla. 2026) ("Florida NAACP"). Specifically, *Florida NAACP* concerns the same student identification provision of HB 991 that is the subject of one of the claims added in the *UnidosUS* Plaintiffs' amended complaint of July 22, 2026. *See* ECF No. 89.

Dated: October 19, 2026

Respectfully submitted,

*/s/ Frederick S. Wermuth*
**FREDERICK S. WERMUTH**
FL. Bar No. 0184111
**QUINN B. RITTER**
FL Bar No. 1018135
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 East Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com

**ABHA KHANNA***
**WALKER McKUSICK***
ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law
wmckusick@elias.law

**CHRISTOPHER D. DODGE***
**NICOLE E. WITTSTEIN***
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Telephone: (202) 948-1135
cdodge@elias.law
nwittstein@elias.law

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP and Florida Alliance for Retired Americans*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111