**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-22257-JB/Torres**

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP and FLORIDA ALLIANCE FOR RETIRED AMERICANS,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*,

*Defendants*.

# JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT DISCOVERY DISPUTES TO THE COURT

Florida's 67 Supervisors of Elections (the Supervisors) and Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP and the Florida Alliance for Retired Americans (Plaintiffs) jointly move for an extension of Local Rule 26.1(g)(2)'s deadline to submit discovery disputes related to the Supervisors' written discovery responses to the Court and to set a uniform deadline of December 4, 2026. In support, the parties state:

## BACKGROUND

Local Rule 26.1(g)(2)(A)(i) requires a party to submit a discovery dispute regarding a written response or objection to a discovery request to the Court within 28 days of service of the response or objection. Plaintiffs have served both requests for production and interrogatories on the 67 Supervisors. The majority of the Supervisors responded on September 30, 2026—though some responded slightly earlier and some slightly later. At least 24 Supervisors, however, have not

yet responded—largely under negotiated extensions.

Given the large number of responses and because Plaintiffs had not yet received responses from a substantial number of Supervisors, Plaintiffs conferred with counsel for the Charlotte, Clay, Collier, Duval, Escambia, Indian River, Lake, Lee, Manatee, Marion, Martin, Miami-Dade, Monroe, Okaloosa, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Seminole, and. St. Lucie County Supervisors (all Supervisors with discovery responses that Plaintiffs believe may require resolution by this Court absent resolution through conferral) and agreed to a stipulated 7-day extension for the deadline to file discovery motions under S.D. Fla. L.R. 26.1(g)(2)(C). But given that most of these Supervisors served their written discovery responses on September 30, 2026, this would largely place the deadline to submit discovery disputes to the Court on November 4, 2026—the day after the upcoming midterm elections.

The Supervisors contend (and Plaintiffs agree) that this would impose an undue hardship on the Supervisors, distract them from their important constitutional duties, and reduce the productivity of any conferral regarding the Supervisors' written responses.

Further, given the overlapping issues, Plaintiffs and the Supervisors agree that it makes little sense to resolve global issues piecemeal, and that the best approach would be to address issues related to the Supervisors' discovery responses after all Supervisors have responded. Plaintiffs and the Supervisors thus move for a 30-day extension of the current earliest deadline to submit discovery disputes related to Plaintiffs' first set of interrogatories to the Supervisors and Plaintiffs' first and second requests for production to the Supervisors discovery requests to a uniform December 4, 2026 deadline.

## MEMORANDUM OF LAW

"Good cause [under Local Rule 26.1(g)(2)] may be shown where a party was making a

good faith effort to resolve the dispute without court intervention." *Perlman v. Bolder Fund Servs. (USA), LLC*, No. 23-23988-CIV, 2025 WL 2804464, at *2 (S.D. Fla. Oct. 2, 2025). Good cause may also arise from a case's scope and "inherent complexity." *In re Blue Cross Blue Shield Antitrust Litig.*, No. 2:13-CV-20000-RDP, 2017 WL 11539533, at *3 (N.D. Ala. Dec. 4, 2017) (applying S.D. Fla. L.R. 26.1(g)(2)). And good cause may arise from extenuating circumstances, such as "when the 30-day period included the holiday of Thanksgiving." *Durant v. Las Olas Yacht Grp., LLC*, No. 18-61777-CIV, 2019 WL 13064835, at *2 (S.D. Fla. Feb. 21, 2019).

Here, all of these circumstances are present. The parties are currently working together to resolve potential disputes without Court intervention. This case is also expansive and inherently complex—the issues here, for example, relate to 67 overlapping discovery responses. And finally, extenuating circumstances exist. To start, Plaintiffs and the Supervisors have endeavored to resolve issues globally, but that effort has been hindered because some Supervisors have not yet been able to serve written discovery responses to the requests at issue. In turn, resolving issues piecemeal would be both inefficient for the parties and could result in multiple seriatim discovery motions addressing issues that could have been resolved in one motion—or ideally, through conferrals.

More importantly, the Supervisors are in the process of administering the 2026 midterm elections and have limited time and resources to devote to resolving discovery disputes. Plaintiffs acknowledge the heavy constraints currently on the Supervisors and seek to avoid distracting them from their election administration duties. In short, good cause is clearly present because a short extension would allow the parties to resolve complex issues completely and collaboratively, likely without this Court's intervention, and without interfering with the Supervisors' important role in our electoral process.

Further, in accordance with this Court's procedures, the parties state no prior motions for extension of time have been filed and that the proposed extension will not impact the deadline to file any dispositive motion; nor will it impact the trial date. *See* ECF No. 4. The parties further state that the good-cause discussion above sets out the circumstances necessitating the requested relief.

**WHEREFORE**, the parties respectfully request that the Court extend the deadline to submit discovery disputes related to the Supervisors' written responses to Plaintiffs' first set of interrogatories to the Supervisors and Plaintiffs' first and second requests for production to the Supervisors and set a uniform deadline of December 4, 2026.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), counsel for the Florida NAACP Plaintiffs, Frederick Wermuth, certifies that he has conferred with representatives of all parties in this case in a good faith effort to resolve the issues presented. The Supervisors of Elections Defendants join in the requested relief. The Unidos Plaintiffs and BVM Plaintiffs do not oppose the requested relief. The Defendants, Secretary of State Cord Byrd, Executive Director Kerner, and Deputy Secretary Williams, do not oppose to the requested relief. And the Republican National Committee and the Republican Party of Florida, who are non-parties that have sought intervention, take no position on the relief requested.

Dated: October 30, 2026

Respectfully submitted,

| | |
|---|---|
| ***/s/ Frederick S. Wermuth***<br>**FREDERICK S. WERMUTH (FBN. 0184111)**<br>**QUINN B. RITTER (FBN. 1018135)**<br>**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**<br>25 E. Pine Street<br>Orlando, FL 32801<br>Telephone: (407) 422-2472<br>fwermuth@kbzwlaw.com<br>qritter@kbzwlaw.com | **ABHA KHANNA***<br>**WALKER MCKUSICK***<br>**ELIAS LAW GROUP**<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br>akhanna@elias.law<br>wmckusick@elias.law |

agonzalez@kbzwlaw.com
courtfilings@kbzwlaw.com

**CHRISTINA S. FORD (FBN 1011634)**
**CHRISTOPHER D. DODGE***
**NICOLE WITTSTEIN***
**ELIAS LAW GROUP**
250 Massachusetts Ave NW, Ste 400
Washington, DC 20001
cford@elias.law
cdodge@elias.law
nwittstein@elias.law

* *Admitted Pro Hac Vice*

*Counsel for Plaintiffs, Florida State Conference of Branches and Youth Units of the NAACP and Florida Alliance for Retired Americans, Inc.*

***/s/ Robert C. Swain***
**Robert C. Swain, Esq. (FBN 366961)**
**Deputy County Attorney**
Florida Bar No. 366961
12 Southeast 1st Street
Gainesville, Florida 32601
T: (352) 374-5218
F: (352) 374-5216
BSwain@alachuacounty.gov
CAO@alachuacounty.gov
KFNiederloh@alachuacounty.gov

*Counsel for Defendant, Supervisor of Elections for Alachua County*

***/s/ Susan S. Erdelyi***
**Susan S. Erdelyi, Esq. (FBN 0648965)**
**Marks Gray, P.A.**
1200 Riverplace Blvd., Suite 800
Jacksonville, FL 32207
T: (904) 398-0900
SErdelyi@marksgray.com
JMcduffie@marksgray.com

*Counsel for Defendants, Supervisors of Elections for Baker, Bay, Bradford, Calhoun, Columbia, Dixie, Franklin, Gadsden, Gulf, Hamilton, Jackson, Lafayette, Nassau, Putnam, St. Johns, Santa Rosa, Sumter, Suwannee, Taylor, Walton, Wakulla, and Washington Counties*

***/s/ Frank M. Mari***
**Frank M. Mari, Esq. (FBN 93243)**
**Tessitore Mari Scott, PLLC**
1485 International Parkway, Suite 2031
Lake Mary, FL 32746
T: (321) 363-1634
F: (321) 319-9095
FMari@tessmari.com
IHaines@tessmari.com

*Counsel for Defendant, Supervisor of Elections for Brevard County*

***/s/ Devona A. Reynolds Perez***
**Devona A. Reynolds Perez, Esq.**
**(FBN 70409)**
**Adam Katzman, Esq. (FBN 652431)**
**Broward County Attorney's Office**
115 South Andrews Avenue, Suite 423
Fort Lauderdale, FL 33301
T: (954) 357-7600
DReynoldPerez@broward.org
AKatzman@broward.org;
MWBurke@broward.org;
JLahti@broward.org

*Counsel for Defendant, Supervisor of Elections for Broward County*

| | |
|---|---|
| ***/s/ Andy Bardos***<br>**Andy Bardos, Esq. (FBN 822671)**<br>**Shutts & Bowen LLP**<br>215 South Monroe Stret, Suite 804<br>Tallahassee, Florida 32301<br>Telephone: (850) 201-6269<br>ABardos@shutts.com<br>VReichel@shutts.com<br><br>*Counsel for Defendants, Supervisors of Elections for Charlotte, Collier, Indian River, Lake, Lee, Manatee, Marion, Monroe, Pasco, and Seminole Counties* | ***/s/ Dale Scott***<br>**Dale Scott, Esq. (FBN 0568821)**<br>**Tessitore Mari Scott, PLLC**<br>1485 International Parkway, Suite 2031<br>Lake Mary, FL 32746-5352<br>T: (321) 363-1634<br>F: (321) 319-9095<br>DScott@tessmari.com<br>EHemphill@tessmari.com<br><br>*Counsel for Defendant, Supervisor of Elections for Citrus County* |
| ***/s/ John T. LaVia, III***<br>**John T. LaVia, III, Esq. (FBN 0853666)**<br>**Gardner Bist King & Wood**<br>1300 Thomaswood Drive<br>Tallahassee, FL 32308<br>T: (850) 385-0070<br>JLavia@gbkwlaw.com<br><br>*Counsel for Defendants, Supervisors of Elections for Clay, Martin, Osceola, Palm Beach, Polk, and St. Lucie Counties* | ***/s/ Sheryl G. Sutphen***<br>**Sheryl G. Sutphen, Esq. (FBN 399681)**<br>**Roper Townsend & Sutphen, P.A.**<br>255 South Orange Avenue, Suite 750<br>Orlando, Florida 32801<br>T: (407) 470-1150<br>SSutphen@roperpa.com<br>KReed@roperpa.com<br><br>*Counsel for Defendants, Supervisors of Elections for DeSoto, Flagler, Gilchrist, Highlands, Jefferson, Liberty, Madison, and Union Counties* |
| ***/s/ Tiffiny Douglas Pinkstaff***<br>**Tiffiny Douglas Pinkstaff, Esq. (FBN 682101)**<br>**Chief, General Litigation**<br>**Office of General Counsel**<br>**City of Jacksonville**<br>117 West Duval Street, Suite 480<br>Jacksonville, FL 32202<br>T: (904) 255-5075<br>tpinkstaff@coj.net<br><br>*Counsel for Defendant, Supervisor of Elections for Duval County* | ***/s/ Christi J. Hankins***<br>**Christi J. Hankins, Esq. (FBN 483321)**<br>**Assistant County Attorney**<br>**Escambia County Attorney's Office**<br>221 Palafax Place, Suite 430<br>Pensacola, FL 32502<br>T: (850) 595-4970<br>F: (850) 595-4979<br>cjhankins@myescambia.com<br><br>*Counsel for Defendant, Supervisor of Elections for Escambia County* |
| ***/s/ Geraldo F. Olivo, III***<br>**Geraldo F. Olivo, III, Esq. (FBN 0060905)**<br>**Henderson, Franklin, Starnes, & Holt, P.A.**<br>1715 Monroe Street<br>Fort Myers, Florida 33905 | ***/s/ Melissa A. Tartaglia***<br>**Melissa A. Tartaglia, Esq. (FBN: 116033)**<br>**Jon A. Jouben, Esq. (FBN: 149561)**<br>**Hernando County Attorney's Office** |

| | |
|---|---|
| T: (239) 344-1168<br>Jerry.Olivo@henlaw.com<br>Rebekah.Davies@henlaw.com<br><br>*Counsel for Defendants, Supervisors of Elections for Glades, Hardee, Hendry, Holmes, Levy and Okeechobee Counties* | 20 N. Main Street, Ste. 462<br>Brooksville, FL 34601<br>T: (352) 754-4122<br>F: (352) 754-4001<br>MTartaglia@co.hernando.fl.us<br>CAO@co.hernando.fl.us<br>JJouben@co.hernando.fl.us<br><br>*Counsel for Defendant, Supervisor of Elections for Hernando County* |
| ***/s/ Stephen M. Todd***<br>**Stephen M. Todd, Esq. (FBN 0886203)**<br>**Office of the County Attorney**<br>P.O. Box 1110<br>Tampa, FL 33601-1110<br>T: (813) 272-5670<br>F: (813) 272-5758<br>ToddS@hcfl.gov<br>HenryKA@hcfl.gov<br>PageS@hillsboroughcounty.org<br><br>*Counsel for Defendant, Supervisor of Elections for Hillsborough County* | ***/s/ Mark Herron***<br>**Mark Herron, Esq. (FBN 199737)**<br>**Messer, Caparello, P.A.**<br>2618 Centennial Place<br>Tallahassee, Florida 32308<br>T: 850-222-0720<br>MHerron@lawfla.com<br>MMoody@lawfla.com<br>StateCourtPleadings@lawfla.com<br><br>*Counsel for Defendant, Supervisor of Elections for Leon County* |
| ***/s/ Oren Rosenthal***<br>**Oren Rosenthal, Esq. (FBN 86320)**<br>2700 NW 87th Ave.<br>Miami, FL 33172<br>T: (305) 499-8537<br>Oren.Rosenthal@votemiamidade.gov<br>Jeanette.Rodriguez@votemiamidade.gov;<br>DMH@miamidade.gov<br><br>*Counsel for Defendant, Supervisor of Elections for Miami-Dade County* | ***/s/ Gregory T. Stewart***<br>**Gregory T. Stewart, Esq. (FBN 203718)**<br>**Matthew R. Shaud, Esq. (FBN 122252)**<br>**Nabors, Giblin & Nicherson, P.A.**<br>1500 Mahan Drive, Suite 200<br>Tallahassee, FL 32308<br>T: (850) 224-4070<br>F: (850) 224-4073<br>GStewart@ngnlaw.com<br>MShaud@ngnlaw.com<br>legal-admin@ngnlaw.com<br>LLatson@ngn-tally.com<br>PDorn@ngn-tally.com<br><br>*Counsel for Defendant, Supervisor of Elections for Okaloosa County* |
| ***/s/ Nicholas A. Shannin***<br>**Nicholas A. Shannin, BCS (FBN 009570)**<br>**Shannin Law Firm, P.A.**<br>214 S. Lucerne Cir. E., Suite 200 | ***/s/ Jared D. Kahn***<br>**Jared D. Kahn, Esq. (FBN 105276)**<br>**Senior Assistant County Attorney**<br>**Pinellas County Attorney's Office** |

| | |
|---|---|
| Orlando, Florida 32801<br>T: (407) 985-2222<br>NShannin@shanninlaw.com<br>service@shanninlaw.com<br><br>*Counsel for Defendant, Supervisor of Elections for Orange County* | 315 Court Street, Sixth Floor<br>Clearwater, FL 33756<br>T; (727) 464-3354<br>F: (727)464-4147<br>JKahn@pinellas.gov<br>eservice@pinellas.gov<br>SCreedon@pinellas.gov<br><br>*Counsel for Defendant, Supervisor of Elections for Pinellas County* |
| ***/s/ Morgan R. Bentley***<br>**Morgan R. Bentley, Esq. (FBN 0962287)**<br>**Ashley E. Gaillard, Esq. (FBN 1019208)**<br>**Bentley Goodrich Kison**<br>783 South Orange Ave., Suite 300<br>Sarasota, Florida 34236<br>T: 941-556-9030<br>MBentley@bgk.law<br>AGaillard@bgk.law<br>VEngel@bgk.law<br><br>*Counsel for Defendant, Supervisor of Elections for Sarasota County* | ***/s/ W. Kevin Bledsoe***<br>**W. Kevin Bledsoe, Esq. (FBN 029769)**<br>**Deputy County Attorney**<br>123 W. Indiana Avenue<br>DeLand, Florida 32720<br>T: (386) 736-5950<br>KBledsoe@volusia.gov<br>MEfird@volusia.gov<br>SSlack@volusia.gov<br><br>*Counsel for Defendant, Supervisor of Elections for Volusia County* |

## LOCAL RULE 7.1(F) CERTIFICATION

The undersigned certifies that the foregoing does not exceed twenty pages, inclusive of all parts.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

***/s/ Frederick S. Wermuth***
**FREDERICK S. WERMUTH**
Florida Bar No. 0184111
**QUINN B. RITTER**

FL Bar No. 1018135
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
25 E. Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com
courtfilings@kbzwlaw.com
agonzalez@kbzwlaw.com

**SERVICE LIST**

<table>
<tr><td>Mohammad O. Jazil<br>Martin C. Wolk<br>Holtzman Vogel Baran Torchinsky & Josefiak PLLC<br>119 South Monroe Street, Suite 500<br>Tallahassee, FL 32301<br>T: (850) 270-5938<br>MJazil@holtzmanvogel.com<br>MWolk@holtzmanvogel.com<br>KGordon@holtzmanvogel.com<br><br>Counsel for Florida Secretary of State, Florida Department of Highway Safety and Motor Vehicles Director, and Florida Department of Children and Families Deputy Secretary</td><td>Ashley E. Davis<br>General Counsel<br>Bilal A. Faruqui<br>Deputy General Counsel<br>Florida Department of State<br>R.A. Gray Building<br>500 South Bronough Street<br>Tallahassee, FL 32399<br>(850) 245-6531<br>Ashley.Davis@dos.fl.gov<br>Bilal.Faruqui@dos.fl.gov<br><br>Counsel for Florida Secretary of State</td></tr>
<tr><td colspan="2"></td></tr>
<tr><td>Jesus M. Suarez<br>Ivan Feris, Jr.<br>Continental PLLC<br>245 Alcazar Avenue<br>Coral Gables, FL 33134<br>T: (305) 677-2707<br>JSuarez@continentalpllc.com<br>NDelaosa@continentalpllc.com<br>IFeris@continentalpllc.com<br>Service@continentalpllc.com</td><td>Thomas R. McCarthy*<br>Gilbert C. Dickey*<br>Conor D. Woodfin*<br>Peter Allevato*†<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>T: (703) 243-9423<br>Tom@consovoymccarthy.com<br>Conor@consovoymccarthy.com<br>Gilbert@consovoymccarthy.com<br>Peter@consovoymccarthy.com<br><br>* Admitted pro hac vice<br>† Supervised by principals of the firm admitted to practice in Virginia</td></tr>
<tr><td colspan="2">Counsel for the Republican National Committee and the Republican Party of Florida, who have sought to intervene as Intervenor-Defendants</td></tr>
<tr><td>Robert C. Swain<br>Deputy County Attorney<br>Florida Bar No. 366961<br>12 Southeast 1st Street<br>Gainesville, Florida 32601<br>T: (352) 374-5218<br>F: (352) 374-5216<br>BSwain@alachuacounty.gov<br>CAO@alachuacounty.gov<br>KFNiederloh@alachuacounty.gov<br><br>Counsel for Defendant, Supervisor of Elections for Alachua County</td><td>Susan S. Erdelyi<br>Marks Gray, P.A.<br>1200 Riverplace Bvd., Suite 800<br>Jacksonville, FL 32207<br>T: (904) 398-0900<br>SErdelyi@marksgray.com<br>JMcduffie@marksgray.com<br>Counsel for Defendants, Supervisors of Elections for Baker, Bay, Bradford, Calhoun, Columbia, Dixie, Franklin, Gadsden, Gulf, Hamilton, Jackson, Lafayette, Nassau, Putnam, St. Johns, Santa Rosa, Sumter, Suwannee, Taylor, Walton, Wakulla, and Washington Counties</td></tr>
</table>

| | |
|---|---|
| **Frank M. Mari**<br>**Tessitore Mari Scott, PLLC**<br>1485 International Parkway, Suite 2031<br>Lake Mary, FL 32746<br>T: (321) 363-1634<br>F: (321) 319-9095<br>FMari@tessmari.com<br>IHaines@tessmari.com<br><br>*Counsel for Defendant, Supervisor of Elections for Brevard County* | **Devona A. Reynolds Perz**<br>**Adam Katzman**<br>**Broward County Attorney's Office**<br>115 South Andrews Avenue, Suite 423<br>Fort Lauderdale, FL 33301<br>T: (954) 357-7600<br>DReynoldPerez@broward.org<br>AKatzman@broward.org;<br>MWBurke@broward.org; JLahti@broward.org<br><br>*Counsel for Defendant, Supervisor of Elections for Broward County* |
| **Andy Bardos**<br>**Shutts & Bowen LLP**<br>215 South Monroe Stret, Suite 804<br>Tallahassee, Florida 32301<br>Telephone: (850) 201-6269<br>ABardos@shutts.com<br>VReichel@shutts.com<br><br>*Counsel for Defendants, Supervisors of Elections for Charlotte, Collier, Indian River, Lake, Lee, Manatee, Marion, Monroe, Pasco, and Seminole Counties* | **Dale Scott**<br>**Tessitore Mari Scott, PLLC**<br>1485 International Parkway, Ste 2031<br>Lake Mary, FL 32746-5352<br>T: (321) 363-1634<br>F: (321) 319-9095<br>DScott@tessmari.com<br>EHemphill@tessmari.com<br><br>*Counsel for Defendant, Supervisor of Elections for Citrus County* |
| **John T. LaVia, III**<br>**Gardner Bist King & Wood**<br>1300 Thomaswood Drive<br>Tallahassee, FL 32308<br>T: (850) 385-0070<br>JLavia@gbkwlaw.com<br><br>*Counsel for Defendants, Supervisors of Elections for Clay, Martin, Osceola, Palm Beach, Polk, and St. Lucie Counties* | **Sheryl G. Sutphen,**<br>**Roper Townsend & Sutphen, P.A.**<br>255 South Orange Avenue, Suite 750<br>Orlando, Florida 32801<br>T: (407) 470-1150<br>SSutphen@roperpa.com<br>KReed@roperpa.com<br>*Counsel for Defendants, Supervisors of Elections for DeSoto, Flagler, Gilchrist, Highlands, Jefferson, Liberty, Madison, and Union Counties* |
| **Tiffiny Douglas Pinkstaff**<br>**Chief, General Litigation**<br>**Office of General Counsel**<br>**City of Jacksonville**<br>117 West Duval Street, Suite 480<br>Jacksonville, FL 32202<br>T: (904) 255-5075<br>tpinkstaff@coj.net<br><br>*Counsel for Defendant, Supervisor of Elections for Duval County* | **Christi J. Hankins**<br>**Assistant County Attorney**<br>**Escambia County Attorney's Office**<br>221 Palafax Place, Suite 430<br>Pensacola, FL 32502<br>T: (850) 595-4970<br>F: (850) 595-4979<br>cjhankins@myescambia.com<br><br>*Counsel for Defendant, Supervisor of Elections for Escambia County* |

| | |
|---|---|
| **Geraldo F. Olivo, III**<br>**Henderson, Franklin, Starnes, & Holt, P.A.**<br>1715 Monroe Street<br>Fort Myers, Florida 33905<br>T: (239) 344-1168<br>Jerry.Olivo@henlaw.com<br>Rebekah.Davies@henlaw.com<br><br>*Counsel for Defendants, Supervisors of Elections for Glades, Hardee, Hendry, Holmes, Levy and Okeechobee Counties* | **Melissa A. Tartaglia**<br>**Jon A. Jouben**<br>**Hernando County Attorney's Office**<br>20 N. Main Street, Ste. 462<br>Brooksville, FL 34601<br>T: (352) 754-4122<br>F: (352) 754-4001<br>MTartaglia@co.hernando.fl.us<br>CAO@co.hernando.fl.us<br>JJouben@co.hernando.fl.us<br><br>*Counsel for Defendant, Supervisor of Elections for Hernando County* |
| **Stephen M. Todd**<br>**Office of the County Attorney**<br>P.O. Box 1110<br>Tampa, FL 33601-1110<br>T: (813) 272-5670<br>F: (813) 272-5758<br>ToddS@hcfl.gov<br>HenryKA@hcfl.gov<br>PageS@hillsboroughcounty.org<br><br>*Counsel for Defendant, Supervisor of Elections for Hillsborough County* | **Mark Herron**<br>**Messer, Caparello, P.A.**<br>2618 Centennial Place<br>Tallahassee, Florida 32308<br>T: 850-222-0720<br>MHerron@lawfla.com<br>MMoody@lawfla.com<br>StateCourtPleadings@lawfla.com<br><br>*Counsel for Defendant, Supervisor of Elections for Leon County* |
| **Oren Rosenthal**<br>2700 NW 87th Ave.<br>Miami, FL 33172<br>T: (305) 499-8537<br>Oren.Rosenthal@votemiamidade.gov<br>Jeanette.Rodriguez@votemiamidade.gov;<br>DMH@miamidade.gov<br><br>*Counsel for Defendant, Supervisor of Elections for Miami-Dade County* | **Gregory T. Stewart**<br>**Matthew R. Shaud**<br>**Nabors, Giblin & Nicherson, P.A.**<br>1500 Mahan Drive, Suite 200<br>Tallahassee, FL 32308<br>T: (850) 224-4070<br>F: (850) 224-4073<br>GStewart@ngnlaw.com<br>MShaud@ngnlaw.com<br>legal-admin@ngnlaw.com<br>LLatson@ngn-tally.com<br>PDorn@ngn-tally.com<br><br>*Counsel for Defendant, Supervisor of Elections for Okaloosa County* |
| **Nicholas A. Shannin**<br>**Shannin Law Firm, P.A.**<br>214 S. Lucerne Cir. E., Ste 200<br>Orlando, Florida 32801<br>T: (407) 985-2222<br>NShannin@shanninlaw.com<br>service@shanninlaw.com | **Jared D. Kahn**<br>**Senior Assistant County Attorney**<br>**Pinellas County Attorney's Office**<br>315 Court Street, Sixth Floor<br>Clearwater, FL 33756<br>T; (727) 464-3354<br>F: (727)464-4147<br>JKahn@pinellas.gov |

eservice@pinellas.gov
SCreedon@pinellas.gov

*Counsel for Defendant, Supervisor of Elections for Orange County*

*Counsel for Defendant, Supervisor of Elections for Pinellas County*

**Morgan R. Bentley**
**Ashley E. Gaillard**
**Bentley Goodrich Kison**
783 South Orange Ave., Suite 300
Sarasota, Florida 34236
T: 941-556-9030
MBentley@bgk.law
AGaillard@bgk.law
VEngel@bgk.law

*Counsel for Defendant, Supervisor of Elections for Sarasota County*

**W. Kevin Bledsoe**
**Deputy County Attorney**
123 W. Indiana Avenue
DeLand, Florida 32720
T: (386) 736-5950
KBledsoe@volusia.gov
MEfird@volusia.gov
SSlack@volusia.gov

*Counsel for Defendant, Supervisor of Elections for Volusia County*

**Caroline McNamara**
**Nicholas L.V. Warren**
**Daniel B. Tilley**
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, Florida 33134
(786) 363-2738
CMcnamara@aclufl.org
NWarren@aclufl.org
DTilley@aclufl.org

**Sophia Lin Lakin***
**Jonathan Topaz***
**William Hughes***
**Nina Nayiri McKay***
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
SLakin@aclu.org
JTopaz@aclu.org
WHughes@aclu.org
NMckay@aclu.org

**Sarah Brannon***
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, D.C. 20005
(740) 632-0671
SBrannon@aclu.org

**Jeffrey A. Miller***
**Arnold & Porter Kaye Scholer LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
(650) 319-4500
Jeffrey.Miller@arnoldporter.com

**Eric Padilla**
**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street
New York, NY 10019
(212) 836-8000
Eric.Padilla@arnoldporter.com

**John Powers***
**Hani Mirza***
**Sonali Seth***
**Nikole Miller**
**Peter Ketcham-Colwill***
**Advancement Project**
1220 L Street NW, Suite 850
Washington, DC 20005
(202) 728-9557
JPowers@advancementproject.org
HMirza@advancementproject.org
SSeth@advancementproject.org
NMiller@advancementproject.org

**John A. Freedman***
**Rachel L. Forman**
**Jeremy Karpatkin***
**Nicholas Casmier Anway***
**Connor J. Morgan***
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Rachel.Forman@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com
Nicholas.Casmier.Anway@arnoldporter.com
Connor.Morgan@arnoldporter.com

PKetchamcolwill@advancementproject.org

**Delmarie Alicea**
**Jose Perez***
**Latino Justice PRLDEF**
PO Box 560189
Orlando, FL 32856-0189
DAlicea@latinojustice.org
JPerez@latinojustice.org

* *Admitted pro hac vice*

*Counsel for Plaintiffs UnidosUS, League of Women Voters of Florida, League of Women Voters of Florida Education Fund, Florida Rising Together, Florida Rising, Hispanic Federation, Florida Immigrant Coalition, FLIC Votes, Common Cause, and Common Cause Education Fund*

**Matletha Bennette**
**Southern Poverty Law Center**
P.O. Box 10788
Tallahassee, FL
Tel: 786-347-2056
matletha.bennette@splcenter.org

**Bradley E. Heard***
**Southern Poverty Law Center**
1101 17th Avenue NW, Ste 550
Washington, D.C. 20036
Tel: 202-945-7904
bradley.heard@splcenter.org

**Jennifer Thelusma**
**Southern Poverty Law Center**
2 South Biscayne Blvd, Suite 3200
Miami, FL 33131
786-347-2056
jennifer.thelusma@splcenter.org

**Pro Hac Vice Application Forthcoming*

**Norman L. Eisen***
**Andrew Warren**
**Pooja Chaudhuri***
**Beauregard Patterson***
**Democracy Defenders Fund**
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
(202) 601-8678
norman@democracydefenders.org
andrew@democracydefenders.org
pooja@democracydefenders.org
beauregard@democracydefenders.org

**Pro Hac Vice Application Forthcoming*

*Counsel for Plaintiffs, Black Voters Matter Fund and League of United Latin American Citizens*

**Abha Khanna.***
**Walker McKusick***
**Elias Law Group LLP**
1700 Seventh Ave., Suite 2100

**Christina A. Ford**
**Nicole Wittstein.***
**Christopher D. Dodge***
**Elias Law Group LLP**

| | |
|---|---|
| Seattle, Washington 98101<br>Telephone: (206) 656-0177<br>AKhanna@elias.law<br>WMckusick@elias.law<br><br>* *Admitted pro hac vice* | 250 Massachusetts Ave NW, Suite 400<br>Washington, D.C. 20002<br>Telephone: (202) 968-4490<br>CFord@elias.law<br>NWittstein@elias.law<br>CDodge@elias.law<br><br>* *Admitted pro hac vice* |
| *Counsel for Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP a* *Florida Alliance for Retired Americans* | |