**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-22257-JB/Torres**

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP and FLORIDA ALLIANCE FOR RETIRED AMERICANS,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida*, et al.*,

*Defendants*.

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME TO SUBMIT DISCOVERY DISPUTES TO THE COURT**

Before the Court is Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP, Florida Alliance for Retired Americans ("Plaintiffs"), and the 67 Supervisors of Elections' unopposed joint motion to extend Local Rule 26.1(g)(2)'s deadline to submit discovery disputes related to the Supervisors' written discovery responses and to set a uniform deadline of December 4, 2026. Having considered the motion, the Court finds good cause to extend and align the deadlines to submit discovery disputes related to the Supervisors' written discovery responses. Thus, it is hereby ORDERED that the joint motion is GRANTED. All discovery disputes related to the Supervisors' written responses to Plaintiffs' first set of interrogatories to the Supervisors and Plaintiffs' first and second requests for production to the Supervisors must be submitted to the Court on or before December 4, 2026.

IT IS SO ORDERED.

This _____ day of __________ 2026.

____________________
Hon. Jacqueline Becerra